Hon. Thomas S. Zilly

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

FAN WANG and HANG GAO, Individually and on Behalf of All Others Similarly Situated,

                                    Plaintiff,

          v.

ATHIRA PHARMA, INC., a Delaware Corporation, and LEEN KAWAS,

                                    Defendants.

Case No.:  2:21-cv-00861-TSZ

**NOTICE OF RELATED CASES**

Pursuant to Local Civil Rule 3(g), the above-named Plaintiffs respectfully notify this Court that the above-captioned case is related to *Slyne, et al. v. Athira Pharma Inc., et al.*, No. 2:21-cv-00864-JLR, Honorable James L. Robart presiding, and to *Jawandha v. Athira Pharma Inc et al.*, No. 2:21-cv—00862-JCC, the Honorable John C. Coughenour presiding.

Dated:  June 30, 2021

**TOUSLEY BRAIN STEPHENS PLLC**

By: */s/ Kim D. Stephens*
By: */s/ Cecily C. Shiel*
Kim D. Stephens, WSBA #11984
Cecily C. Shiel, WSBA #50061
1700 Seventh Avenue, Suite 2200
Seattle, WA 98101
Tel: (206) 682-5600/Fax: (206) 682-2992

NOTICE OF RELATED CASES - 1

Email: kstephens@tousley.com
        cshiel@tousley.com

*Liaison Counsel for Plaintiffs and*
*Proposed Lead Counsel*

**BLOCK & LEVITON LLP**
Jeffrey C. Block, *pro hac vice forthcoming*
Jacob A. Walker, *pro hac vice forthcoming*
Nathaniel Silver, *pro hac vice forthcoming*
260 Franklin Street, Suite 1860
Boston, Massachusetts 02110
(617) 398-5600 phone
(617) 507-6020 fax
jeff@blockleviton.com
jake@blockleviton.com
nate@blockleviton.com

*Counsel for Plaintiffs and*
*Proposed Lead Counsel for the Class*

NOTICE OF RELATED CASES - 2