THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FAN WANG and HANG GAO, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>ATHIRA PHARMA, INC., a Delaware Corporation, and LEEN KAWAS,<br><br>　　　　　　Defendants. | CASE NO.: 2:21-cv-00861-TSZ<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT AND VACATE DISCOVERY DEADLINES** |

STIPULATION AND ORDER TO EXTEND TIME
TO RESPOND TO THE COMPLAINT
2:21-cv-00861-TSZ

WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

# STIPULATION

In accordance with Local Civil Rules 7(d)(1) and 10(g), Plaintiffs Fan Wang and Hang Gao ("Plaintiffs"), individually and on behalf of all others similarly situated, and Defendants Athira Pharma, Inc. and Dr. Leen Kawas (together "Defendants"), by and through their undersigned counsel, submit the following Stipulation and ask the Court to enter an order consistent with this Stipulation:

1. WHEREAS, on June 25, 2021, Plaintiffs, individually and on behalf of all others similarly situated, filed a Class Action Complaint for Violations of the Federal Securities Laws against Athira Pharma and Dr. Kawas, in the above-captioned matter (the "Complaint");

2. WHEREAS, on June 25, 2021, two substantially similar Class Action Complaints for Violations of the Federal Securities Laws were filed against Athira Pharma and related defendants in this District by plaintiff Harshdeep Jawandha, No. 2:21-cv-00862-JCC (the "Jawandha Action") and plaintiffs Timothy Slyne and Tai Slyne, No. 2:21-cv-00864-JLR (the "Slyne Action");

3. WHEREAS, Plaintiffs sent a request to waive service of a summons in the above-captioned matter to Defendant Athira Pharma on July 21, 2021, which Athira Pharma returned on the same day, making Athira Pharma's current deadline to respond to the Complaint September 20, 2021, and Plaintiffs sent a request to waive service of a summons in the above-captioned matter to Defendant Dr. Leen Kawas on July 23, 2021, which Dr. Kawas returned on the same day, making Dr. Kawas' current deadline to respond to the Complaint September 21, 2021;

4. WHEREAS, on June 30, 2021, the Court entered an Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt #4) in the above-captioned matter setting August 16, 2021 as the deadline for the FRCP 26(f) Conference and August 30, 2021 as the deadline for initial disclosures pursuant to FRCP 26(a)(1) and the filing of a Combined Joint Status Report and Discovery Plan pursuant to FRCP 26(f) and LCR 26(f);

5. WHEREAS, this action is governed by the provisions of the Private Securities Litigation Reform Act of 1995, Pub. L. 104-67, 109 Stat. 737 (the "PSLRA"), 15 U.S.C. §78u-4

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT
2:21-cv-00861-TSZ

-1-

WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

*et seq.*, and the parties anticipate that this action will be consolidated with the Jawandha and Slyne Actions, a Lead Plaintiff will be appointed, and the Lead Plaintiff will file a consolidated complaint superseding the previously filed complaints, including the Complaint;

6. WHEREAS the filing of initial disclosures and a discovery plan would be premature because all discovery, including initial disclosures, in this action is subject to the discovery stay provisions of the PSLRA. *See* 15 U.S.C. § 78u-4(b)(3)(B) ("all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss, unless the court finds upon the motion of any party that particularized discovery is necessary to preserve evidence or to prevent undue prejudice to that party"); and

7. WHEREAS, the parties agree that efficiency for the Court and the parties in proceeding under the PSLRA dictates that responding to the current Complaint should be deferred.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the parties, subject to the approval of this Court, that:

1. In the interests of judicial economy and preserving the resources of the parties and the Court, the parties agree that no answer, motion, or other response to the Complaint shall be due until after a Lead Plaintiff is appointed, Lead Counsel is approved, and Lead Plaintiff has had the opportunity to prepare or designate a post-appointment consolidated complaint, provided that Defendants do not otherwise respond to the complaint in the Jawandha or Slyne Actions or a complaint in any other class action lawsuit in this District arising under the PSLRA asserting the same or substantially the same claims against the same Defendants prior to the appointment of Lead Plaintiff and approval of Lead Counsel.

2. Defendants shall not waive any rights, arguments, or defenses by waiting to answer, move, or otherwise respond to the Complaint pursuant to this Stipulation.

3. After the appointment of Lead Plaintiff and approval of Lead Counsel, pursuant to 15 U.S.C. § 78u-4(a)(3)(B), Lead Plaintiff and the Defendants shall promptly meet and confer regarding a schedule for the filing of a consolidated complaint or designation of an operative complaint, and a briefing schedule for Defendants' anticipated motion(s) to dismiss.

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT
2:21-cv-00861-TSZ

-2-

WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

4. Pursuant to the discovery stay provisions of the PSLRA, the parties further agree that all discovery related deadlines should be vacated until after a ruling on the Defendants' anticipated motion(s) to dismiss.

5. This Stipulation is entered into without prejudice to any party seeking any interim relief.

6. Nothing in this Stipulation shall be construed as a waiver of any of the Defendants' or Plaintiffs' rights or positions in law or in equity, or as a waiver of any defenses that the Defendants would otherwise have, including, without limitation, jurisdictional defenses.

Dated:  July 23, 2021                    Respectfully submitted,

s/ Gregory L. Watts
Gregory L. Watts, WSBA #43995
John C. Roberts Jr., WSBA #44945
Tyre L. Tindall, WSBA #56357
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Telephone: (206) 883-2500
Facsimile:  (206) 883-2699
Email:  gwatts@wsgr.com
Email:  jroberts@wsgr.com
Email:  ttindall@wsgr.com

*Attorneys for Defendant Athira Pharma, Inc.*

s/ Sean C. Knowles
Sean C. Knowles, WSBA #39893
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone: (206) 359-6224
Facsimile:  (206) 359-7224
Email:  sknowles@perkinscoie.com

*Attorney for Defendant Dr. Leen Kawas*

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT
2:21-cv-00861-TSZ

-3-

WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

|   |   |
|---|---|
| 1 | s/ Kim D. Stephens |
| 2 | Kim D. Stephens, WSBA #11984 |
|   | Cecily C. Shiel, WSBA #50061 |

s/ Kim D. Stephens
Kim D. Stephens, WSBA #11984
Cecily C. Shiel, WSBA #50061
**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, WA 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992
Email: kstephens@tousley.com
Email: cshiel@tousley.com

*Liaison Counsel for Plaintiffs*

**BLOCK & LEVITON LLP**
Jeffrey C. Block, *pro hac vice forthcoming*
Jacob A. Walker, *pro hac vice forthcoming*
Nathaniel Silver, *pro hac vice forthcoming*
260 Franklin Street, Suite 1860
Boston, Massachusetts 02110
Telephone: (617) 398-5600
Facsimile: (617) 507-6020
Email: jeff@blockleviton.com
Email: jake@blockleviton.com
Email: nate@blockleviton.com

*Counsel for Plaintiffs*

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT**
2:21-cv-00861-TSZ

-4-

WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

# ORDER

**IT IS SO ORDERED.**

Dated this 26th day of July, 2021.

_____
Thomas S. Zilly
United States District Judge

Presented by:

Gregory L. Watts, WSBA #43995
John C. Roberts Jr., WSBA #44945
Tyre L. Tindall, WSBA #56357
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Telephone:  (206) 883-2500
Facsimile:   (206) 883-2699
Email:  gwatts@wsgr.com
Email:  jroberts@wsgr.com
Email:  ttindall@wsgr.com

*Attorneys for Defendant Athira Pharma, Inc.*

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT**
2:21-cv-00861-TSZ

-5-

WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699