THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FAN WANG and HANG GAO, Individually and on Behalf of All Others Similarly Situated,<br><br>           Plaintiffs,<br><br>   v.<br><br>ATHIRA PHARMA, INC., a Delaware Corporation, and LEEN KAWAS,<br><br>           Defendants. | CASE NO.: 2:21-cv-00861-TSZ<br><br>**STIPULATED MOTION TO CONSOLIDATE RELATED ACTIONS UNDER LOCAL RULE 42**<br><br>**NOTE ON MOTION CALENDAR:**<br>August 5, 2021 |
| HARSHDEEP JAWANDHA, Individually and on Behalf of All Others Similarly Situated,<br><br>           Plaintiffs,<br><br>   v.<br><br>ATHIRA PHARMA, INC., DR. LEEN KAWAS, GLENNA MILESON, TADATAKA YAMADA, JAMES A. JOHNSON, JOSEPH EDELMAN, JOHN M. FLUKE, JR., GOLDMAN SACHS & CO. LLC, JEFFERIES LLC, STIFEL, NICOLAUS & COMPANY, INCORPORATED, and JMP SECURITIES LLC,<br><br>           Defendants. | CASE NO.: 2:21-cv-00862-JCC |

MOTION TO CONSOLIDATE
2:21-cv-00861-TSZ

-1-

WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

TIMOTHY SLYNE and TAI SLYNE, Individually and on Behalf of All Others Similarly Situated,

                    Plaintiffs,

        v.

ATHIRA PHARMA, INC., LEEN KAWAS, Ph.D., GLENNA MILESON, TADATAKA YAMADA, M.D., JOHN M FLUKE JR., JAMES A. JOHNSON, JOSEPH EDELMAN, GOLDMAN SACHS & CO. LLC, JEFFERIES LLC, STIFEL, NICOLAUS & COMPANY, INCORPORATED and JMP SECURITIES LLC

                    Defendants.

CASE NO.:  2:21-cv-00864-JLR

Pursuant to Local Civil Rule 42(a) and Federal Rule of Civil Procedure 42(a), Plaintiffs Fan Wang, Hang Gao, Harshdeep Jawandha, Timothy Slyne, and Tai Slyne (collectively "Plaintiffs") and Defendants Athira Pharma, Inc. ("Athira Pharma" or "the Company"), Dr. Leen Kawas, Glenna Mileson, Dr. Tadataka Yamada, John M. Fluke Jr., James A. Johnson, Joseph Edelman, Goldman Sachs & Co. LLC, Jefferies LLC, Stifel, Nicolaus & Company, Incorporated, and JMP Securities LLC (collectively with Plaintiffs, the "Parties") respectfully submit this Stipulated Motion to Consolidate Related Actions.

This Stipulated Motion seeks to consolidate three related actions currently pending in the United States District Court for the Western District of Washington: *Wang et al. v. Athira Pharma, Inc., et al.,* Case No. 2:21-cv-00861-TSZ -JCC (W.D. Wash.) ("*Wang*"), *Jawandha v. Athira Pharma, Inc., et al.*, Case No. 2:21-cv-00862-JCC (W.D. Wash.) ("*Jawandha*"), and *Slyne et al. v. Athira Pharma, Inc., et al.*, 2:21-cv-00864-JLR (W.D. Wash.) ("*Slyne*").   In accordance with LCR 42(a), the Parties are filing this Motion to Consolidate in the above-captioned matter because it is the "earliest filed case," and will file a notice of this motion in the later filed actions.

WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

The *Wang*, *Jawandha* and *Slyne* actions should be consolidated pursuant to Federal Rule of Civil Procedure 42(a) because these cases involve "common question[s] of law or fact." The *Wang* action alleges violations of the Securities Exchange Act of 1934 (the "Exchange Act"), and the *Jawandha* and *Slyne* actions allege violations of the Securities Act of 1933 (the "Securities Act"). Though the three actions bring different claims, they all allege that Defendants' statements made in connection with Athira Pharma's initial public offering in September 2020 failed to disclose, among other things, that the research that formed the foundation of Athira Pharma's product candidates and intellectual property had been improperly altered. The *Wang* action further alleges that certain statements made by Athira Pharma and/or Dr. Kawas between September 2020 and June 17, 2021 were misleading for the same reason.

All three cases are in the early stages of litigation because (i) there is a pending deadline of August 24, 2021 for putative class members to seek appointment as a lead plaintiff and (ii) the Parties have stipulated that Defendants need not file a response to the complaints in any of the actions until after lead plaintiff motions are decided. Pursuant to the notice and lead plaintiff appointment provisions of the PSLRA, counsel for Wang published notice of the pendency of a class action on June 25, 2021 and "any member of the purported class," defined "as all investors who purchased or otherwise acquired Athira Pharma[] . . . securities between September 18, 2020 and June 17, 2021," is required to move for appointment as lead plaintiff in *Wang* on or before August 24, 2021 (60 days after the notice was published). 15 U.S.C. § 78u–4(a)(3)(A). In addition, pursuant to the notice and lead plaintiff appointment provisions of the PSLRA counsel for Jawandha published notice of the pendency of a class action on June 25, 2021 and any member of the purported class, defined as "persons or entities that purchased or otherwise acquired Athira Pharma common stock pursuant and/or traceable to the registration statement and prospectus . . . issued in connection with the Company's September 2020 initial public offering," is required to move for appointment as lead plaintiff on or before August 24, 2021 (60 days after the notice was published). 15 U.S.C. § 77z-1(a)(3)(A)(i)(II). Pursuant to

