UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FAN WANG, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>ATHIRA PHARMA INC., et al.,<br><br>　　　　　　Defendants. | C21-861 TSZ<br><br>MINUTE ORDER |
| HARSHDEEP JAWANDHA, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>ATHIRA PHARMA INC., et al.,<br><br>　　　　　　Defendants. | C21-862 TSZ |
| TIMOTHY SLYNE, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>ATHIRA PHARMA INC., et al.,<br><br>　　　　　　Defendants. | C21-864 TSZ |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)　Pursuant to the parties' stipulation, docket no. 14, to consolidate related action under Local Civil Rule 42, the above-captioned cases are hereby CONSOLIDATED for all purposes. All future pleadings, motions, briefs, and other papers shall be filed only in Case No. C21-861 TSZ. The Clerk is DIRECTED to CLOSE Case Nos. C21-862 TSZ and C21-864 TSZ;

MINUTE ORDER - 1

(2) The pretrial deadlines set in Case No. C21-861 TSZ, *see* docket nos. 4 & 12, shall control;

(3) Within fourteen (14) days of the Court's Order for the appointment of Lead Plaintiff and approval of Lead Counsel pursuant to the PSLRA, the Lead Plaintiff and Defendants shall meet and confer and submit a schedule for the filing of a consolidated complaint or designation of an operative complaint, and a briefing schedule for Defendants' anticipated motion(s) to dismiss; and

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 9th day of August, 2021.

        Ravi Subramanian
        Clerk

        s/Gail Glass
        Deputy Clerk

MINUTE ORDER - 2