The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FAN WANG, and HANG GAO,<br><br>*Plaintiffs*,<br><br>v.<br><br>ATHIRA PHARMA, INC., et al.,<br>*Defendants*. | Case No. 2:21-cv-00861-TSZ<br><br>**STIPULATION RE WAIVER OF SERVICE BY UNDERWRITER DEFENDANTS AND LEEN KAWAS, PH.D. AND [PROPOSED] ORDER** |
| HARSHDEEP JAWANDHA,<br><br>*Plaintiffs*,<br><br>v.<br><br>ATHIRA PHARMA, INC., et al.,<br>*Defendants*. | Case No. 2:21-cv-00862 |
| TIMOTHY SLYNE and TAI SLYNE,<br><br>*Plaintiffs*,<br><br>v.<br><br>ATHIRA PHARMA, INC, et al.,<br>*Defendants*. | Case No. 2:21-cv-00864 |

Stipulation re Waiver of Service
and [Proposed] Order, No. 2:21-cv-00861-TSZ - 1

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

# I. STIPULATION

Plaintiffs Timothy Slyne and Tai Slyne (collectively the "Slyne Plaintiffs"), defendants Goldman Sachs & Co. LLC, Jefferies LLC, Stifel, Nicolaus & Company, Incorporated, and JMP Securities LLC (collectively the "Underwriter Defendants"), and defendant Leen Kawas, Ph.D. ("Dr. Kawas"), by and through their respective undersigned attorneys, and subject to the Court's approval, hereby agree and stipulate as follows:

1. WHEREAS, on June 25, 2021 the Slyne Plaintiffs, individually and putatively on behalf of all others similarly situated, initiated a lawsuit against Athira Pharma, Inc., Glenna Mileson, Tadataka Yamada, M.D., John M. Fluke, Jr., James A. Johnson, Joseph Edelman, Dr. Kawas, and the Underwriter Defendants, by filing a document titled "Complaint—Class Action for Violation of Sections 11 and 15 of the Securities Act of 1933" in *Slyne et al. v. Athira Pharma, Inc., et al.*, 2:21-cv-00864-JLR (W.D. Wash.) (the "Slyne Action").

2. WHEREAS, on June 25, 2021, two additional purported class action complaints raising issues of law and fact in common with those in the complaint in the *Slyne* Action were filed in this Court by plaintiffs Fan Wang and Hang Gao in *Wang et al. v. Athira Pharma, Inc., et al.*, Case No. 2:21-cv-00861-TSZ (W.D. Wash.) (the "Wang Action"); and by plaintiff Harshdeep Jawandha, in *Jawandha v. Athira Pharma, Inc., et al.*, Case No. 2:21-cv-00862-JCC (W.D. Wash.) (the "Jawandha Action").

3. WHEREAS, on July 30, 2021, the Slyne Plaintiffs, through their counsel, asked counsel for Dr. Kawas and the Underwriter Defendants whether their clients would agree to waive service of a summons and the complaint in the Slyne Action.

4. WHEREAS, on August 5, 2021, the parties in the *Slyne* Action, the *Wang* Action, and the *Jawandha* Action filed a stipulated motion seeking to consolidate the three lawsuits. *See* Docket No. 14 in the *Wang* Action.

5. WHEREAS, on August 9, 2021, the Court entered a Minute Order consolidating the *Slyne* Action, the *Wang* Action, and the *Jawandha* Action (the "Consolidated Action") for all

Stipulation re Waiver of Service
and [Proposed] Order, No. 2:21-cv-00861-TSZ - 2

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

purposes and ordering that all further pleadings and papers shall be filed in the Wang Action. Docket No. 15 in the *Wang* Action (the "Consolidation Order").

6. WHEREAS, in the Consolidation Order, the Court stated as follows:

> The pretrial deadlines set in Case No. C21-861 TSZ [the Wang Action], *see* docket nos. 4 & 12, shall control. Within fourteen (14) days of the Court's Order for the appointment of Lead Plaintiff and approval of Lead Counsel pursuant to the PSLRA, the Lead Plaintiff and Defendants shall meet and confer and submit a schedule for the filing of a consolidated complaint or designation of an operative complaint, and a briefing schedule for Defendants' anticipated motion(s) to dismiss.

Docket No. 15 at p. 2.

7. WHEREAS, Dr. Kawas and the Underwriter Defendants each agreed to waive service of a summons and the complaint in the Slyne Action and each executed service waivers, copies of which were filed in the Consolidated Action immediately before this Stipulation was filed. *See* Docket Nos. 24–28 (the "Service Waivers").

8. WHEREAS, the Slyne Plaintiffs understand and agree that, notwithstanding anything to the contrary provided in the Service Waivers, Dr. Kawas and the Underwriter Defendants shall have no separate obligation or duty to answer or otherwise respond to the extant complaint filed in the *Slyne* Action.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Slyne Plaintiffs, Dr. Kawas, and the Underwriter Defendants, and subject to the Court's approval, as follows:

1. Dr. Kawas and the Underwriter Defendants waive service of a summons and the Complaint in the *Slyne* Action as set forth in the Service Waivers.

