THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FAN WANG, et al.,

          Plaintiffs,

    v.

ATHIRA PHARMA, INC., et al.,

          Defendants.

CASE NO.:  2:21-cv-00861-TSZ

CONSOLIDATED

**STATEMENT NOTING A PARTY'S DEATH**

**STATEMENT NOTING A PARTY'S DEATH**
2:21-cv-00861-TSZ

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

Pursuant to Fed. R. Civ. P. 25(a), counsel for Defendants Athira Pharma, Inc., Glenna Mileson, Tadataka Yamada, John M. Fluke, Jr., James A. Johnson, and Joseph Edelman notes for the record the death of Defendant Tadataka Yamada, M.D. (the "Notice"). Based upon counsel's information and belief, Dr. Yamada died on or about August 4, 2021. Pursuant to the Court's consolidation order, ECF No. 15, this Notice is being filed solely in the above-captioned, consolidated action, *Wang et al. v. Athira Pharma, Inc., et al.*, Case No. 2:21-cv-00861-TSZ.

Dated: August 23, 2021

s/ Gregory L. Watts
Gregory L. Watts, WSBA #43995
John C. Roberts Jr., WSBA #44945
Jennifer E.K. Kendrex, WSBA #55596
Tyre L. Tindall, WSBA #56357
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Telephone:  (206) 883-2500
Facsimile:   (206) 883-2699
Email: gwatts@wsgr.com
Email: jroberts@wsgr.com
Email: jkendrex@wsgr.com
Email: ttindall@wsgr.com

*Attorneys for Defendants Athira Pharma, Inc., Glenna Mileson, Tadataka Yamada, Joseph Edelman, John M. Fluke, Jr., and James A. Johnson*

**STATEMENT NOTING A PARTY'S DEATH**
2:21-cv-00861-TSZ

-1-

**WILSON SONSINI GOODRICH & ROSATI, P.C.**
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699