# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FAN WANG and HANG GAO, individually and on behalf of all others similarly situated,<br><br>                            Plaintiffs,<br><br>  v.<br><br>ATHIRA PHARMA, INC.; and LEEN KAWAS,<br><br>                            Defendants. | C21-861 TSZ<br><br>[consolidated with C21-862 TSZ and C21-864 TSZ] |
| HARSHDEEP JAWANDHA, individually and on behalf of all others similarly situated,<br><br>                            Plaintiff,<br><br>  v.<br><br>ATHIRA PHARMA, INC., et al.,<br><br>                            Defendants. | MINUTE ORDER |
| TIMOTHY SLYNE and TAI SLYNE,<br><br>                            Plaintiffs,<br><br>  v.<br><br>ATHIRA PHARMA, INC., et al.,<br><br>                            Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the Joint Status Report, docket no. 61, submitted by co-lead plaintiffs (Antonio Bachaalani Nacif and Wies Rafi) and defendants, the Court hereby DESIGNATES Benjamin T.G. Nivison of Rossi Vucinovich PC as liaison counsel for co-lead plaintiffs and John C. Roberts Jr. of Wilson Sonsini Goodrich & Rosati, P.C. as liaison counsel for defendants, and SETS the following deadlines:

    (a) A consolidated amended complaint shall be filed by January 7, 2022;

    (b) Any responsive pleading or motion is due by March 8, 2022;

MINUTE ORDER - 1

(c) If a responsive motion is filed, it shall be noted for June 10, 2022; any response to such motion shall be filed by May 6, 2022, and any reply in support of such motion shall be filed by June 6, 2022; and

(d) If no responsive motion is filed, co-lead plaintiffs and defendants shall file another Joint Status Report by March 18, 2022, proposing a schedule for this matter, including a deadline for completing discovery and a trial date. *See* Order at § II (docket no. 4).

(2) The Clerk is directed to send a copy of this Minute Order to liaison counsel for co-lead plaintiffs and defendants, who shall distribute copies to other attorneys and/or parties as appropriate.

Dated this 27th day of October, 2021.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 2