THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FAN WANG and HANG GAO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ATHIRA PHARMA, INC.; and LEEN KAWAS,<br><br>Defendants. | CASE NO.:  2:21-cv-00861-TSZ (Consolidated with 21-cv-00862-TSZ and 21-cv-00864-TSZ)<br><br>**DECLARATION OF JOHN C. ROBERTS JR. IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS CONSOLIDATED AMENDED COMPLAINT** |
| HARSHDEEP JAWANDHA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ATHIRA PHARMA, INC.; DR. LEEN KAWAS; GLENNA MILESON; TADATAKA YAMADA; JAMES A. JOHNSON; JOSEPH EDELMAN; JOHN M. FLUKE, JR.; GOLDMAN SACHS & CO. LLC; JEFFERIES LLC; STIFEL, NICOLAUS & COMPANY, INCORPORATED; and JMP SECURITIES LLC,<br><br>Defendants. | |

DECLARATION OF JOHN C. ROBERTS JR. ISO
MOTION TO DISMISS CAC
2:21-cv-00861-TSZ

WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500

TIMOTHY SLYNE and TAI SLYNE, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

ATHIRA PHARMA, INC.; LEEN KAWAS, Ph.D.; GLENNA MILESON, TADATAKA YAMADA, M.D.; JOHN M FLUKE JR.; JAMES A. JOHNSON; JOSEPH EDELMAN, GOLDMAN SACHS & CO. LLC; JEFFERIES LLC; STIFEL, NICOLAUS & COMPANY, INCORPORATED; and JMP SECURITIES LLC,

Defendants.

DECLARATION OF JOHN C. ROBERTS JR. ISO
MOTION TO DISMISS CAC
2:21-cv-00861-TSZ

WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500

I, John C. Roberts Jr., declare as follows:

1.      I am an attorney of the law firm Wilson Sonsini Goodrich & Rosati, P.C., counsel for Defendants Athira Pharma, Inc. ("Athira"), Glenna Mileson, John M. Fluke Jr., James A. Johnson, and Joseph Edelman.  I am licensed to practice law before the Courts of the State of Washington.  I am over eighteen years of age and have personal knowledge of the facts set forth herein and, if called as a witness, I would testify competently thereto.

2.      Attached hereto as **Exhibit 1** is a true and accurate copy of a Chart of Allegedly False and Misleading Statements (the "Chart') created by Defendants' counsel as a demonstrative aid.  The Chart was made following the section headings in the Complaint indicating "False and Misleading Statements" during the class period. *See* Consolidated Amended Complaint for Violations of the Federal Securities Laws ("Complaint"), ¶¶109–35, 174–82.

3.      Attached hereto as **Exhibit 2** is a true and accurate copy of the Form 424B4 Final Prospectus, filed by Athira with the U.S. Securities Exchange Commission ("SEC") on September 18, 2020.  This Final Prospectus constitutes Part I of the final effective registration statement for Athira's September 2020 initial public offering ("IPO"). ¶¶7, 174.  The Final Prospectus is publicly available at https://www.sec.gov/Archives/edgar/data/0001620463/000156459020043998/atha-424b4.htm.[1]

4.      Attached hereto as **Exhibit 3** is a true and accurate copy of a press release issued by Athira on June 17, 2021.  The press release was filed as Exhibit 99.1 to a Form 8-K filed with the SEC on that same date and is publicly available at https://www.sec.gov/Archives/edgar/data/1620463/000119312521193538/d140684dex991.htm.

5.      Attached hereto as **Exhibit 4** is a true and accurate copy of a press release released by Athira on October 21, 2021.  The press release was filed as Exhibit 99.1 to a Form 8-K filed

---

[1] Defendants do not attach the Form 424B4 Final Prospectus filed on January 21, 2021, which constitutes Part I of the final effective registration statement for Athira's secondary public offering ("SPO").  Plaintiffs do not allege that the relevant statements in the SPO Materials were any different from those in the IPO Materials, ¶¶119–21, and Defendants did not want to burden the Court with an additional 200-page exhibit.  This SPO Final Prospectus is publicly available at https://www.sec.gov/Archives/edgar/data/0001620463/00015645902100170/atha-424b4.htm.

DECLARATION OF JOHN C. ROBERTS JR.          - 1 -          **WILSON SONSINI GOODRICH & ROSATI, P.C.**
ISO MOTION TO DISMISS CAC                                          701 Fifth Avenue, Suite 5100
2:21-cv-00861-TSZ                                                          Seattle, WA  98104-7036
                                                                                          Tel: (206) 883-2500

with the SEC on that same date and is publicly available at https://www.sec.gov/Archives/edgar/data/1620463/000119312521304002/d179221dex991.htm.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of March, 2022 at Bainbridge Island, Washington.

s/ John C. Roberts Jr.
John C. Roberts Jr., WSBA #44945
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Telephone: (206) 883-2500
Email:  jroberts@wsgr.com

*Attorneys for Defendants Athira Pharma, Inc., Glenna Mileson, John M. Fluke Jr., James A. Johnson, and Joseph Edelman*

DECLARATION OF JOHN C. ROBERTS JR.
ISO MOTION TO DISMISS CAC
2:21-cv-00861-TSZ

- 2 -

**WILSON SONSINI GOODRICH & ROSATI, P.C.**
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500