# EXHIBIT 1

## EXHIBIT 1

## CHART OF ALLEGEDLY FALSE AND MISLEADING STATEMENTS IN CONSOLIDATED AMENDED COMPLAINT

| NO. | PARA. | DATE | SOURCE | TEXT OF CHALLENGED STATEMENT |
|---|---|---|---|---|
| 1 | ¶¶110, 175 | Sept. 2020 | Athira IPO Registration Statement and Prospectus | "Our leadership team includes experienced neuroscience biotech executives who have both developed and commercialized CNS drugs and founded successful companies. *Dr. Leen Kawas*, our founder and chief executive officer, *has been essential in creating our innovative translational development strategy*." ¶¶110, 175; Ex. 2 (PS) at 8, 107. |
| 2 | ¶¶111, 176 | Sept. 2020 | Athira IPO Registration Statement and Prospectus | "*Dr. Kawas earned a Ph.D. in molecular pharmacology from Washington State University in 2011* and a pharmacy degree from the University of Jordan in 2008. *We believe Dr. Kawas's scientific and professional training, her instrumental role in building Athira Pharma, Inc.*, and her extensive understanding of our business, operations and strategy *qualify her to serve on our board of directors*." ¶¶111, 176; Ex. 2 (PS) at 151. |
| 3 | ¶¶113, 178 | Sept. 2020 | Athira IPO Registration Statement and Prospectus | "In December 2011, we entered into an exclusive license agreement with Washington State University Research Fund, or WSURF, which, after the dissolution of WSURF in 2013, was superseded by an amended and restated exclusive license agreement with Washington State University, or WSU, in September of 2015. Under this agreement, WSU granted us an exclusive license to make, use, sell, and offer for sale licensed products and licensed processes that embody the licensed patents (including WSU's rights to a patent jointly owned with Pacific Northwest Biotechnology, Inc.) and that form the underlying technology of the drug therapies we are developing." ¶¶113, 178; Ex. 2 (PS) at 91, 140. |
| 4 | ¶117 | Nov. 12, 2020 | Athira Form 10-Q | "In December 2011, the Company entered into an exclusive license agreement with sublicensing terms with Washington State University Research Fund ('WSURF'), which, after the dissolution of WSURF in 2013, was superseded by an amended and restated exclusive license agreement with sublicensing terms between the Company and Washington State University ('WSU') in 2015. Under this agreement, the Company has an exclusive license to make, use, sell, and offer for sale a chemical compound that forms the underlying technology of the drug therapies being developed by the Company." ¶117. |
| 5 | ¶¶120, 181 | Jan. 2021 | Athira SPO Registration Statement and Prospectus | "The SPO Materials repeated verbatim the statements made in the IPO Materials and were materially false and/or misleading by omission for the reasons stated in ¶¶112, 114." ¶120. <br><br> "The SPO materials repeated verbatim the statements made in the IPO Materials." ¶181. |

