THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FAN WANG and HANG GAO, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>ATHIRA PHARMA, INC.; and LEEN KAWAS,<br><br>        Defendants. | CASE NO.:  2:21-cv-00861-TSZ (Consolidated with 21-cv-00862-TSZ and 21-cv-00864-TSZ)<br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR JUDICIAL NOTICE AND NOTICE OF INCORPORATION BY REFERENCE** |
| HARSHDEEP JAWANDHA, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>ATHIRA PHARMA, INC.; DR. LEEN KAWAS; GLENNA MILESON; TADATAKA YAMADA; JAMES A. JOHNSON; JOSEPH EDELMAN; JOHN M. FLUKE, JR.; GOLDMAN SACHS & CO. LLC; JEFFERIES LLC; STIFEL, NICOLAUS & COMPANY, INCORPORATED; and JMP SECURITIES LLC,<br><br>        Defendants. | |

[PROPOSED] ORDER GRANTING
DEFENDANTS' RJN
2:21-cv-00861-TSZ

WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500

TIMOTHY SLYNE and TAI SLYNE, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

ATHIRA PHARMA, INC.; LEEN KAWAS, Ph.D.; GLENNA MILESON, TADATAKA YAMADA, M.D.; JOHN M FLUKE JR.; JAMES A. JOHNSON; JOSEPH EDELMAN, GOLDMAN SACHS & CO. LLC; JEFFERIES LLC; STIFEL, NICOLAUS & COMPANY, INCORPORATED; and JMP SECURITIES LLC,

Defendants.

[PROPOSED] ORDER GRANTING
DEFENDANTS' RJN
2:21-cv-00861-TSZ

WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500

Defendants Athira Pharma, Inc., Dr. Leen Kawas, Glenna Mileson, John M. Fluke, Jr., James A. Johnson, Joseph Edelman, Goldman Sachs & Co., LLC, Jefferies LLC, Stifel, Nicolaus & Company, Inc., and JMP Securities LLC (collectively, "Defendants"), filed a Request for Judicial Notice and Notice of Incorporation by Reference, ECF No. 78, in support of their Motion to Dismiss Consolidated Amended Complaint, ECF No. 76, in the above-captioned action.  After full consideration of the papers submitted and arguments of counsel, if any, as well as all other matters presented to the Court,

IT IS HEREBY ORDERED as follows:

In ruling on Defendants' Motion to Dismiss, ECF No. 76, the Court shall consider Exhibits 2, 3, and 4 to the Declaration of John C. Roberts Jr. in Support of Defendants' Motion to Dismiss Consolidated Amended Complaint ("Roberts Declaration"), and the Form 424B4 Final Prospectus filed by Athira with the U.S. Securities and Exchange Commission on January 21, 2021, as incorporated into the Complaint by reference, and the Court shall also take judicial notice of the aforementioned documents.

Dated this _____ day of June 2022.

_____
HONORABLE THOMAS S. ZILLY
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Gregory L. Watts
_____
Gregory L. Watts, WSBA #43995
John C. Roberts Jr., WSBA #44945
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Telephone: (206) 883-2500
Email:  gwatts@wsgr.com
Email:  jroberts@wsgr.com

*Attorneys for Defendants Athira Pharma, Inc.,*
*Glenna Mileson, John M. Fluke Jr., James A.*
*Johnson, and Joseph Edelman*

[PROPOSED] ORDER GRANTING
DEFENDANTS' RJN
2:21-cv-00861-TSZ

- 1 -

**WILSON SONSINI GOODRICH & ROSATI, P.C.**
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500

s/ Sean C. Knowles
Sean C. Knowles, WSBA #39893
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone: (206) 359-6224
Email: sknowles@perkinscoie.com

*Attorneys for Defendant Dr. Leen Kawas*

s/ Anthony Todaro
Anthony Todaro, WSBA #30391
Lianna Bash, WSBA #52598
**DLA PIPER LLP**
701 Fifth Avenue Suite 6900
Seattle, WA  98104-7029
Telephone: (206) 839-4800
Email: anthony.todaro@us.dlapiper.com
Email: liana.bash@us.dlapiper.com

John J. Clarke, Jr (*Pro Hac Vice*)
**DLA PIPER LLP**
1251 Avenue of the Americas, 27th Floor
New York, NY 10020
Telephone: (212) 335-4920
Email: john.clarke@dlapiper.com

*Attorneys for Defendants Goldman Sachs & Co., LLC,*
*Jefferies LLC, Stifel, Nicolaus & Company, Inc., and*
*JMP Securities LLC*

[PROPOSED] ORDER GRANTING
DEFENDANTS' RJN
2:21-cv-00861-TSZ

- 2 -

WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500