The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

FAN WANG, et al.,

                Plaintiffs,

v.

ATHIRA PHARMA, INC., et al.,

                Defendants.

NO. C21-861 TSZ

**ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY**

    The Motion for Withdrawal of Attorneys Bradley S. Keller and Jofrey M. McWilliam, docket no. 75, is hereby GRANTED. It is ORDERED that Bradley S. Keller and Jofrey M. McWilliam are permitted to withdraw their appearance as counsel in this matter for Movants Jon T. Gustafson and Suleiman F. Nimri, effective immediately.

    IT IS SO ORDERED.

    Dated this 1st day of April, 2022.

Thomas S. Zilly
United States District Judge

ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY (NO. C21-861 TSZ) - 1

Byrnes ♦ Keller ♦ Cromwell LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

1 | Presented by:

2 | BYRNES KELLER CROMWELL LLP

3

4 | By: /s/ Bradley S. Keller
   | Bradley S. Keller, WSBA #10665
5 | 1000 Second Avenue, 38th Floor
   | Seattle, Washington 98104
6 | Telephone: (206) 622-2000
   | Facsimile: (206), 622-2522
7 | Email: bkeller@byrneskeller.com

8 | *Attorneys for Jon T. Gustafson and Suleiman F. Nimri*

ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS
ATTORNEY (NO. C21-861 TSZ) - 2

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000