THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FAN WANG and HANG GAO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ATHIRA PHARMA, INC.; and LEEN KAWAS,<br><br>Defendants. | Case No. 2:21-cv-00861-TSZ<br><br>(Consolidated with 21-cv-00862-TSZ and 21-cv-00864-TSZ)<br><br>**DECLARATION OF CASEY E. SADLER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT** |
| HARSHDEEP JAWANDHA , Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ATHIRA PHARMA, INC.; DR. LEEN KAWAS; GLENNA MILESON; TADATAKA YAMADA; JAMES A. JOHNSON; JOSEPH EDELMAN; JOHN M. FLUKE, JR.; GOLDMAN SACHS & CO. LLC; JEFFERIES LLC; STIFEL, NICOLAUS & COMPANY, INCORPORATED; and JMP SECURITIES,<br><br>Defendants. | |
| TIMOTHY SLYNE and TAI SLYNE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs, | |

v.

ATHIRA PHARMA, INC.; LEEN KAWAS; Ph.D.; GLENNA MILESON; TADATAKA YAMADA, M.D.; JOHN M. FLUKE, JR.; JAMES A. JOHNSON; JOSEPH EDELMAN; GOLDMAN SACHS & CO. LLC; JEFFERIES LLC; STIFEL, NICOLAUS & COMPANY, INCORPORATED; and JMP SECURITIES LLC,

Defendants.

Page 2 –   DECLARATION OF CASEY E. SADLER ISO OPP. TO MOTION TO DISMISS CAC
2:21-cv-00861-TSZ

GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150 Fax: (310) 201-9160

I, Casey E. Sadler, declare as follows:

1.     I am a partner of the law firm Glancy Prongay & Murray LLP, Co-Lead Counsel for Lead Plaintiffs and the putative class in the above-captioned matter.  I am admitted *pro hac vice* to practice before this Court in connection with this matter.  I am over eighteen years of age and have personal knowledge of the facts set forth herein and, if called as a witness, I would testify competently thereto.

2.     Attached hereto as Exhibit 1 is a true and accurate copy of Athira's Initial Public Offering Registration Statement ("IPO Registration Statement"), which was amended several times and declared effective by the U.S. Securities Exchange Commission ("SEC") on September 17, 2020.  The IPO Registration Statement is publicly available at https://www.sec.gov/Archives/edgar/data/1620463/000156459020043758/atha-s1a.htm.

3.     Attached hereto as Exhibit 2 is a true and accurate copy of Athira's Form 8-K, filed with the SEC on October 21, 2021.  The Form 8-K is publicly available at https://www.sec.gov/ix?doc=/Archives/edgar/data/1620463/000119312521304002/d179221d8k.htm.

4.     Attached hereto as Exhibit 3 is a true and accurate copy of a STAT News article by Olivia Goldhill, entitled *Athira cited altered studies in $15 million NIH grant application, creating legal risk,* which was published on August 5, 2021.

5.     Attached hereto as Exhibit 4 is a true and accurate screenshot of PubPeer's Frequently Asked Questions.  PubPeer's Frequently Asked Questions is publicly available at https://pubpeer.com/static/faq (last visited May 4, 2022).

6.     Attached hereto as Exhibit 5 is a true and accurate copy of a Puget Sound Business Journal article by Rick Morgan, entitled *Questions around Athira CEO's research began to surface in 2016*, which was published on June 21, 2021.

7.     Attached hereto as Exhibit 6 is a true and accurate copy of Athira's Form 10-K, filed with the SEC on March 25, 2021.  The Form 10-K is publicly available at

Page 3 – DECLARATION OF CASEY E. SADLER ISO OPP. TO MOTION TO DISMISS CAC
2:21-cv-00861-TSZ

https://www.sec.gov/Archives/edgar/data/1620463/000156459021015495/atha-10k_20201231.htm .

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of May, 2022, at Los Angeles, California.

By: *s/ Casey E. Sadler*
Casey E. Sadler
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Phone: (310) 201-9150
Fax: (310) 201-9160
Email: csadler@glancylaw.com

*Co-Lead Counsel for the Class*

Page 4 –    DECLARATION OF CASEY E. SADLER ISO OPP. TO MOTION TO DISMISS CAC
2:21-cv-00861-TSZ

GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150 Fax: (310) 201-9160

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old.  On May 6, 2022, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Western District of Washington, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on May 6, 2022, at Los Angeles, California.

*s/ Casey E. Sadler*
Casey E. Sadler