# EXHIBIT 5

## *Questions around Athira CEO's research began to surface in 2016*

Puget Sound Business Journal (Seattle, Washington)

June 21, 2021 Monday

Copyright 2021 American City Business Journal, Inc. All Rights Reserved



**Length:** 465 words

**Byline:** Rick Morgan

## Body

Questions about research authored by Leen Kawas, the Athira Pharma CEO, surfaced in the scientific community since as early as 2016, the Business Journal has learned.

The Bothell-based biotech *revealed Thursday* it had placed Kawas on temporary leave, pending a review of her doctoral research while at Washington State University, where she received a doctorate in molecular pharmacology in 2011.

Controversy around Kawas's work has been circulating through PubPeer, a site that allows users to discuss and critique academic articles, regarding the legitimacy of images from her research. One *PubPeer comment* points to an image result that has an abnormal background from a 2012 paper in The Journal of Pharmacology and Experimental Therapeutics that lists Kawas as lead author.

PubPeer confirmed the comment was posted in June 2016 and the study authors have been sent email alerts of comments.

According to a report by *Stat News*, the investigation into Kawas centers on allegations of manipulated images used in papers where she was the lead author.

PubPeer posts point to multiple images from multiple papers, spanning from 2011 to 2015, that commenters say have potential problems.

Elisabeth Bik, an independent consultant with a doctorate in microbiology, specializes in finding potential errors in images from published research. Bik said while some of the concerns around Kawas's work seem like honest

Questions around Athira CEO's research began to surface in 2016

mistakes, other potential issues could be less innocuous. Bik has also commented on Kawas's work through PubPeer, and Bik is unique in that she uses her actual name and not a pseudonym.

In some of Kawas's research, Bik notes that the same image results seem to be used in different experiments.

"At least one of them is wrong," Bik said. "Maybe they ran the experiment and the results were not as expected, or maybe they didn't run the experiment at all."

In a statement issued Friday, WSU said it is reviewing claims of Kawas's research misconduct. The university is not discussing the matter until after the review.

Athira didn't say how long it has been investigating Kawas's work, instead referring to a news release about the temporary removal of Kawas as CEO. In the release, the company stood by the potential of its drug, which is aimed at treating Alzheimer's and Parkinson's dementia.

Kawas will remain on Athira's board while an independent special committee formed by the board conducts the review. Chief Operating Officer Mark Litton is overseeing day-to-day operations while Kawas is on leave.

Athira went public on the Nasdaq through a $204 million IPO in September. Shares of Athira, which closed at $18.24 Thursday, dropped to $11.15 at Friday's close, a 39% drop.

Did you find this article useful? Why not *subscribe* to Puget Sound Business Journal (Seattle) for more articles?

**Load-Date:** June 21, 2021

---

End of Document