THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FAN WANG and HANG GAO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ATHIRA PHARMA, INC.; and LEEN KAWAS,<br><br>Defendants. | Case No. 2:21-cv-00861-TSZ<br><br>(Consolidated with 21-cv-00862-TSZ and 21-cv-00864-TSZ)<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE**<br><br>NOTE ON MOTION CALENDAR: June 10, 2022 |
| HARSHDEEP JAWANDHA , Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ATHIRA PHARMA, INC.; DR. LEEN KAWAS; GLENNA MILESON; TADATAKA YAMADA; JAMES A. JOHNSON; JOSEPH EDELMAN; JOHN M. FLUKE, JR.; GOLDMAN SACHS & CO. LLC; JEFFERIES LLC; STIFEL, NICOLAUS & COMPANY, INCORPORATED; and JMP SECURITIES,<br><br>Defendants. | |
| TIMOTHY SLYNE and TAI SLYNE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs, | |

v.

ATHIRA PHARMA, INC.; LEEN KAWAS; Ph.D.; GLENNA MILESON; TADATAKA YAMADA, M.D.; JOHN M. FLUKE, JR.; JAMES A. JOHNSON; JOSEPH EDELMAN; GOLDMAN SACHS & CO. LLC; JEFFERIES LLC; STIFEL, NICOLAUS & COMPANY, INCORPORATED; and JMP SECURITIES LLC,

Defendants.

GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150 Fax: (310) 201-9160

Pursuant to Federal Rule of Evidence 201, Lead Plaintiffs Wies Rafi and Antonio Bachaalani Nacif ("Plaintiffs"), hereby request that the Court take judicial notice of the documents listed below, submitted in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss the Consolidated Amended Complaint. Each document is attached to the accompanying Declaration of Casey E. Sadler in Support of Plaintiffs' Opposition to Defendants' Motions to Dismiss the Consolidated Amended Complaint ("Sadler Declaration").

## I.    DOCUMENTS SUBJECT TO THIS REQUEST

| Exhibit | Description |
| --- | --- |
| 1 | Athira's IPO Registration Statement, declared effective by the SEC on September 17, 2020 |
| 2 | Athira's Form 8-K, filed with the SEC on October 21, 2021 |
| 6 | Athira's Form 10-K, filed with the SEC on March 25, 2021 |

## II.    ARGUMENT

### A.    Applicable Standards

On a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), "courts must consider the complaint in its entirety, as well as other sources courts ordinarily examine when ruling on Rule 12(b)(6) motions to dismiss, in particular, documents incorporated into the complaint by reference, and matters of which a court may take judicial notice." *Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 322 (2007).

Courts may take judicial notice of a fact that is "not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Judicial notice extends to "matters of public record outside the pleadings." *MGIC Indem. Corp. v. Weisman*, 803 F.2d 500, 504 (9th Cir. 1986). For the reasons discussed below, Exhibits 1, 2 and 6 to the Sadler Declaration are properly considered in connection with an

Page 3 –    PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE
2:21-cv-00861-TSZ

opposition to a motion to dismiss under Federal Rule of Evidence 201, which permits the Court to take judicial notice of certain publicly available information that is not subject to reasonable dispute. *See* Fed. R. Evid. 201(b).

### B.    The Court May Take Judicial Notice Of SEC Filings

"Federal courts routinely take judicial notice of SEC filings." *Mild v. PPG Indus., Inc.*, 2018 WL 6787351, at *3 (C.D. Cal. Dec. 21, 2018); *Dreiling v. Am. Exp. Co.*, 458 F.3d 942, 946 n.2 (9th Cir. 2006) (courts may consider "any matter subject to judicial notice, such as SEC filings" on a motion to dismiss). In ruling on a motion to dismiss, it is appropriate for courts to consider SEC filings and other publicly available documents subject to judicial notice "to determine what statements were made" as well as "how these statements relate to the allegations in the FAC." *See Mild,* 2018 WL 6787351, at *3; *see also Patel v. Parnes*, 253 F.R.D. 531, 546 (C.D. Cal. 2008) ("It is appropriate for the court to take judicial notice of the content of the SEC Forms [] and the fact that they were filed with the agency.").

Here, Exhibits 1, 2 and 6 to the Sadler Declaration are each an SEC filing, which courts routinely consider the proper subject of judicial notice in ruling on a motion to dismiss. *See e.g., Mild*, 2018 WL 6787351, at *3. As such, their existence and contents can immediately be verified, and their authenticity "cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). The Court should therefore take judicial notice of Exhibits 1, 2 and 6.

### III.    CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court take judicial notice of Exhibits 1, 2 and 6 to the Sadler Declaration and the facts supported by them in ruling on Defendants' Motion to Dismiss Plaintiffs' Consolidated Amended Complaint.

Page 4 –    PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE
2:21-cv-00861-TSZ

GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150 Fax: (310) 201-9160

Dated:  May 6, 2022

Respectfully submitted,

**GLANCY PRONGAY & MURRAY LLP**

By:  *s/ Casey E. Sadler*

Kara M. Wolke
Casey E. Sadler
Natalie S. Pang (*pro hac vice forthcoming*)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Phone: (310) 201-9150
Fax: (310) 201-9160
Email: kwolke@glancylaw.com
      csadler@glancylaw.com
      npang@glancylaw.com

**LABATON SUCHAROW LLP**

Michael P. Canty
Thomas G. Hoffman, Jr.
140 Broadway
New York, New York 10005
Phone: (212) 907-0700
Fax: (212) 818-0477
Email: mcanty@labaton.com
      thoffman@labaton.com

*Co-Lead Counsel for the Class*

**ROSSI VUCINOVICH, P.C.**

Benjamin T. G. Nivinson, WSBA No. 39797
1000 Second Avenue, Suite 1780
Seattle, Washington 98104
Phone: (425) 646-8003
Fax: (425) 646-8004
Email: bnivison@rvflegal.com

*Liaison Counsel for the Class*

Page 5 –   PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE
      2:21-cv-00861-TSZ

GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150 Fax: (310) 201-9160

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old.  On May 6, 2022, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Western District of Washington, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on May 6, 2022, at Los Angeles, California.

*s/ Casey E. Sadler*
Casey E. Sadler