THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FAN WANG and HANG GAO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ATHIRA PHARMA, INC.; and LEEN KAWAS,<br><br>Defendants. | Case No. 2:21-cv-00861-TSZ<br><br>(Consolidated with 21-cv-00862-TSZ and 21-cv-00864-TSZ)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE** |
| HARSHDEEP JAWANDHA , Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ATHIRA PHARMA, INC.; DR. LEEN KAWAS; GLENNA MILESON; TADATAKA YAMADA; JAMES A. JOHNSON; JOSEPH EDELMAN; JOHN M. FLUKE, JR.; GOLDMAN SACHS & CO. LLC; JEFFERIES LLC; STIFEL, NICOLAUS & COMPANY, INCORPORATED; and JMP SECURITIES,<br><br>Defendants. | |
| TIMOTHY SLYNE and TAI SLYNE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs, | |

v.

ATHIRA PHARMA, INC.; LEEN KAWAS; Ph.D.; GLENNA MILESON; TADATAKA YAMADA, M.D.; JOHN M. FLUKE, JR.; JAMES A. JOHNSON; JOSEPH EDELMAN; GOLDMAN SACHS & CO. LLC; JEFFERIES LLC; STIFEL, NICOLAUS & COMPANY, INCORPORATED; and JMP SECURITIES LLC,

    Defendants.

GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150 Fax: (310) 201-9160

Lead Plaintiffs Wies Rafi and Antonio Bachaalani Nacif ("Plaintiffs") filed a Request for Judicial Notice in support of their Opposition to Defendants' Motion to Dismiss the Consolidated Amended Complaint ("Motion to Dismiss") in the above-captioned action. After full consideration of the papers submitted and arguments of counsel, if any, as well as all other matters presented to the Court,

IT IS HEREBY ORDERED as follows:

In ruling on Defendants' Motion to Dismiss (Dkt. No. 76), the Court shall consider Exhibits 1, 2 and 6 to the Declaration of Casey E. Sadler in Support of Plaintiffs' Opposition to Defendants' Motion to Dismiss, and the Court shall take judicial notice of the aforementioned documents.

Dated this _____ day of _____, 2022.

_____
HON. THOMAS S. ZILLY
UNITED STATES DISTRICT COURT
JUDGE

Presented by:

By: *s/ Casey E. Sadler*
**GLANCY PRONGAY & MURRAY LLP**
Kara M. Wolke
Casey E. Sadler
Natalie S. Pang (*pro hac vice forthcoming*)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Phone: (310) 201-9150
Fax: (310) 201-9160
Email: kwolke@glancylaw.com
        csadler@glancylaw.com
        npang@glancylaw.com

Page 3 – [PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE
2:21-cv-00861-TSZ

GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150 Fax: (310) 201-9160

**LABATON SUCHAROW LLP**
Michael P. Canty
Thomas G. Hoffman, Jr.
140 Broadway
New York, New York 10005
Phone: (212) 907-0700
Fax: (212) 818-0477
Email: mcanty@labaton.com
        thoffman@labaton.com

*Co-Lead Counsel for the Class*

**ROSSI VUCINOVICH, P.C.**
Benjamin T. G. Nivinson, WSBA No. 39797
1000 Second Avenue, Suite 1780
Seattle, Washington 98104
Phone: (425) 646-8003
Fax: (425) 646-8004
Email: bnivison@rvflegal.com

*Liaison Counsel for the Class*

Page 4 –    [PROPOSED]    ORDER    GRANTING    PLAINTIFFS'
REQUEST FOR JUDICIAL NOTICE
2:21-cv-00861-TSZ

GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150 Fax: (310) 201-9160