THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FAN WANG and HANG GAO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ATHIRA PHARMA, INC.; and LEEN KAWAS,<br><br>Defendants.<br><br>HARSHDEEP JAWANDHA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ATHIRA PHARMA, INC.; DR. LEEN KAWAS; GLENNA MILESON; TADATAKA YAMADA; JAMES A. JOHNSON; JOSEPH EDELMAN; JOHN M. FLUKE, JR.; GOLDMAN SACHS & CO. LLC; JEFFERIES LLC; STIFEL, NICOLAUS & COMPANY, INCORPORATED; and JMP SECURITIES LLC,<br><br>Defendants. | CASE NO.: 2:21-cv-00861-TSZ<br>(Consolidated with 21-cv-00862-TSZ and 21-cv-00864-TSZ)<br><br>**DECLARATION OF JOHN C. ROBERTS JR. IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS CONSOLIDATED AMENDED COMPLAINT** |

DECLARATION OF JOHN C. ROBERTS JR. ISO REPLY ISO MOTION TO DISMISS
2:21-cv-00861-TSZ

WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500

| | |
|---|---|
| 1 | TIMOTHY SLYNE and TAI SLYNE, Individually and on Behalf of All Others Similarly Situated, |
| 2 | |
| 3 | Plaintiffs, |
| 4 | v. |
| 5 | ATHIRA PHARMA, INC.; LEEN KAWAS, Ph.D.; GLENNA MILESON, TADATAKA YAMADA, M.D.; JOHN M FLUKE JR.; JAMES A. JOHNSON; JOSEPH EDELMAN, GOLDMAN SACHS & CO. LLC; JEFFERIES LLC; STIFEL, NICOLAUS & COMPANY, INCORPORATED; and JMP SECURITIES LLC, |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | Defendants. |

DECLARATION OF JOHN C. ROBERTS JR. ISO
REPLY ISO MOTION TO DISMISS
2:21-cv-00861-TSZ

WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500

I, John C. Roberts Jr., declare as follows:

1. I am an attorney of the law firm Wilson Sonsini Goodrich & Rosati, P.C., counsel for Defendants Athira Pharma, Inc. ("Athira"), Glenna Mileson, John M. Fluke Jr., James A. Johnson, and Joseph Edelman. I am licensed to practice law before the Courts of the State of Washington. I am over eighteen years of age and have personal knowledge of the facts set forth herein and, if called as a witness, I would testify competently thereto.

2. Attached hereto as **Exhibit 5** is a true and accurate copy of Dr. Leen Kawas's resignation letter, distributed to Athira employees and dated October 21, 2021. Exhibit 5 is specifically cited in the Consolidated Amended Complaint for Violations of the Federal Securities Laws, ECF No. 74, at ¶¶5, 6, 98, and forms a significant part of the basis for Plaintiffs' claims.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of June, 2022 at Bainbridge Island, Washington.

s/ John C. Roberts Jr.
John C. Roberts Jr., WSBA #44945
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500
Email: jroberts@wsgr.com

*Attorney for Defendants Athira Pharma, Inc., Glenna Mileson, John M. Fluke Jr., James A. Johnson, and Joseph Edelman*

DECLARATION OF JOHN C. ROBERTS JR.
ISO REPLY ISO MOTION TO DISMISS
2:21-cv-00861-TSZ
- 1 -
WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500