# EXHIBIT 5

# LEEN KAWAS, PH.D.
LEEN.KAWAS@GMAIL.COM

October 21, 2021

RE: Thank You

Dear Athirians:

It has been a privilege to build Athira from the ground up, along with so many of you, over the past several years. Your talent, dedication and passion for our mission have been an inspiration. Together, we have accomplished significant milestones and created tremendous momentum toward our shared goal of developing therapies that can reverse the effects of neurodegenerative diseases.

There is nothing more important to me than our mission and there is no time for distractions. It is my hope that by stepping aside, I am helping move Athira forward. With our outstanding pipeline and talented team in place, I am confident that Athira's goals can become a reality. While I am resigning as Athira's CEO, I will be cheering on your success from afar.

I regret that mistakes I made as a graduate student many years ago caused any distraction to Athira today. At the time, I was navigating an unfamiliar environment and did not fully comprehend the significance of my decision to enhance the images I used in my research. I want to make clear that the enhancement to images was not a change to or manipulation of the underlying data.  Even more importantly, it did not involve ATH-1017, Athira's lead development candidate. Regardless, I should have known better.  I am confident that the relationships I have built, my dedication to patients and their families, and the potentially life-changing treatments we have developed, will be what defines me in the future.

Being a part of Athira's development from its earliest days will be one of the most fulfilling professional experience of my life, and an invaluable learning experience on both a professional and personal level. Growing up in Jordan, I never imagined having an opportunity like this, and I will forever be grateful to my mentors and colleagues – each and every one of you – for challenging me, fostering innovation, and working together to change the world. I will miss my day-to-day interactions with all of you but knowing that Athira will be in such capable hands is something for which I am truly grateful.

**Ex. 5 - 1**

## LEEN KAWAS, PH.D.
LEEN.KAWAS@GMAIL.COM

Since day one, the efforts of this team have been truly inspiring, and I am humbled by what we have accomplished together. I look forward to following Athira's continued success as I work to realize my personal mission of helping individuals live better, healthier lives.

From the bottom of my heart, thank you. It has been an honor to learn from and alongside each of you.

Gratefully,

Leen

- 2 -

**Ex. 5 - 2**