THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANTONIO BACHAALANI NACIF and WIES RAFI, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

ATHIRA PHARMA, INC., et al.,

Defendants.

No. C21-861 TSZ

[PROPOSED] ORDER GRANTING DEFENDANT DR. LEEN KAWAS'S MOTION FOR PARTIAL RECONSIDERATION OF ORDER OF JULY 29, 2022

The Court, having considered Defendant Dr. Leen Kawas's Motion for Partial Reconsideration of Order of July 29, 2022 (the "Motion"), and all papers filed in support of and in opposition to the Motion, [and having heard the oral argument of counsel,] and being fully advised in the premises, now, therefore, it is

ORDERED that the Motion be, and the same hereby is, GRANTED; and it is further

ORDERED that all of Plaintiffs' claims under Section 11 of the Securities Act of 1933 based on "Statement 3" be, and the same hereby are, DISMISSED in their entirety; and it is further

ORDERED that Plaintiffs' claim against Dr. Kawas under Section 15 of the Securities Act of 1933 be, and the same hereby is, DISMISSED in its entirety.

[PROPOSED] ORDER GRANTING DEFENDANT DR. LEEN KAWAS'S MOTION FOR PARTIAL RECONSIDERATION OF ORDER OF JULY 29, 2022 (No. C21-861 TSZ)
157938988.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

DATED this ____ day of _____, 2022.

_____
The Honorable Thomas S. Zilly
United States District Court Judge

PRESENTED BY:


*s/ Sean C. Knowles*
_____
Sean C. Knowles, WSBA No. 39893
Joseph E. Bringman, WSBA No. 15236
Zachary E. Davison, WSBA No. 47873
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
SKnowles@perkinscoie.com
JBringman@perkinscoie.com
ZDavison@perkinscoie.com

*Attorneys for Defendant Dr. Leen Kawas*

[PROPOSED] ORDER GRANTING DEFENDANT
DR. LEEN KAWAS'S MOTION FOR PARTIAL
RECONSIDERATION (NO. C21-861 TSZ) –2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

157938988.1