UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTONIO BACHAALANI NACIF and WIES RAFI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ATHIRA PHARMA, INC.; and LEEN KAWAS, Ph.D.,<br><br>Defendants. | C21-0861 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) By Order dated July 29, 2022, docket no. 89, the Court dismissed all claims in this matter except plaintiffs' third and fifth claims, which remain pending solely as to Statement 3 against defendants Athira Pharma, Inc. ("Athira") and/or Leen Kawas, Ph.D., but granted leave to plaintiffs to file an amended complaint by August 19, 2022. Plaintiffs failed to amend their pleading by the deadline set by the Court.

(2) Defendant Kawas's motion for reconsideration, docket no. 90, is hereby RENOTED to September 16, 2022. Although Athira did not itself join in the motion, the motion seeks dismissal of the Securities Act § 11 claim against the company, *see* Kawas's Mot. at 1 n.1 (docket no. 90), and plaintiffs are hereby provided notice that the Court will consider the motion as having been brought on behalf of both Athira and Kawas as to all remaining claims. Any response shall be filed by September 12, 2022, and any reply shall be filed by the new noting date.

MINUTE ORDER - 1

(3) The deadline of September 15, 2022, for filing a Joint Status Report, *see* Order at 50, ¶ 3 (docket no. 89), is STRICKEN and will be reset, if appropriate, after the Court rules on the pending motion for reconsideration.

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 24th day of August, 2022.

                                              Ravi Subramanian
                                              Clerk

                                              s/Gail Glass
                                              Deputy Clerk

MINUTE ORDER - 2