THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANTONIO BACHAALANI NACIF and WIES RAFI, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

ATHIRA PHARMA, INC., et al.,

Defendants.

CASE NO.: 2:21-cv-00861-TSZ

**DECLARATION OF THOMAS G. HOFFMAN, JR. IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANT KAWAS'S MOTION FOR PARTIAL RECONSIDERATION OF ORDER OF JULY 29, 2022**

DECLARATION OF THOMAS G. HOFFMAN, JR. IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANT KAWAS'S MOTION FOR PARTIAL RECONSIDERATION OF ORDER OF JULY 29, 2022
CASE NO. 2:21-CV-00861-TSZ

LABATON SUCHAROW LLP
140 BROADWAY, NEW YORK, NY 10005
PHONE: 212-907-0700
FAX: 212-818-0477

I, Thomas G. Hoffman, Jr., declare as follows:

1.    I am a partner of the law firm Labaton Sucharow LLP, Co-Lead Counsel for Plaintiffs and the putative class in the above-captioned matter.  I am admitted pro hac vice to practice before this Court in connection with this matter.  I am over eighteen years of age and have personal knowledge of the facts set forth herein, and if called as a witness, I would testify competently thereto.

2.    Attached hereto as Exhibit 1 is a true and accurate copy of Xue Hua, Ph.D.'s public statement, entitled *Why I Left Athira – Questions on Leen Kawas' Ousting*, which was published on May 10, 2022, https://medium.com/@XueHua.PhD/why-i-left-athira-questions-on-leen-kawas-ousting-dbb7751f913d (last visited Sept. 12, 2022).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 12th day of September, 2022, at New York, New York.

By: *s/ Thomas G. Hoffman, Jr.*
**LABATON SUCHAROW LLP**
Thomas G. Hoffman, Jr.
140 Broadway
New York, New York 10005
Phone: (212) 907-0700
Fax: (212) 818-0477
Email: thoffman@labaton.com

*Co-Lead Counsel for the Class*

Declaration of Thomas G. Hoffman. Jr. in Support of Plaintiffs' Response to Defendant Kawas's Motion for Partial Reconsideration of Order of July 29, 2022
Case No. 2:21-cv-00861-TSZ

Labaton Sucharow LLP
140 Broadway, New York, NY 10005
Phone: 212-907-0700
Fax: 212-818-0477

1