1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTONIO BACHAALANI NACIF and WIES RAFI, individually and on behalf of all other similarly situated,<br><br>          Plaintiffs,<br><br>   v.<br><br>ATHIRA PHARMA, INC.; and LEEN KAWAS, Ph.D.,<br><br>          Defendants. | No. 2:21-cv-00861-TSZ<br>(Consolidated with 21-cv-00862-TSZ and 21-cv-00864-TSZ)<br><br>**[PROPOSED] ORDER GRANTING UNDERWRITER DEFENDANTS' MOTION FOR ENTRY OF JUDGMENT UNDER RULE 54(b)**<br><br>NOTE ON MOTION CALENDAR:<br>Friday, January 6, 2023 |

THIS MATTER came before the Court on the motion of defendants Goldman Sachs & Co. LLC, Jeffries LLC, Stifel, Nicolaus & Company, Inc., and JMP Securities LLC (the "Underwriter Defendants") for entry of judgment under Rule 54(b) (the "Motion"). Having considered the Motion, the papers filed in response to the Motion and, after reviewing the file and record herein, the Court hereby finds pursuant to Rule 54(b) of the Federal Rules of Civil Procedure that there is no just reason for delay in entering judgment in favor of the Underwriter Defendants as to all claims asserted against them in this matter; and the Court therefore ORDERS that the Clerk is directed to enter judgment in favor of the Underwriter Defendants.

[PROPOSED] ORDER GRANTING
UNDERWRITER DEFENDANTS' MOTION FOR
ENTRY OF JUDGMENT UNDER RULE 54(b) - 1
Case No. 2:21-cv-00861-TSZ

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7029 | Tel: 206.839.4800

IT IS SO ORDERED.

DATED this _____ day of January, 2023.

_____
THE HONORABLE THOMAS S. ZILLY
UNITED STATES DISTRICT JUDGE

*PRESENTED BY:*

DLA PIPER LLP (US)
*s/ Anthony Todaro*
Anthony Todaro, WSBA No. 30391
701 Fifth Avenue, Suite 6900
Seattle, Washington 98104-7029
Tel:    206.839.4800
E-mail: anthony.todaro@us.dlapiper.com

AND

DLA PIPER LLP (US)
John J. Clarke, Jr. (admitted *pro hac vice*)
1251 Avenue of The Americas, 27th Floor
New York, NY 10020
E-mail: john.clarke@us.dlapiper.com

*Attorneys for Defendants' Goldman Sachs*
*& Co. LLC, Jeffries LLC, Stifel, Nicolaus &*
*Company, Inc., and JMP Securities LLC*

[PROPOSED] ORDER GRANTING
UNDERWRITER DEFENDANTS' MOTION FOR
ENTRY OF JUDGMENT UNDER RULE 54(b) - 2
Case No. 2:21-cv-00861-TSZ

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7029 | Tel: 206.839.4800

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on December 19, 2022, I electronically filed the foregoing document

3

with the Clerk of the Court using the CM/ECF system, which will send notification of such filing

4

to the attorneys of record for the parties.

5

Dated this 19th day of December, 2022.

6

7

*s/ Paige Plassmeyer*

8

*Paige Plassmeyer*, Legal Practice Specialist

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER GRANTING
UNDERWRITER DEFENDANTS' MOTION FOR
ENTRY OF JUDGMENT UNDER RULE 54(b) - 3
Case No. 2:21-cv-00861-TSZ

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7029 | Tel: 206.839.4800