|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ANTONIO BACHAALANI NACIF and WIES RAFI, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>ATHIRA PHARMA, INC., et al.,<br><br>        Defendants. | C21-861 TSZ<br><br>**ORDER** |

The motion brought by Duncan C. Turner[1] for leave to withdraw as counsel of record for Kenneth Rozas, docket no. 113, is GRANTED.

Attorney Duncan C. Turner, and the firm of Badgley Mullins Turner PLLC,[1] are granted leave to withdraw as counsel in this matter for Kenneth Rozas, effective immediately.

IT IS SO ORDERED.

---

[1] The notice of appearance filed on behalf of Kenneth Rozas was signed by both Mr. Turner and Shannon L. Hopkins of Levi & Korsinsky, LLP, with a notation that Ms. Hopkins's pro hac vice application was forthcoming. *See* Notice (docket no. 37). No pro hac vice application was filed. Because local counsel are withdrawing, Ms. Hopkins and the firm of Levi & Korsinksy, LLP are also viewed as no longer serving as counsel of record for Kenneth Rozas.

ORDER - 1

The Clerk is directed to send a copy of this Order to all counsel of record. Mr. Turner is directed to serve a copy of this Order on Mr. Rozas and Ms. Hopkins, and to file proof of such service within seven (7) days of the date of this Order.

DATED this 3rd day of March, 2023.

Thomas S. Zilly
United States District Judge

Presented by:

BADGLEY MULLINS TURNER PLLC

Duncan C. Turner, WSBA No. 20597
19929 Ballinger Way NE, Suite 200
Shoreline, WA 98155
Telephone: 206-621-6566
Facsimile: 206-621-9686
Email: dturner@badgleymullins.com
*Liaison Counsel for Movant Kenneth Rozas*

LEVI & KORSINSKY, LLP
Shannon L. Hopkins
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: shopkins@zlk.com
*Attorneys for Movant Kenneth Rozas*

ORDER - 2

BADGLEY MULLINS TURNER PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686