THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTONIO BACHAALANI NACIF and WIES RAFI, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ATHIRA PHARMA, INC., et al.,<br><br>Defendants. | CASE NO.: 2:21-cv-00861-TSZ<br>(Consolidated with 21-cv-00862-TSZ and 21-cv-00864-TSZ)<br><br>**STIPULATED MOTION RE: DEFERRAL OF DEADLINES AND [PROPOSED] ORDER**<br><br>**NOTE ON MOTION CALENDAR: March 8, 2023** |

STIPULATED MOTION RE: DEFERRAL OF DEADLINES AND [PROPOSED] ORDER
2:21-cv-00861-TSZ

GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Ste. 2100
Los Angeles, CA 90067
Tel: (310) 201-9150

# STIPULATION

In accordance with Western District of Washington Local Civil Rules 7(d)(1), 10(g), and 11(b), Lead Plaintiffs Antonio Bachaalani Nacif and Wies Rafi (collectively, "Plaintiffs"), Defendant Dr. Leen Kawas ("Dr. Kawas"), Defendant Athira Pharma, Inc. ("Athira"), and Defendants Goldman Sachs & Co. LLC, Jefferies LLC, Stifel, Nicolaus & Company, Incorporated, and JMP Securities LLC (collectively, the "Underwriter Defendants" and together with Plaintiffs, Athira, and Dr. Kawas, the "Parties"), by and through their undersigned counsel, submit the following Stipulated Motion and respectfully request the Court enter an Order consistent with this Stipulated Motion:

1. WHEREAS, on December 19, 2022, the Underwriter Defendants filed a motion for partial judgment pursuant to Federal Rule of Civil Procedure 54(b) (Dkt. No. 105; the "Underwriters' Motion");

2. WHEREAS, on January 23, 2023, Plaintiffs filed their opposition to the Underwriters' Motion (Dkt. No. 111);

3. WHEREAS, on February 3, 2023, the Underwriter Defendants filed a reply brief in support of the Underwriters' Motion (Dkt. No. 112);

4. WHEREAS, on February 16, 2023, Plaintiffs and Defendants Athira and Dr. Kawas participated in a full-day mediation before Jed Melnick, Esq. of JAMS ADR;

5. WHEREAS, Plaintiffs and Defendants Athira and Dr. Kawas reached a confidential agreement in principle to settle this putative securities class action on a classwide basis, subject to the Court's preliminary and final approval;

6. WHEREAS, on February 17, 2023, the Court entered an Order which: deferred and renoted the Underwriters' Motion, set the deadline for any objections to the Court's proposed form of partial judgment, and set the deadline for any reply to any objection to the Court's proposed form of partial judgment (Dkt. No. 114);

7. WHEREAS, pursuant to the Court's November 2, 2022 Scheduling Order (Dkt. No. 100), Plaintiffs' motion for class certification is due to be filed on March 9, 2023;

STIPULATED MOTION RE: DEFERRAL OF DEADLINES AND [PROPOSED] ORDER
2:21-cv-00861-TSZ

- 1 -

GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Ste. 2100
Los Angeles, CA 90067
Tel: (310) 201-9150

8.  WHEREAS, the Parties have met and conferred and together agree, that on or before April 28, 2023, Plaintiffs and Defendants Athira and Dr. Kawas will file a formal stipulation of settlement and Plaintiffs will file a motion for preliminary approval of class action settlement;

9.  WHEREAS, the Parties have met and conferred and together agree, that the Underwriter Defendants shall withdraw the Underwriters' Motion without prejudice;

10.  WHEREAS, the Parties have met and conferred and together agree, that deferring Plaintiffs' deadline to file a motion for class certification will provide the Court and the Parties greater efficiency and economy.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, and subject to the Court's approval as follows:

1.  Given the proposed settlement, the Underwriter Defendants withdraw the Underwriters' Motion without prejudice to seeking the relief requested if the settlement does not occur.

2.  The deadline for Plaintiffs to file a motion for class certification is deferred, but will be reset if Plaintiffs do not file their motion for preliminary approval of the settlement by April 28, 2023, or the Court does not preliminarily or finally approve the settlement.

3.  On or before April 28, 2023, Plaintiffs and Defendants Athira and Dr. Kawas shall file their formal stipulation of settlement and Plaintiffs shall file their motion for preliminary approval of settlement.

STIPULATED MOTION RE: DEFERRAL OF DEADLINES AND [PROPOSED] ORDER
2:21-cv-00861-TSZ
- 2 -
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Ste. 2100
Los Angeles, CA 90067
Tel: (310) 201-9150

| | | |
|---|---|---|
| 1 | Dated: March 8, 2023 | SO STIPULATED, |
| 2 | | *s/ Casey E. Sadler* |
| 3 | | Kara M. Wolke |
| | | Casey E. Sadler |
| 4 | | Natalie S. Pang |
| | | **GLANCY PRONGAY & MURRAY LLP** |
| 5 | | 1925 Century Park East, Suite 2100 |
| | | Los Angeles, CA 90067 |
| 6 | | Telephone: (310) 201-9150 |
| | | Facsimile: (310) 201-9160 |
| 7 | | Email: kwolke@glancylaw.com |
| | | Email: csadler@glancylaw.com |
| 8 | | Email: npang@glancylaw.com |

