# Exhibit 3

THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANTONIO BACHAALANI NACIF; WIES RAFI; and HANG GAO, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

ATHIRA PHARMA, INC., *et al.*,

Defendants.

CASE NO.: 2:21-cv-00861-TSZ

**DECLARATION OF BENJAMIN NIVISON IN SUPPORT OF CO-LEAD COUNSEL'S MOTION FOR AWARD OF ATTORNEYS' FEES AND PAYMENT OF LITIGATION EXPENSES, ON BEHALF OF ROSSI VUCINOVICH, P.C.**

I, Benjamin T. G. Nivison, declare as follows:

1.     I am a shareholder attorney and President of Rossi Vucinovich, P.C. ("RV"), the Court-appointed liaison counsel in the above-captioned action (the "Action").[1] *See* ECF No. 60.  I submit this declaration in support of Co-Lead Counsel's application for an award of attorneys' fees in connection with services rendered in the Action, as well as for payment of litigation expenses incurred in connection with the Action.  I have personal knowledge of the facts set forth herein based on my active supervision of, and participation in, the prosecution and settlement of the claims asserted in the Action and, if called upon, could and would testify thereto.

---

[1] Unless otherwise defined in this declaration, all capitalized terms herein have the same meanings as set forth in the Amended Stipulation and Agreement of Settlement dated December 15, 2023. ECF No. 125-2.

DECLARATION OF BENJAMIN T.G. NIVISON
CASE NO. 2:21-cv-00861-TSZ

LABATON KELLER SUCHAROW LLP
140 BROADWAY, New York, NY 10005
PHONE: 212 907-0700
FAX: 212 818-0477

1

2.      As Liaison Counsel for Plaintiffs in this Action, RV, among other things: (a) reviewed, analyzed, and signed all filings submitted by Plaintiffs in connection with this matter; (b) reviewed and analyzed all filings submitted by Defendants in this matter; (c) reviewed all Orders of the Court made in this matter, and coordinated with counsel for Plaintiffs regarding compliance with the same; (d) reviewed and analyzed all mediation-related materials; (e) analyzed, coordinated, and filed all documents associated with the initial complaint, including a comprehensive review of the factual basis, scientific support, and financial data underlying the same; (f) coordinated and reviewed all filings and supporting materials associated with appointment of counsel; (g) reviewed and verified all authority cited in various motions for relief, including motions to dismiss and motions for preliminary class certification, among other things; (h) coordinated and strategized with counsel for Plaintiffs regarding all class-action and settlement certification matters and processes, including renewed motions for the same and additional Court-required materials; and (i) contacted the Court as necessary regarding the matter.

3.      I am the attorney who oversaw and conducted all Liaison Counsel day-to-day activities in the Action and I, along with others working with me, reviewed my firm's records in connection with the preparation of this declaration.  The purpose of this review was to confirm both the accuracy of the records as well as the necessity for, and reasonableness of, the time and expenses committed to the litigation.  As a result of this review, reductions were made to certain of my firm's time and expenses.  Based on this review and the adjustments made, I believe that the time of the RV attorneys and staff reflected herein was reasonable and necessary for the effective and efficient prosecution and resolution of the Action.  No time expended on the application for fees and expenses has been included.

4.      The schedule attached hereto as Exhibit A is a detailed summary indicating the amount of time spent by attorneys and professional support staff employees of my firm who, from inception of the Action through and including April 10, 2024, provided professional services to Plaintiffs in connection with the Action, and the lodestar calculation for those individuals based on my firm's current hourly rates.  For personnel who are no longer employed by my firm, the lodestar calculation is based upon the hourly rates for such personnel in his or her final year of employment

DECLARATION OF BENJAMIN T.G. NIVISON
CASE NO. 2:21-CV-00861-TSZ

LABATON KELLER SUCHAROW LLP
140 BROADWAY, New York, NY 10005
PHONE: 212 907-0700
FAX: 212 818-0477

2

by my firm. Although our firm typically works on a contractual contingency fee basis, we do regularly maintain hourly time records in matters in matters such as these, where a potential lodestar calculation may be needed. In particular, in matters where we serve as local counsel or liaison counsel, we commonly do so, as we did here. The schedule reflected in Exhibit A was prepared from my review of those daily time records for this matter.