MOTION TO CONSOLIDATE
2:21-cv-00861-TSZ

-3-

WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

the lead plaintiff appointment provisions, if, as here, there is "more than one action on behalf of a class asserting substantially the same claim or claims" and a party has "sought to consolidate those actions," a court must render a decision on consolidation before appointment of a lead plaintiff. 15 U.S.C.§ 78u–4(a)(3)(B)(ii); 15 U.S.C.§ 77z-1(a)(3)(B)(ii).

Accordingly, consolidating these actions will promote efficiency and judicial economy and conserve the resources of the Parties and this Court. *Schonfield v. Dendreon Corp.*, No. C07-800MJP, 2007 U.S. Dist. LEXIS 76816, at *5 (W.D. Wash. Oct. 4, 2007) ("Consolidation would provide the benefit of cost-savings and uniformity of decision-making, while at the same time avoiding the possible pitfall of *res judicata* application of earlier decision to later-decided claims.")

The Parties stipulate that this Court should consolidate the *Jawandha* and *Slyne* actions into the *Wang* action. The Parties stipulate that this Court should preside over the consolidated action because it is presiding over the "earliest filed case" in the matter. *See* LCR 42(a) (motion to consolidate should be filed "in the earliest filed case" and if the cases are not all pending before the same judge, "the court will consider, as a preliminary matter, whether to transfer the cases to ensure that all related cases are pending before the same judge"); *Veljanoski v. Juno Therapeutics, Inc.*, No. C16-1069RSM, 2016 U.S. Dist. LEXIS 193980, at *7 (W.D. Wash. Oct. 7, 2016) (consolidating the actions "under the case number for the first filed action"), *vacated in part on other grounds by In re Juno Therapeutics, Inc.*, 2016 U.S. Dist. LEXIS 193927 (W.D. Wash. Oct. 19, 2016).

As previously agreed upon and reflected in the scheduling stipulations in the *Wang* and *Jawandha* actions, promptly after or within fourteen (14) days of the Court's Order for the appointment of Lead Plaintiff or Lead Plaintiffs and approval of Lead Counsel pursuant to the PSLRA, the Lead Plaintiff(s) and Defendants shall meet and confer and submit a schedule for the filing of a consolidated complaint or designation of an operative complaint, and a briefing

**MOTION TO CONSOLIDATE**
2:21-cv-00861-TSZ

-4-

**WILSON SONSINI GOODRICH & ROSATI, P.C.**
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

schedule for Defendants' anticipated motion(s) to dismiss.  *See Jawandha* action, Dkt. No. 12 (scheduling stipulation), at ¶ 3; *Wang* action, Dkt. No. 11 (scheduling stipulation), at ¶ 3.

Dated:  August 5, 2021

Respectfully submitted,

s/ Gregory L. Watts
Gregory L. Watts, WSBA #43995
John C. Roberts Jr., WSBA #44945
Jennifer E.K. Kendrex, WSBA #55596
Tyre L. Tindall, WSBA #56357
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Telephone: (206) 883-2500
Facsimile:  (206) 883-2699
Email:  gwatts@wsgr.com
Email:  jroberts@wsgr.com
Email:  jkendrex@wsgr.com
Email:  ttindall@wsgr.com

*Attorneys for Defendants Athira Pharma, Inc.,*
*Glenna Mileson, Tadataka Yamada, John M. Fluke*
*Jr., James A. Johnson, and Joseph Edelman*

s/ Sean C. Knowles
Sean C. Knowles, WSBA #39893
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone: (206) 359-6224
Facsimile:  (206) 359-7224
Email:  sknowles@perkinscoie.com

*Attorney for Defendant Dr. Leen Kawas*

s/ Anthony Todaro
Anthony Todaro, WSBA #30391
Lianna Bash, WSBA #52598
**DLA PIPER LLP**
701 Fifth Avenue Suite 6900
Seattle, WA  98104-7029
Telephone: (206) 839-4800
Facsimile:  (206) 494-1802
Email:  anthony.todaro@dlapiper.com
Email:  lianna.bash@dlapiper.com

**MOTION TO CONSOLIDATE**
2:21-cv-00861-TSZ

-5-

**WILSON SONSINI GOODRICH & ROSATI, P.C.**
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

*Counsel for Defendants Goldman Sachs & Co. LLC, Jefferies LLC, Stifel, Nicolaus & Company, Incorporated and JMP Securities LLC*

s/ Kim D. Stephens
Kim D. Stephens, WSBA #11984
Cecily C. Shiel, WSBA #50061
**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, WA  98101
Telephone: (206) 682-5600
Facsimile:  (206) 682-2992
Email:  kstephens@tousley.com
Email:  cshiel@tousley.com