2. Dr. Kawas's and the Underwriter Defendants' obligation to answer or otherwise respond to the operative complaint in the Consolidated Action, once it has been filed or designated by Lead Plaintiff, is governed by the Consolidated Order.

Stipulation re Waiver of Service
and [Proposed] Order, No. 2:21-cv-00861-TSZ - 3

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

3. Notwithstanding anything to the contrary in the Service Waivers, Dr. Kawas and the Underwriter Defendants shall have no obligation to answer or otherwise respond to the extant complaint in the *Slyne* Action.

Dated: August 19, 2021    SO STIPULATED,

*s/ Sean C. Knowles*
Sean C. Knowles, WSBA #39893
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: (206) 359-6224
sknowles@perkinscoie.com

**Counsel for Leen Kawas Ph.D.**

*s/ Anthony Todaro*
Anthony Todaro, WSBA #30391
Lianna Bash, WSBA # 52598
DLA PIPER LLP
701 Fifth Avenue Suite 6900
Seattle, Washington 98104
Telephone: (206) 839-4800
anthony.todaro@dlapiper.com
lianna.bash@dlapiper.com

John J. Clarke, Jr., *admitted pro hac vice*
DLA PIPER LLP
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
john.clarke@dlapiper.com

**Counsel for Defendants Goldman Sachs & Co. LLC, Jefferies LLC, Stifel, Nicolaus & Company, Incorporated and JMP Securities LLC**

Stipulation re Waiver of Service
and [Proposed] Order, No. 2:21-cv-00861-TSZ - 4

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

*s/ Eric R. Laliberte*
Juli E. Farris, WSBA 17593
Eric R. Laliberte, WSBA 44840
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Telephone: (206) 623-1900
jfarris@kellerrohrback.com
elaliberte@kellerrohrback.com

Howard T. Longman NJBA 264882018
*Admitted Pro Hac Vice*
LONGMAN LAW, P.C.
354 Eisenhower Pkwy., Suite 1800
Livingston, New Jersey 07039
Telephone: (973) 994-2315
hlongman@longman.law

***Attorneys for Plaintiffs Timothy Slyne and Tai Slyne***

## II.   ORDER

Pursuant to the above Stipulation, **IT IS SO ORDERED**.

_____
The Honorable Thomas S. Zilly

Presented by:

*s/ Sean C. Knowles*
Sean C. Knowles, WSBA #39893
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: (206) 359-6224
sknowles@perkinscoie.com

***Counsel for Leen Kawas Ph.D.***

Stipulation re Waiver of Service
and [Proposed] Order, No. 2:21-cv-00861-TSZ - 5

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

| | |
|---|---|
| 1 | s/ Anthony Todaro |
| 2 | Anthony Todaro, WSBA #30391<br>Lianna Bash, WSBA # 52598 |
| 3 | DLA PIPER LLP<br>701 Fifth Avenue Suite 6900 |
| 4 | Seattle, Washington 98104<br>Telephone: (206) 839-4800 |
| 5 | anthony.todaro@dlapiper.com<br>lianna.bash@dlapiper.com |
| 6 | |
| 7 | John J. Clarke, Jr., *admitted pro hac vice*<br>DLA PIPER LLP |
| 8 | 1251 Avenue of the Americas<br>New York, NY 10020 |
| 9 | Telephone: (212) 335-4500<br>john.clarke@dlapiper.com |
| 10 | |
| 11 | ***Counsel for Defendants Goldman Sachs*** |

s/ Anthony Todaro
Anthony Todaro, WSBA #30391
Lianna Bash, WSBA # 52598
DLA PIPER LLP
701 Fifth Avenue Suite 6900
Seattle, Washington 98104
Telephone: (206) 839-4800
anthony.todaro@dlapiper.com
lianna.bash@dlapiper.com

John J. Clarke, Jr., *admitted pro hac vice*
DLA PIPER LLP
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
john.clarke@dlapiper.com

***Counsel for Defendants Goldman Sachs & Co. LLC, Jefferies LLC, Stifel, Nicolaus & Company, Incorporated and JMP Securities LLC***

s/ Eric R. Laliberte
Juli E. Farris, WSBA 17593
Eric R. Laliberte, WSBA 44840
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Telephone: (206) 623-1900
jfarris@kellerrohrback.com
elaliberte@kellerrohrback.com

Howard T. Longman NJBA 264882018
*Admitted Pro Hac Vice*
LONGMAN LAW, P.C.
354 Eisenhower Pkwy., Suite 1800
Livingston, New Jersey 07039
Telephone: (973) 994-2315
hlongman@longman.law

***Attorneys for Plaintiffs Timothy Slyne and Tai Slyne***

Stipulation re Waiver of Service
and [Proposed] Order, No. 2:21-cv-00861-TSZ - 6

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384