**Ex. 1 - 1**

| NO. | PARA. | DATE | SOURCE | TEXT OF CHALLENGED STATEMENT |
|---|---|---|---|---|
| 6 | ¶123 | March 25, 2021 | Athira Form 10-K | "Leen Kawas, Ph.D., has served as our chief executive officer and as a member of our board of directors since January 2014. Previously, Dr. Kawas served as our vice president. Dr. Kawas serves on multiple boards, including the Washington Governor's Life Science Advisory Board, Scientific Review Board for the Alzheimer's Drug Discovery Foundation, and Alzheimer's Association – Washington Chapter Board. She also served as the co-chair of the International Alzheimer's Association Business Consortium. Dr. Kawas earned a Ph.D. in molecular pharmacology from Washington State University in 2011 and a pharmacy degree from the University of Jordan in 2008. ***We believe Dr. Kawas's scientific and professional training, her instrumental role in building Athira Pharma, Inc., and her extensive understanding of our business, operations and strategy qualify her to serve on our board of directors***." ¶123. |
| 7 | ¶125 | March 25, 2021 | Athira Form 10-K | "Under this agreement, WSU granted us an exclusive license to make, use, sell, and offer for sale licensed products and licensed processes that embody the licensed patents (including WSU's rights to a patent jointly owned with Pacific Northwest Biotechnology, Inc.) and that form the underlying technology of the drug therapies we are developing. The term of the license begins on the effective date and continues until the earlier of the date in which no valid claim remains enforceable and the payment of royalties ceases for more than four consecutive quarters after such royalty payments begin.<br><br>***<br><br>"Under this agreement, the Company has an exclusive license to make, use, sell, and offer for sale a chemical compound that forms the underlying technology of the drug therapies being developed by the Company."<br><br>***<br><br>"To keep in good standing, the agreement requires the Company to meet certain development milestones and pay an annual maintenance fee. All contractual requirements have been met as of December 31, 2020. During the year ended December 31, 2020, the Phase 2 clinical trial milestone had been reached and a payment of $50,000 to WSU was recorded." ¶125. |
| 8 | ¶128 | April 2021 | Athira Schedule 14A | "Nominees for Director Leen Kawas, Ph.D., has served as our chief executive officer and as a member of our board of directors since January 2014. Previously, Dr. Kawas served as our vice president. Dr. Kawas serves on multiple boards, including the Washington Governor's Life Science Advisory Board, Scientific Review Board for the Alzheimer's Drug Discovery Foundation, and Alzheimer's Association – Washington Chapter Board. She also served as the co-chair of the International Alzheimer's Association Business Consortium. Dr. Kawas earned a Ph.D. in molecular pharmacology from Washington State University in 2011 and a pharmacy degree from the University of Jordan in 2008. ***We believe Dr. Kawas's scientific and professional*** |

-2-

**Ex. 1 - 2**

| NO. | PARA. | DATE | SOURCE | TEXT OF CHALLENGED STATEMENT |
|---|---|---|---|---|
| | | | | *training, her instrumental role in building Athira Pharma, Inc., and her extensive understanding of our business, operations and strategy qualify her to serve on our board of directors*." ¶128. |
| 9 | ¶129 | April 2021 | Athira Schedule 14A | "While our board has not established minimum qualifications for board members, *some of the factors that our nominating and corporate governance committee considers in assessing director nominee qualifications include, without limitation, issues of character, professional ethics and integrity, judgment, business acumen, proven achievement and competence in one's field, the ability to exercise sound business judgment*, tenure on the board of directors and skills that are complementary to the board of directors, an understanding of our business, an understanding of the responsibilities that are required of a member of the board of directors, other time commitments, diversity with respect to professional background, education, race, ethnicity, gender, age and geography, as well as other individual qualities and attributes that contribute to the total mix of viewpoints and experience represented on our board." ¶129. |
| 10 | ¶132 | May 13, 2021 | Athira Form 10-Q | "Our approach is designed to augment neuronal growth factor signaling through the hepatocyte growth factor/MET, or HGF/MET, a naturally occurring regenerative system. *We believe enhancing HGF/MET signaling has the potential to protect existing neurons from damage, reduce inflammation, promote regeneration, and positively modulate brain activity. We anticipate that all of these characteristics may improve neuronal health and translate into clinical benefits*. Our pipeline is built from our proprietary drug discovery platform, or ATH platform, and consists of a series of small molecules that are designed to target either (1) the central nervous system, or CNS, by crossing the blood brain barrier, or BBB, or (2) the peripheral nervous system." ¶132. |
| 11 | ¶134 | May 13, 2021 | Athira Form 10-Q | "In December 2011, the Company entered into an exclusive license agreement with sublicensing terms with Washington State University Research Fund ("WSURF"), which, after the dissolution of WSURF in 2013, was superseded by an amended and restated exclusive license agreement with sublicensing terms between the Company and Washington State University ("WSU") in 2015. Under this agreement, the Company has an exclusive license to make, use, sell, and offer for sale a chemical compound that forms the underlying technology of the drug therapies being developed by the Company. To keep in good standing, the agreement requires the Company to meet certain development milestones and pay an annual maintenance fee. All contractual requirements have been met as of March 31, 2021. During the year ended December 31, 2020, the Phase 2 clinical trial milestone had been reached and a payment of $50,000 to WSU was recorded." ¶134. |

**Ex. 1 - 3**