Michael P. Canty
Thomas G. Hoffman, Jr.
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: mcanty@labaton.com
Email: thoffman@labaton.com

*Co-Lead Attorneys for Plaintiffs Antonio Bachaalani Nacif and Wies Rafi*

*s/ Benjamin T.G. Nivison*
Benjamin T.G. Nivison, WSBA #39797
**ROSSI VUCINOVICH PC**
1000 Second Avenue, Suite 1780
Seattle, WA 98104
Telephone: (425) 646-8003
Facsimile: (425) 646-8004
Email: bnivison@rvflegal.com

*Liaison Attorney for Lead Plaintiffs Antonio Bachaalani Nacif and Wies Rafi*

STIPULATED MOTION RE: DEFERRAL OF DEADLINES AND [PROPOSED] ORDER
2:21-cv-00861-TSZ

- 3 -

GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Ste. 2100
Los Angeles, CA 90067
Tel: (310) 201-9150

1
2
3
4
5
6
7

       *s/ Gregory L. Watts*
       Gregory L. Watts, WSBA #43995
       John C. Roberts, Jr., WSBA #44945
       Tyre L. Tindall, WSBA #56357
       **WILSON SONSINI GOODRICH & ROSATI, P.C.**
       701 Fifth Avenue, Suite 5100
       Seattle, WA  98104-7036
       Telephone: (206) 883-2500
       Facsimile:  (206) 883-2699
       Email:  gwatts@wsgr.com
       Email:  jroberts@wsgr.com
       Email:  ttindall@wsgr.com

8

       *Attorneys for Defendant Athira Pharma, Inc.*

9
10
11
12
13
14
15
16

       *s/ Sean C. Knowles*
       Sean C. Knowles, WSBA #39893
       Joseph E. Bringman, WSBA #15236
       Zachary E. Davison, WSBA #47873
       **PERKINS COIE LLP**
       1201 Third Avenue, Suite 4900
       Seattle, WA  98101-3099
       Telephone: (206) 359-8000
       Facsimile:  (206) 359-9000
       Email:  sknowles@perkinscoie.com
       Email:  jbringman@perkinscoie.com
       Email:  zdavison@perkinscoie.com

17

       *Attorneys for Defendant Dr. Leen Kawas*

18
19
20
21
22
23

       *s/ Anthony Todaro*
       Anthony Todaro, WSBA #30391
       Lianna Bash, WSBA #52598
       **DLA PIPER LLP**
       701 Fifth Avenue, Suite 6900
       Seattle, WA  98104
       Telephone: (206) 839-4800
       Email:  anthony.todaro@dlapiper.com
       Email:  lianna.bash@dlapiper.com

24
25
26
27

STIPULATED MOTION RE: DEFERRAL OF DEADLINES AND [PROPOSED] ORDER
2:21-cv-00861-TSZ

- 4 -

GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Ste. 2100
Los Angeles, CA 90067
Tel: (310) 201-9150

John J. Clarke, Jr., *admitted pro hac vice*
**DLA PIPER LLP**
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Email: john.clarke@dlapiper.com

*Attorneys for Defendants Goldman Sachs & Co. LLC, Jefferies LLC, Stifel, Nicolaus & Company Incorporated and JMP Securities LLC*

### [PROPOSED] ORDER

Pursuant to the above Stipulated Motion, **IT IS SO ORDERED.**

Dated this _____ day of _____ 2023

                                                                                          _____
                                                                                          HONORABLE THOMAS S. ZILLY
                                                                                          UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Casey E. Sadler*
Kara M. Wolke
Casey E. Sadler
Natalie S. Pang
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile:  (310) 201-9160
Email: kwolke@glancylaw.com
Email: csadler@glancylaw.com
Email: npang@glancylaw.com

*Co-Lead Attorneys for Plaintiffs
Antonio Bachaalani Nacif and Wies Rafi*

STIPULATED MOTION RE: DEFERRAL OF DEADLINES AND [PROPOSED] ORDER
2:21-cv-00861-TSZ

- 5 -

GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Ste. 2100
Los Angeles, CA 90067
Tel: (310) 201-9150

*s/ Benjamin T.G. Nivison*
Benjamin T.G. Nivison, WSBA #39797
**ROSSI VUCINOVICH PC**
1000 Second Avenue, Suite 1780
Seattle, WA 98104
Telephone: (425) 646-8003
Facsimile:  (425) 646-8004
Email:  bnivison@rvflegal.com

*Liaison Attorney for Lead Plaintiffs*
*Antonio Bachaalani Nacif and Wies Rafi*

STIPULATED MOTION RE: DEFERRAL OF DEADLINES AND [PROPOSED] ORDER
2:21-cv-00861-TSZ

- 6 -

GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Ste. 2100
Los Angeles, CA 90067
Tel: (310) 201-9150

## PROOF OF SERVICE

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On March 8, 2023, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Western District of Washington, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 8, 2023.

*s/ Casey E. Sadler*
Casey E. Sadler