5.    The hourly rates for the attorneys and professional support staff in my firm included in Exhibit A are consistent with the rates approved by courts in other litigation matters when conducting a lodestar cross-check or when otherwise requesting attorney fee awards.

6.    The total number of hours reflected in Exhibit A is 122.7 hours.  The total lodestar reflected in Exhibit A is $73,420, consisting of $69,745 for attorneys' time and $3,675 for professional support staff time.

7.    As detailed in Exhibit B, my firm is seeking payment of a total of $1,428 in expenses incurred in connection with the prosecution of this Action.

8.    The litigation expenses incurred in the Action are reflected on the books and records of my firm.  These books and records are prepared from expense vouchers, check records, and other source materials and are an accurate record of the expenses incurred.

9.    Attached hereto as Exhibit C is a brief biography of RV, including the attorneys who were involved in the Action.

I declare, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.  Executed on April 29, 2024, in Seattle, Washington.

/s/ Benjamin T. G. Nivison
Benjamin T. G. Nivison, WSBA #39797

DECLARATION OF BENJAMIN T.G. NIVISON
CASE NO. 2:21-CV-00861-TSZ

LABATON KELLER SUCHAROW LLP
140 BROADWAY, New York, NY 10005
PHONE: 212 907-0700
FAX: 212 818-0477

3

**Exhibit A**

**EXHIBIT A**

*Nacif et al., v. Athira Pharma, Inc. et al.,*
**Case No. 2:21-cv-00861-TSZ**

**Rossi Vucinovich, P.C.**

**LODESTAR REPORT
FROM INCEPTION THROUGH APRIL 10, 2024**

| TIMEKEEPER | POSITION | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| **ATTORNEYS:** | | | | |
| Benjamin T. G. Nivison | Shareholder | 96.2 | $725/hour | $69,745 |
| | | | | |
| | | | | |
| **TOTAL ATTORNEY** | | **96.2** | | **$69,745** |
| **PROFESSIONAL STAFF:** | | | | |
| Kathleen Roney | Senior Paralegal | 14.5 | $150/hour | $2,175 |
| Cammelle Tomko | Paralegal | 12.0 | $125/hour | $1,500 |
| | | | | |
| **TOTAL PROFESSIONAL STAFF** | | **26.5** | | **$3,675** |
| **TOTALS** | | **122.7** | | **$73,420** |

DECLARATION OF BENJAMIN T.G. NIVISON
CASE NO. 2:21-CV-00861-TSZ

LABATON KELLER SUCHAROW LLP
140 BROADWAY, New York, NY 10005
PHONE: 212 907-0700
FAX: 212 818-0477

4

# Exhibit B

**EXHIBIT B**

*Nacif et al., v. Athira Pharma, Inc. et al.,*
**Case No. 2:21-cv-00861-TSZ**

**Rossi Vucinovich, P.C.**

**EXPENSE REPORT**

**FROM INCEPTION THROUGH APRIL 10, 2024**

| CATEGORY | AMOUNT |
|---|---|
| COURT & SERVICE FEES | $1,428.00 |
| **GRAND TOTAL** | |

DECLARATION OF BENJAMIN T.G. NIVISON
CASE NO. 2:21-CV-00861-TSZ

LABATON KELLER SUCHAROW LLP
140 BROADWAY, New York, NY 10005
PHONE: 212 907-0700
FAX: 212 818-0477

5

**Exhibit C**

**EXHIBIT C**

**Rossi Vucinovich, P.C.**
**FIRM RESUME**

Founded in 1966, Rossi Vucinovich, P.C. is a leading plaintiffs' personal injury law firm in the Pacific Northwest and the Greater Mountain West. With offices in Seattle, Washington and Denver, Colorado, the firm's lawyers are nationally recognized advocates for individuals and families who have suffered career-altering injuries, disability, or death due to the fault of others. Our practice is primarily focused on the resolution of catastrophic industrial injury cases, medical negligence cases, serious motor vehicle or commercial trucking injury cases, whistleblower, and wrongful death matters. Our attorneys have more than 100 years of combined experience in these areas, and have obtained some of the largest single-injury verdicts and recoveries in these type of cases, in multiple states.