*Liaison Counsel for Plaintiffs Fan Wang* and *Hang Gao*

**BLOCK & LEVITON LLP**
Jeffrey C. Block, *pro hac vice forthcoming*
Jacob A. Walker, *pro hac vice forthcoming*
Nathaniel Silver, *pro hac vice forthcoming*
260 Franklin Street, Suite 1860
Boston, Massachusetts 02110
Telephone: (617) 398-5600
Facsimile:  (617) 507-6020
Email:  jeff@blockleviton.com
Email:  jake@blockleviton.com
Email:  nate@blockleviton.com

*Counsel for Plaintiffs Fan Wang* and *Hang Gao*

s/ Benjamin T.G. Nivison
Benjamin T.G. Nivison, WSBA #39797
**ROSSI VUCINOVICH PC**
1000 Second Avenue, Suite 1780
Seattle, WA 98104
Telephone: (425) 646-8003
Facsimile:  (425) 646-8004
Email:  bnivison@rvflegal.com

*Liaison Counsel for Plaintiff Harshdeep Jawandha*

**MOTION TO CONSOLIDATE**
2:21-cv-00861-TSZ

-6-

**WILSON SONSINI GOODRICH & ROSATI, P.C.**
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

s/ Pavithra Rajesh
Robert V. Prongay, *pro hac vice* forthcoming
Charles H. Linehan, *pro hac vice* pending
Pavithra Rajesh, admitted *pro hac vice*
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile:  (310) 201-9160
Email:  rprongay@glancylaw.com
Email:  clinehan@glancylaw.com
Email:  prajesh@glancylaw.com

Lesley F. Portnoy, *pro hac vice* forthcoming
**THE PORTNOY LAW FIRM**
1800 Century Park East, Suite 600
Los Angeles, CA 90067
Telephone: (310) 692-8883
Email:  lesley@portnoylaw.com

*Counsel for Plaintiff Harshdeep Jawandha*

s/ Juli E. Faris
Juli E. Farris, WSBA #17593
**KELLER ROHRBACK LLP**
1201 3rd Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: (206) 623-1900
Facsimile:  (206) 623-3384
Email:  jfarris@kellerrohrback.com

*Liaison Counsel for Plaintiffs Timothy Slyne* and *Tai Slyne*

s/ Howard T. Longman
Howard T. Longman, admitted *pro hac vice*
**LONGMAN LAW, P.C.**
354 Eisenhower Pkwy., Suite 1800
Livingston, New Jersey 07039

*Counsel for Plaintiffs Timothy Slyne* and *Tai Slyne*

**MOTION TO CONSOLIDATE**
2:21-cv-00861-TSZ

-7-

**WILSON SONSINI GOODRICH & ROSATI, P.C.**
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

# [PROPOSED] ORDER

Having fully considered the Stipulated Motion to Consolidate Related Actions Under Local Rule 42 ("Stipulated Motion") submitted by the Parties, IT IS HEREBY ORDERED:

1. The Stipulated Motion is GRANTED for the reasons set forth therein.

2. The following three matters are consolidated for all purposes as *In re Athira Pharma, Inc. Securities Litigation*, Master File No. 2:21-cv-00861: *Wang et al. v. Athira Pharma, Inc., et al.,* Case No. 2:21-cv-00861-TSZ (W.D. Wash.) ("*Wang*"), *Jawandha v. Athira Pharma, Inc., et al.*, Case No. 2:21-cv-00862-JCC (W.D. Wash.) ("*Jawandha*"), and *Slyne et al. v. Athira Pharma, Inc., et al.*, 2:21-cv-00864-JLR (W.D. Wash.) ("*Slyne*").

3. Within fourteen (14) days of the Court's Order for the appointment of Lead Plaintiff and approval of Lead Counsel pursuant to the PSLRA, the Lead Plaintiff and Defendants shall meet and confer and submit a schedule for the filing of a consolidated complaint or designation of an operative complaint, and a briefing schedule for Defendants' anticipated motion(s) to dismiss.

4. This Court will preside over the consolidated action.

Dated this _____ day of August 2021

_____
HONORABLE THOMAS S. ZILLY
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Gregory L. Watts
_____
Gregory L. Watts, WSBA #43995
John C. Roberts Jr., WSBA #44945
Jennifer E.K. Kendrex, WSBA #55596
Tyre L. Tindall, WSBA #56357
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500
Facsimile: (206) 883-2699
Email: gwatts@wsgr.com
Email: jroberts@wsgr.com

MOTION TO CONSOLIDATE
2:21-cv-00861-TSZ
-8-
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

Email:  jkendrex@wsgr.com
Email:  ttindall@wsgr.com

*Attorneys for Defendants Athira Pharma, Inc.,*
*Glenna Mileson, Tadataka Yamada, John M. Fluke Jr.,*
*James A. Johnson, and Joseph Edelman*

**MOTION TO CONSOLIDATE**
2:21-cv-00861-TSZ

**WILSON SONSINI GOODRICH & ROSATI, P.C.**
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699