The firm's roots originally were in the railroad injury arena, and our firm attorneys are among the most well-known and well-regarded plaintiff's attorneys in the nation specializing in cases arising under the Federal Employers' Liability Act (FELA) and Federal Railroad Safety Act (FRSA). As these cases arise under federal law, we have extensive experience in federal courts around the country, and have served as counsel for clients in approximately 25 different states. We also regularly serve as local counsel for fellow attorneys in jurisdictions around the country in varied case types, from employment and wrongful death matters to products liability and securities class action cases.

In recognition of this tradition and history of exceptional results and experience, the firm and its attorneys are among a very small, select group of Designated Legal Counsel for multiple national labor unions and their membership. Our firm's attorneys have a wide range of experience, and include the past president of the Academy of Rail Labor Attorneys, former General Counsel for a national childcare corporation, and a former senior Deputy Prosecuting Attorney for King County, Washington who has tried more than 100 serious felony cases to verdict.

Benjamin T. G. Nivison is President of Rossi Vucinovich, and is an experienced civil trial lawyer based in Seattle, Washington. Mr. Nivison is a 2004 graduate of the University of Southern

DECLARATION OF BENJAMIN T.G. NIVISON
CASE NO. 2:21-CV-00861-TSZ

LABATON KELLER SUCHAROW LLP
140 BROADWAY, New York, NY 10005
PHONE: 212 907-0700
FAX: 212 818-0477

6

California and 2007 graduate of the University of California, Hastings College of the Law. While in law school, Mr. Nivison served on the editorial board for the *Constitutional Law Quarterly* (a leading academic journal dedicated to issues of constitutional law), and was a member of multiple championship moot court competition teams. He obtained the American Jurisprudence Award for highest grade in multiple courses while in law school, including Trial Advocacy.

Mr. Nivison began his legal career as a commercial litigation attorney at a well-known Pacific Northwest law firm in Seattle, Washington. There, Mr. Nivison represented large corporations, insurers, healthcare entities, and product manufacturers in defending commercial and injury claims. He later joined one of the oldest continually-operating law firms in Washington State, where he was a leader in that firm's litigation department, and where he tried multiple cases through verdict and appeal. Thereafter, he transitioned to representing plaintiffs only, and moved his practice to Rossi Vucinovich, where he helped broaden the scope of the firm's practice into wrongful death, medical negligence, and protected whistleblower matters. Mr. Nivison has been a shareholder and owner of the firm since 2019, and currently serves as President and majority shareholder.

Mr. Nivison has served as lead trial counsel in multiple jurisdictions around the country, in both federal and state courts. In his time working on behalf of plaintiffs, he has achieved multiple eight-figure results for his clients, including an $11 million recovery in a wrongful death matter, and a $15 million recovery in a traumatic brain injury case. He has successfully tried cases to verdict against some of the country's largest corporations and organizations, and has successfully argued multiple cases on appeal, including to the Washington State Supreme Court.

Mr. Nivison is a sought-after instructor in the Continuing Legal Education and Continuing Medical Education spaces, and he regularly teaches seminars to other professionals on topics of interest in tort law, railroad law, and medical malpractice. He has been a speaker at national labor conferences, and has also served in committee and board leadership positions in local and national bar associations. In his free time, Mr. Nivison serves as a Little League head coach, a Cub Scout leader, and an active member of the Lakeside School Parents & Guardians Association.

DECLARATION OF BENJAMIN T.G. NIVISON
CASE NO. 2:21-CV-00861-TSZ

LABATON KELLER SUCHAROW LLP
140 BROADWAY, New York, NY 10005
PHONE: 212 907-0700
FAX: 212 818-0477

7