# Exhibit 4

THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTONIO BACHAALANI NACIF; WIES RAFI; and HANG GAO, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>ATHIRA PHARMA, INC., *et al.*,<br><br>        Defendants. | CASE NO.: 2:21-cv-00861-TSZ |

## DECLARATION OF JACOB A. WALKER IN SUPPORT OF CO-LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND PAYMENT OF LITIGATION <u>EXPENSES FILED ON BEHALF OF BLOCK & LEVITON LLP</u>

DECLARATION OF JACOB A. WALKER
CASE NO. 2:21-CV-00861-TSZ

LABATON KELLER SUCHAROW LLP
140 BROADWAY, New York, NY 10005
PHONE: 212 907-0700
FAX: 212 818-0477

I, Jacob A. Walker, declare as follows:

1.    I am a partner at Block & Leviton LLP ("B&L"), Counsel for additional named plaintiff Hang Gao in the above-captioned action (the "Action").[1]  I submit this declaration in support of Co-Lead Counsel's motion, on behalf of Plaintiffs' Counsel, for an award of attorneys' fees in connection with services rendered in the Action, as well as for payment of litigation expenses incurred in connection with the Action.  I have personal knowledge of the facts set forth herein and, if called upon, could and would testify thereto.

2.    As counsel for Plaintiff Gao in this Action, B&L, among other things: (a) drafted and filed an initial complaint in this action; (b) conducted legal research for, and drafted, a settlement fund allocation mediation brief concerning the value of the claims arising under the Securities Exchange Act of 1934 ("Exchange Act"), submitted jointly with counsel for Antonio Nacif to mediator Jed Melnick; (c) appeared on behalf of Gao at the mediation held November 20, 2023 and advocated on behalf of class members with Exchange Act claims in front of Mr. Melnick.

3.    I am the partner who oversaw and conducted the day-to-day activities in the Action and I reviewed my firm's records in connection with the preparation of this declaration. The purpose of this review was to confirm both the accuracy of the records as well as the necessity for, and reasonableness of, the time and expenses committed to the litigation.  Based on this review, I believe that the time of the B&L attorneys herein was reasonable and necessary for the effective and efficient prosecution and resolution of the Action.  No time expended on the application for fees and expenses has been included.

4.    The schedule attached hereto as Exhibit A is a detailed summary indicating the amount of time spent by attorneys of my firm who, from inception of the Action through and including April 10, 2024, worked ten or more hours in connection with the Action, and the lodestar calculation for those individuals based on my firm's current hourly rates.  For personnel who are no

[1] Unless otherwise defined in this declaration, all capitalized terms herein have the same meanings as set forth in the Amended Stipulation and Agreement of Settlement dated December 15, 2023. ECF No. 125-2.

DECLARATION OF JACOB A. WALKER
CASE NO. 2:21-CV-00861-TSZ

LABATON KELLER SUCHAROW LLP
140 BROADWAY, New York, NY 10005
PHONE: 212 907-0700
FAX: 212 818-0477

1

longer employed by my firm, the lodestar calculation is based upon the hourly rates for such personnel in his or her final year of employment by my firm.  The schedule was prepared from contemporaneous daily time records regularly prepared and maintained by my firm.

5.     The hourly rates for the attorneys in my firm included in Exhibit A are consistent with the rates approved by courts in other securities or shareholder litigation when conducting a lodestar cross-check.

6.     The total number of hours reflected in Exhibit A is 42.5 hours.  The total lodestar reflected in Exhibit A is $30,838.50, consisting of $30,838.50 for attorneys' time.

7.     B&L does not seek reimbursement for any litigation expenses incurred in the Action.

8.     Attached hereto as Exhibit B is a brief biography of B&L, including the attorneys who were involved in the Action.

I declare, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.  Executed on April 29, 2024, in Boston, Massachusetts.



_____
Jacob A. Walker

DECLARATION OF JACOB A. WALKER
CASE NO. 2:21-CV-00861-TSZ

LABATON KELLER SUCHAROW LLP
140 BROADWAY, New York, NY 10005
PHONE: 212 907-0700
FAX: 212 818-0477

2

# Exhibit A

**EXHIBIT A**

*Nacif et al., v. Athira Pharma, Inc. et al.,*
**Case No. 2:21-cv-00861-TSZ**

**Block & Leviton LLP**

**LODESTAR REPORT**

**FROM INCEPTION THROUGH APRIL 10, 2024**

| TIMEKEEPER | POSITION | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| **ATTORNEYS:** | | | | |
| Walker, Jacob | Partner | 18.2 | $900 | $16,380.00 |
| Gaines, Michael | Associate | 24.3 | $595 | $14,458.50 |
| **TOTAL ATTORNEY** | | **42.5** | | **$30,838.50** |

DECLARATION OF JACOB A. WALKER
CASE NO. 2:21-CV-00861-TSZ

LABATON KELLER SUCHAROW LLP
140 BROADWAY, New York, NY 10005
PHONE: 212 907-0700
FAX: 212 818-0477

3

**Exhibit B**

**EXHIBIT B**

**Block & Leviton LLP**

**FIRM RESUME**

DECLARATION OF JACOB A. WALKER
CASE NO. 2:21-CV-00861-TSZ

LABATON KELLER SUCHAROW LLP
140 BROADWAY, New York, NY 10005
PHONE: 212 907-0700
FAX: 212 818-0477

4

# BLOCK & LEVITON LLP

260 Franklin Street, Suite 1860 | Boston, MA 02110
400 Concar Drive | San Mateo, CA 94402
3801 Kennet Pike, Suite C-305 | Wilmington, DE 19807

T. (617) 398-5600 | F. (617) 507-6020

www.blockleviton.com

Firm Resume

**BLOCK & LEVITON LLP**

## FIGHT FOR A LEVEL PLAYING FIELD.

Block & Leviton believes investors, pensioners, consumers and employees deserve an advocate who will take a stand to protect their rights. We value our role not only in recovering our clients' immediate losses, but in protecting their long-term interests by helping to shape corporate policy. We genuinely enjoy our work, which each day offers an opportunity to tackle novel problems and unique challenges in a continuously evolving economy. We concur with Aristotle's observation that pleasure in the job puts perfection in the work. We believe this is reflected in our track record, which includes our ability to take a case to trial and win, as well as our appointment as lead or co-lead counsel in many dozens of high profile securities litigation matters, including:

In re BP Securities Litig., Case No. 4:10-MD-02185 (S.D. Tex.) (settled for $175 million), In re Google Class C Shareholder Litig., Case No. 7469-CS (Del. Ch.) (settled for $522 million), Snap Inc. Securities Cases, Case No. JCCP 4960 (Cal. Superior Ct.) ($32.8 million settlement preliminarily approved), In re Tezos Securities Litig., Case No. 3:17-cv-07095 (N.D.Cal.) ($25 million preliminarily approved), Plains Exploration & Prod. Co. Stockholder Litig., Case No. 8090-VCN (Del. Ch.) ($400 million), In re Pilgrim's Pride Corporation Derivate Litigation, case no. 2018-0058-JTL (Del. Ch.) ($42.5 million settlement)and In re Swisher Hygiene, Inc. Securities and Derivative Litig., Case No. 3:12-md-2384 (N.D.Cal.) (recovering 30% of the class's recoverable damages).

The Firm has also been appointed to represent, and succeeded in obtaining substantial recoveries on behalf of, class members in the areas of consumer protection, antitrust, and ERISA.  See In re Volkswagen "Clean Diesel" Marketing, Sales Practices and Products Liability Litig., Case No. 3:15-md- 02672 (N.D. Cal.) (settlement valued at approximately $15 billion), In re Thalomid & Revlimid Antitrust Litig., Case No. 14-cv-6997 (D.N.J.) ($34 million settlement preliminarily approved), and Pfeifer v. Wawa, Case No. 2:16-cv-00497 (E.D. Pa.) ($25 million settlement in ESOP litigation).

Our attorneys have successfully recovered billions for our clients and class members and have done so even under adverse conditions, including successfully litigating against bankrupt and foreign-based corporations.

## DEFY CONVENTION.

Instrumental to our philosophy is the willingness to embrace new ways of seeing, and solving, our clients' problems. For example, we challenged Google Inc.'s plan to issue a new class of non-voting stock that threatened to diminish the value of minority investors' holdings in the company. With trial set to begin in less than two days, Block & Leviton brokered a settlement with Google Inc. and its directors that provided for a forwardlooking payment ladder (valued at up to $7.5 billion) to protect minority investors against future diminution in their stock value. As a result of the payment ladder, shareholders ultimately recovered $522 million in cash and stock in May 2015. Appreciation of the fact that each of our clients has a unique viewpoint allows us to tailor our advice and representation accordingly to achieve superior results, and to do so with maximum efficiency.

## SURROUND YOURSELF WITH THE BEST.

The Firm credits its success to its entire team of extremely talented, dedicated attorneys, the majority of whom have significant litigation experience. An in-depth curriculum vitae highlighting each attorney's areas of expertise, unique experience, recognition in the field and education credentials follows.



## JEFFREY C. BLOCK

Partner

 jeff@blockleviton.com

### EDUCATION

- Brooklyn Law School, J.D., cum laude 1986
- State University of New York, B.A., Political Science, cum laude 1983

### BAR ADMISSIONS

- New York
- Massachusetts

### COURT ADMISSIONS

- United States Supreme Court
- First, Second, Third, Ninth, and Eleventh Circuit Courts of Appeal
- D. Mass.
- S.D.N.Y. and E.D.N.Y.

### PUBLICATIONS | SPEAKING EVENTS

- ALI-ABA Conference for Insurance and Financial Services Industry Litigation, July 2009, Lecturer and Panelist
- Damages in Securities Litigation, sponsored by Law Seminars International at the Harvard Club, Panelist
- Litigation to Remedy Meltdown Damages: What Can Be Gained?, Harvard Law School's Capital Matters Conference, Speaker
- Guest commentator on NBC
- International Strategies Recoveries for Foreign Investments, Post Morrison, San Francisco Bar Association, Panel Moderator

Jeffrey Block is a co-founding partner of Block & Leviton. With a career spanning thirty years, Jeff is recognized as one of the nation's preeminent class action attorneys and is recognize as a "Super Lawyer" by Massachusetts Super Lawyers. Jeff was one of the lead attorneys representing the Ohio Public Employees Retirement System in In re BP Sec. Litig., No. 4:10-MD-02185 (S.D. Tex.), charging that BP misled investors as to the amount of oil leaking from the Macondo well after the explosion aboard the Deepwater Horizon oil rig in the Gulf of Mexico in 2010. Jeff, on behalf of the plaintiffs, successfully argued against defendants' motions to dismiss, in favor of class certification, in opposition to summary judgment, and helped secure a settlement of $175 million for the class, which represents more than 60% of the class' actual losses. Jeff also represented the Brockton Retirement System in an action challenging Google's attempt to split its stock into voting and non-voting shares. See In re Google, Inc. Class C S'holder Litig., Case No. 7469-CS (Del. Ch. Ct.). Two days before the start of trial, the action settled for significant corporate governance changes and a payment ladder valued up to $7.5 billion, which was designed to protect shareholders against any diminution in the value of their shares during the first year of trading. Because of the payment ladder, shareholders ultimately recovered $522 million in cash and stock in May 2015.

Jeff also oversaw the Firm's litigation efforts in In re McKesson Corporation Derivative Litigation (N.D. Cal.), in which the McKesson Board agreed to re-pay to the company $175 million and agreed to significant corporate governance reforms to ensure that McKesson would comply with Federal law regarding the sales and distribution of dangerous drugs, including opioids. Jeff also spearheaded the Firm's litigation involving the offering of unregistered cryptocurrency by the Tezos Foundation. Defendants' agreed to pay $25 million to resolve the case, the first settlement of a cryptocurrency case by a private plaintiff in the country. In re Tezos Securities Litigation (N.D. Cal.) Finally, Jeff played a key role in helping to secure $175 million in the aggregate to resolve claims that Snap, Inc. misled its investors in connection with its public offering of securities. Snap, Inc. Securities Cases (Sup. Ct. Cal.).

In addition, Jeff represents some of the country's largest institutional investors, including the Massachusetts Pension Reserves Investment Management Board (PRIM), the Ohio Public Employees Retirement System, the Ohio State Teachers Retirement System, the Washington State Investment Board, the New Mexico Educational Retirement Board, the New Mexico Public Employees Retirement System, and the New Mexico State Investment Council.

Some of the major class actions that Jeff has either led, or played a significant role in, include: *In re First Executive Corp. Securities Litig.*, 89-cv-7135 (C.D. Cal.) (settled for $100 million); *In re Xerox Corp. Sec. Litig.*, 3:00-cv- 01621 (D. Co11nn.) (settled for $750 million); *In re Bristol Myers Squibb Sec. Litig.*, 02-cv- 2251 (S.D.N.Y.) (settled for $300 million); *In re Lernout & Hauspie Sec. Litig.*, 1:00-cv-11589 (D. Mass.) (settled for $180 million); *In re Symbol Technologies Sec. Litig.*, 2:02-cv-1383 (E.D.N.Y.) (settled for $127 million); *In re Prison Realty*

*Corp. Sec. Litig.*, 3:99-cv-0452 (M.D. Tenn.) (settled for over $100 million); *In re Philip Services Corp. Sec. Litig.*, 98-cv-835 (S.D.N.Y.) (settled for $79.75 million); *In re American Home Mortgage Sec. Litig.*, 07-MD-1898 (E.D.N.Y.) (settled for $50.5 million); *In re Force Protection Sec. Litig.*, 2:08-cv-845 (D.S.C.) ($24 million settlement); *In re Swisher Hygiene, Inc., Securities and Derivative Litig.*, 3:12-md-2384 GCM (W.D.N.C.) ($5.5 million settlement).

Jeff has a proven record of overcoming significant challenges to obtain substantial recoveries on behalf of his clients. For example, in the Philip Services securities litigation, Jeff persuaded the United States Court of Appeals for the Second Circuit to reverse the District Court's dismissal of the action on the grounds of forum non conveniens. *See Dirienzo v. Philip Services Corp.*, 294 F.3d 21 (2d. Cir. 2002).

Upon reversal, Jeff led the team of attorneys in taking more than 40 depositions and, upon the eve of trial, the action settled for $79.50 million, among the largest recoveries ever in a securities action from a Canadian accounting firm. Jeff's skills were discussed in great lengths by the court, specifically noting that counsel:



"pursued this fact-intensive and legally complex litigation vigorously over a nine-year period, rejected offers of settlement for amounts inferior to the amounts upon which the parties ultimately agreed, and assumed significant risks of non-recovery. Co-Lead Counsel had to overcome the disclaimers and uncertainties of insurance coverage, and vigorous advocacy of extremely able and deeply-staffed defense counsel. … And **they did their work efficiently, with minimal duplication, and maximum effectiveness.**



**I was careful to choose attorneys who have great ability [and] great reputation… And I think you've undertaken the representation of these people, you've done an excellent job, you've reached a settlement that I think is fair and in their benefit.**

### Honorable C. Weston Houck

*In re Force Protection Sec. Litig., 2:08-cv-845 CWH (D.S.C.)*
($24 million settlement)

*In re Philip Servs. Corp. Sec. Litig.*, 2007 U.S. Dist. LEXIS 101427, 13-14 (S.D.N.Y. Mar. 27, 2007) (Honorable Alvin K. Hellerstein). Similarly, in *Lernout & Hauspie Sec. Litig.*, Jeff was the lead attorney in securing over $180 million for defrauded investors. The action involved an accounting fraud of a company headquartered in both the United States and Belgium.

Recently, Jeff led a team of litigators, private investigators and a forensic accountant through a complex accounting fraud case. Jeff settled the case on terms extremely beneficial to the class, as recognized by the court. *See In re Swisher Hygiene, Inc., Securities and Derivative Litig.*, 3:12-md-2384 GCM (W.D.N.C.).



## JASON M. LEVITON
*Partner*

✉ jason@blockleviton.com

### EDUCATION
- Georgetown University Law Center, LL.M., Securities and Financial Regulations - Dean's Award (1 of 6)
- Gonzaga University School of Law, J.D., *cum laude*, Moot Court Council, International Law Review
- Gonzaga University, B.A., Philosophy and Political Science

### BAR ADMISSIONS
- Massachusetts
- District of Columbia
- Washington (voluntarily inactive)
- Florida (voluntarily inactive)

### COURT ADMISSIONS
- First Circuit Court of Appeals
- D. Mass.
- D. D.C.
- W.D. Wash.

### PUBLICATIONS | SPEAKING EVENTS
- Guest on Rights Radio
- Law360 Securities Law Editorial Advisory Board
- SEC Litigation Release No. 18638, primary author
- Contributor, After the Ball is Over: Investor Remedies in the Wake of the Dot-Com Crash and Recent Scandals, Nebraska Law Review,
- 2005
- Speaker at Georgetown University Law Center on prosecution of securities class action lawsuits
- Presenter at Business Law Symposium entitled Shareholder Rights: An Idea Whose Time has Come, November 2013
- Presenter at National Conference on Public Employee Retirement Systems

Jason is a co-founding partner of Block & Leviton and focuses his practice on investor protection and shareholder rights matters. He serves as Co-Chair of the Firm's New Case Investigation and Monitoring Team and Chair of the Merger and Acquisition/Deal Litigation Team.

Since 2011, Jason has been named either a "Super Lawyer" or "Rising Star" by Massachusetts Super Lawyers, an honor given to only 3% and 5% of all lawyers, respectively, has an AV rating from Martindale-Hubbell, has been named a Top 100 Trial Lawyer by the National Lawyer Association, is a Lawdragon Leading Plaintiff Financial Lawyer, and has been named to the Law360 Securities Editorial Board for multiple years.

Jason focuses his practice on claims alleging breaches of fiduciary duty against officers and directors of publicly traded companies. In just the last few years alone, his litigation efforts have returned hundreds of millions of dollars to aggrieved stockholders. More specifically, Jason served as lead or co-lead counsel in the following breach of fiduciary duty actions, among others: Sciabacucchi, et al. v. Liberty Broadband Corporation, et al., C.A. No. 11418-VCG (Del. Ch.) (settled for $87.5 million weeks before trial was set to begin); In Re Madison Square Garden Entertainment Corp. Stockholders Litigation, C.A. No. 2021-0468-KSJM (Del. Ch.) (settlement of $85 million reached less than two months before trial); Klein v. HIG Capital, et al., C.A. No. 2017-0862-AGB (Del. Ch.) ($45 million settlement); In re Pilgrim's Pride Corporation Derivative Litigation, Consol. C.A. No. 2018-0058-JTL (Del. Ch.) ($42.5 million settlement); In re Pivotal Software, Inc. Shareholders' Litigation, C.A. No. 2020-0440-KSJM (Del. Ch.) ($42.5 million settlement); In re Handy & Harman Ltd. Shareholders' Litigation, Consol. C.A. No. 2017-0882-TMR (Del. Ch.) (settled for $30 million, making it one of the largest sell-side premiums ever achieved for stockholders through Delaware litigation); Lao v. Dalian Wanda Group Co. Ltd., C.A. No. 2019-0303-JRS (Del. Ch.) ($17.375 million settlement); In re Tangoe Inc. Shareholders' Litigation, Consol. C.A. No. 2017-0650-JRS (Del. Ch.) ($12.5 million settlement); In re Onyx Pharmaceuticals Inc. Shareholders' Litigation, Case No. CIV523789 (Cal. Sup. Ct) (settled for $30 million; at the time, the largest M&A class action in California state court history); In re Rentrak Shareholders Litigation, Case No. 15CV27429 (Ore. Sup.) ($19 million settlement and with the related action, $23.75 million; the largest Oregon M&A settlement); and Garfield v. BlackRock Mortgage Ventures, LLC, C.A. No. 2018-0917-KSJM (Del. Ch.) ($6.85 million settlement).

He has also litigated numerous actions pursuant to the federal securities laws, including, but not limited to: In re BP plc Securities Litigation, Case No. MDL 2185 (S.D. Tex) (settlement of $175 million); Rubin v. MF Global, LTD., et al., Case No. 08-cv- 02233 (S.D.N.Y.) ($90 million settlement); In re VeriSign Securities Litigation, Case No. C-02-2270 (N.D. Cal.) ($78 million settlement); Welmon v. Chicago Bridge & Iron, Case No. 06-cv-01283 (S.D.N.Y.) (settlement of $10.5 million; in approving the settlement, the court noted: "Plaintiffs' counsel have conducted the litigation and achieved the settlement with skill, perseverance and diligent advocacy."); and Ong v. Sears Roebuck & Co., Case No. 03 C 4142 (N.D. Ill.) ($15.5 million settlement).

Jason is experienced in litigating consumer class action cases as well. For instance, he successfully recovered 100% of the class's alleged damages stemming from the overcharging of scooped coffee beans at Starbucks stores throughout the country. In re Starbucks Consumer Litig., Case No. 2:11-cv-01985-MJP (W.D. Wa.) See also, Keenholtz v. GateHouse Media, LLC, et al., Case No. 17-184-A (Mass. Sup.) (settlement involved complete relief to punitive class members and significant governance measures).

In addition to his class action experience, Jason has also litigated other complex actions. He successfully defended an attorney accused of insider trading against an SEC investigation and criminal referral to the United States Department of Justice. He has represented former employee whistleblowers before the S.E.C. and obtained the maximum whistleblower award (30%, under the Dodd-Frank Act) for a client, which equated to nearly $1 million. And he also represented the same whistleblower in a retaliation claim against his old employer: a large, multinational financial institution. See John Doe v. Oppenheimer Asset Management, Inc., et al., Case No. 1:14-cv-00779-LAP (S.D.N.Y.).

Jason was also heavily involved in the representation of four detainees being held at the Guantánamo Bay Naval Station in Cuba.

Moreover, Jason has served as liaison counsel in numerous cases before the U.S. District Court for the District of Massachusetts. See, e.g., Moitoso v. FMR LLC, 1:18-cv-12122-WGY (D. Mass.) (settlement of $28.5 million); Toomey v. Demoulas Super Markets, Inc., 1:19-cv-11633-LTS (D. Mass.) (settlement of $17.5 million); Baker v. John Hancock Life Insurance Co. (USA), et al., 1:20-cv-10397-RGS (D. Mass.) (settlement of $14 million); and Brotherston et al v. Putnam Investments, 1:15-cv-13825-WGY (D. Mass.) (successful appeal, in part, of trial verdict; settled for $12.5 million).

After receiving his law degree from Gonzaga University School of Law, with honors, Jason attended the Georgetown University Law Center and received a Master of Laws (LL.M.) in Securities and Financial Regulation (Dean's Award, 1 of 6). During that time, he was the inaugural LL.M. student selected for an externship with the S.E.C., Enforcement Division. Jason is now a member of the Association of Securities and Exchange Commission Alumni.



## KIMBERLY EVANS

*Partner*

 kim@blockleviton.com

### EDUCATION
- Temple University Beasley School of Law, J.D.
- LaSalle University, B.A.

### BAR ADMISSIONS
- Delaware
- New Jersey
- Pennsylvania

### COURT ADMISSIONS
- U.S. Court of Appeals for the 3rd Circuit
- U.S. Court of Appeals for the 9th Circuit
- U.S. District Court for the District of Delaware
- U.S. District Court for the District of New Jersey
- U.S. District Court for the Eastern District of Pennsylvania

Kimberly Evans is the Managing Partner of Block & Leviton's Delaware office and focuses her practice on corporate stockholder litigation. Ms. Evans is an experienced trial lawyer who has litigated many complex matters, including In re Dole Food Co. Stockholder Litigation and In re Dole Food Co. Appraisal Litigation, a stockholder class and appraisal litigation resulting in a damages award of $148 million, plus interest, following a nine-day trial in Delaware Chancery Court. In addition to Dole, Ms. Evans has tried a number of cases before the Delaware Court of Chancery, including most recently In re BGC Partners, Inc. Derivative Litigation. Ms. Evans also has experience with foreign appraisal litigation in the Cayman Islands, including In the matter of Nord Anglia Education, Inc. Ms. Evans has also successfully litigated many stockholder class and derivative actions, including In re McKesson Corp. Stockholder Derivative Litigation in the Northern District of California and In re Liberty Tax, Inc. Stockholder Litigation in Delaware Court of Chancery.

In 2017, Ms. Evans was selected as one of the Legal 500 Next Generation Lawyers in the area of Plaintiff M&A Litigation. In 2019, she was again selected by Legal 500 as a Rising Star. In 2020 and 2021, Ms. Evans was selected by the National Trial Lawyers as one of the "Civil Rights – Top 10" and "Women's Rights – Top 10." In 2021, she was additionally selected as one of the "Top 100 for Civil Plaintiffs" by the National Trial Lawyers. In 2022, Ms. Evans was named one of the "Top 500 Leading Plaintiff Consumer Lawyers" by Lawdragon, as well as a "Next Generation Partner" in Plaintiff M&A Litigation by the Legal500.

Prior to joining Block & Leviton, Ms. Evans was a Director at one of the preeminent securities and corporate governance class-action firms in the nation working on behalf of numerous institutional investor clients. Ms. Evans also developed and led that firm's civil rights practice group, where she represented clients in a wide range of civil matters primarily involving discrimination.

Ms. Evans received her B.A. from LaSalle University and her J.D. from Temple University's Beasley School of Law.

**BLOCK & LEVITON LLP**



## JACOB WALKER
*Partner*

 jake@blockleviton.com

### EDUCATION
- University of Michigan Law School, J.D., *cum laude*
- Babson College, B.S., Business Administration

### BAR ADMISSIONS
- Massachusetts
- California

### COURT ADMISSIONS
- Supreme Court
- First and Ninth Circuit Courts of Appeal
- D. Mass.
- N.D. Cal. and C.D. Cal.

### PROFESSIONAL CERTIFICATIONS
- Certified Information Privacy Professional (CIPP/US)

### PUBLICATIONS
- Co-author, PLI's Securities Litigation treatise – chapters on loss causation and securities trials

Jake Walker is a partner with offices in Boston and the Bay Area who focuses primarily on federal securities litigation throughout the country.

Among other cases, Jake is actively litigating on behalf of investors against Nikola (D. Ariz.) related to the company's misrepresentations about its electric truck business; Eargo for misrepresentations about its hearing aid business (N.D. Cal.); and Tricida, Inc. regarding misrepresentations about its interactions with the FDA (N.D. Cal.).

In the past several years, Jake has led litigation teams that recovered $40 million from Immunomedics (final approval pending), $32.8 million from Snap, Inc. in litigation arising from its initial public offering (Cal. Sup. Ct.), $25 million from Lyft, Inc. in litigation arising from its IPO (N.D. Cal., final approval pending); $25 million from the Tezos Foundation (N.D. Cal.), in litigation arising from the cryptocurrency's initial coin offering, $11 million in litigation against Mammoth Energy (W.D. Okla.) arising out of an indictment for bribery related to the company's business restoring power in Puerto Rico following Hurricane Maria; and $8.5 million from Trevena (E.D. Pa.) arising out of the company's description of its interactions with the FDA. Jake was also co-counsel in a case against Mattel, Inc. (C.D. Cal.) arising out of the company's need to restate earnings following a whistleblower letter. That case resulted in a $98 million recovery for investors.

Jake has also obtained recoveries on behalf of investors in Gossamer Bio. (S.D. Cal.), Bit Digital (S.D.N.Y.), EZCORP, Inc. (W.D. Tex.), Amicus Therapeutics (D. N.J.), Atossa Therapeutics (W.D. Wash.), Onyx Pharmaceuticals (Cal. Sup. Ct.), and Globalscape, Inc. (W.D. Tex.), among others. In addition to his securities litigation work, Jake also assisted the firm in its work on the $14.7 billion settlement in the Volkswagen Diesel engine multi-district litigation, and has also led consumer litigation, including obtaining 100% recovery of damages for Massachusetts subscribers to newspapers published by Gatehouse Media, who were overcharged by the company.

Prior to joining Block & Leviton in 2015, Jake was an associate at two of the country's top defense firms: Gibson Dunn in Palo Alto and Skadden, Arps in Boston. There, he represented boards of directors, corporate acquisition targets, and acquirers in litigation related to mergers and acquisitions. Jake represented defendants in litigation related to the $5.3 billion private equity acquisition of Del Monte Foods Company, as well as in litigation related to Intel's $7.7 billion acquisition of McAfee Inc. He has also represented numerous third parties, including various investment banks, in M&A litigation in California and Delaware courts.

**BLOCK & LEVITON LLP**

While Jake's fourteen-year legal career has centered on securities and corporate governance litigation, Jake also has significant experience representing several large technology companies, including in the defense of consumer class actions related to privacy and technology issues. He is a Certified Information Privacy Professional and has a deep understanding of technology and privacy issues. Jake has also represented companies in antitrust class actions and investigations, stockholder derivative actions, securities class actions, and in investigations before the F.T.C. and the Massachusetts Attorney General's Office.

Jake graduated from Babson College with a B.S. degree in Business Administration in 2001 and received his law degree, with honors, from the University of Michigan in 2010. He was named a "Rising Star" in securities litigation beginning in 2016 by Super Lawyers.



## LINDSAY FACCENDA

*Partner*

 lindsay@blockleviton.com

### EDUCATION

- Gettysburg College, B.A., *summa cum laude*
- University of Pennsylvania Carey School of Law, J.D., *magna cum laude*

### BAR ADMISSIONS

- Delaware

Lindsay Faccenda is a Partner in Block & Leviton's Delaware office and focuses her practice on corporate stockholder litigation. Ms. Faccenda has over a decade of experience litigating on behalf of corporate clients, ranging from start-ups to Fortune 500 companies.

Ms. Faccenda has litigated extensively in the Delaware Court of Chancery, and in courts and arbitration tribunals around the country. Her recent trial experience includes prevailing in a "busted deal" case on behalf of a target corporation and forcing consummation of the transaction (Bardy Diagnostics, Inc. v. Hill-Rom, Inc., 2021 WL 2886188 (Del. Ch. July 9, 2021)). In her practice, Ms. Faccenda has developed expertise on a wide range of corporate law issues, including fiduciary duties, governance, advancement and indemnification, and books and records demands.

Prior to joining Block & Leviton, Ms. Faccenda practiced in the Corporate and Governance Litigation Group at the Delaware office of Wilson, Sonsini, Goodrich & Rosati, P.C., and previously worked as an associate in the Corporate Litigation group of Morris, Nichols, Arsht & Tunnell, LLP.

**BLOCK & LEVITON LLP**



**IRENE LAX**

*Senior Counsel*

✉ irene@blockleviton.com

## EDUCATION

- McGill University, B.A., *first class honors*
- Temple University Beasley School of Law, J.D., *magna cum laude*

## BAR ADMISSIONS

- Delaware
- New York
- New Jersey
- Pennsylvania
- United States District Court for the Eastern District of Pennsylvania
- 9th Circuit Court of Appeals
- 11th Circuit Court of Appeals

Irene Lax is Senior Counsel in Block & Leviton's Delaware office and focuses her practice on corporate stockholder litigation.  Ms. Lax has over a decade of experience in complex commercial litigation in both state and federal courts across the country.

Prior to joining Block & Leviton, Ms. Lax practiced in the Civil Rights Litigation Group at the New York Office of Grant & Eisenhofer P.A, and previously worked as an associate in the firm's Corporate Litigation group.  Ms. Lax was also previously in-house counsel at a real estate company in New York City assisting with litigation and transactional legal business matters. She also worked as an associate Ballard Spahr LLP, where she assisted clients in civil litigation brought under federal and state securities laws, as well as federal antitrust laws. Upon graduating from law school, Ms. Lax served as law clerk for the Honorable Carolyn Berger, Supreme Court of the State of Delaware, from 2012-2013.

Ms. Lax earned her J.D. (magna cum laude) from Temple University Beasley School of Law in 2012 where she was an Editor of the Temple Law Review and President of the Phillip C. Jessup International Law Moot Court team. Ms. Lax received a joint honors B.A. (first class honors) in political science and international development studies from McGill University in Montreal, Quebec in 2009.

Ms. Lax has also co-authored several publications relating to Delaware law and securities litigation. Ms. Lax was selected for inclusion to Super Lawyers' 2021 and 2022 list of Rising Stars for Civil Rights Litigation, New York Metro region.



## JEFFREY GRAY

*Associate*

 jgray@blockleviton.com

### EDUCATION
- Suffolk University Law School, J.D.
- Sawyer Business School, Suffolk University, M.B.A.
- Connecticut College, B.A., Economics

### BAR ADMISSIONS
- Massachusetts

Jeff Gray joined Block & Leviton LLP as an Associate in 2016. His practice focuses on complex securities and antitrust litigation. Jeff is currently a member of the litigation team representing a putative class of Charter Communications shareholders, challenging an unfair share issuance to Charter's controlling shareholders, in connection with Charter's purchase of Time Warner Cable and Bright House Networks. See *Sciabacucchi v. Liberty Broadband Corporation,* No. CV 11418-VCG, 2017 WL 2352152, at *3 (Del. Ch. May 31, 2017). Jeff is a member of the litigation team in *Karth v. Keryx Biopharmaceuticals, Inc., et al.* (D. Mass.), a federal securities class action involving misrepresentations about the risks of relying on a single contract manufacturer.

Jeff is a member of the litigation team representing the City of Providence in an antitrust class action against Celgene Corp. for unlawfully excluding generic competition for vital cancer treatment drugs.  See *In re Thalomid & Revlimid Antitrust Litig.,* 14-cv-6997 (D.N.J.) ($34 million settlement preliminarily approved).

Jeff was a member of the litigation team that represented shareholders in *In re McKesson Corporation Derivative Litigation,* 4:17-cv-01850-CW (N.D.Cal.) (settled for $175M, plus significant corporate governance reforms). Jeff was a member of the litigation team in *In re Pilgrim's Pride Corporation Derivative Litigation,* Consol. C.A. No. 2018-0058-JTL (Del. Ch.), a derivative action challenging a conflicted transaction between Pilgrim's Pride and its majority stockholder, JBS (settled for $42.5M).

Earlier in his career, Jeff was a management consultant at a financial services firm in the Boston area and, prior to that, was a project manager in commercial lending at FleetBoston Financial. While in law school, he completed internships with MFS and with The Nature Conservancy and was a law clerk at CT Corporation System.



# MICHAEL GAINES
*Associate*

 michael@blockleviton.com

## EDUCATION

- Tulane University School of Law, J.D., *magna cum laude*
- Wesleyan University, B.A., History

## BAR ADMISSIONS

- Massachusetts

## PUBLICATIONS

- Adrift at Sea in Search of the Proper Scope of the Penhallow Rule: D'Amico Dry Ltd. v. Primera Maritime (Hellas) Ltd., 39 Tul. Mar. L.J. 749 (2015)

Michael Gaines is an associate in Block & Leviton's securities litigation practice.

Before joining Block & Leviton, Michael served as a judicial law clerk for the Honorable Louis Guirola, Jr. (2018-2020) and the Honorable John C. Gargiulo (2016-2018), both in the United States District Court for the Southern District of Mississippi. During law school, Michael was elected Senior Managing Editor of the Tulane Maritime Law Journal, served as Invitational Brief Grading Chair of the Mood Court Board, and served as a Senior Fellow for the international LLM student Legal Research and Writing course. He was also a summer associate at Proskauer Rose LLP.

**BLOCK & LEVITON LLP**



## MARK BYRNE

*Associate*

✉ mark@blockleviton.com

Mark Byrne is an associate at Block & Leviton LLP.

Mark graduated from Harvard Law School Cum Laude in 2020. Prior to pursuing his law degree, Mark was a program manager at FriendshipWorks, a Boston-area non-profit focusing on the needs of isolated elders. As a law student, Mark interned at National Consumer Law Center and the Environmental Protection Division of the Massachusetts Attorney General's Office, where his responsibilities included litigation, public comment, and advocacy projects. Mark also began working at Block & Leviton as a law clerk while pursuing his degree.

### EDUCATION

- Harvard Law School, J.D.
- Boston College, B.A., *magna cum laude*

### BAR ADMISSIONS

- Massachusetts

**BLOCK & LEVITON LLP**



## DAN PAGLIA
*Associate*

 dan@blockleviton.com

### EDUCATION
- Suffolk University Law School, J.D.
- Boston University, M.S. Investment Management
- Providence College, B.S., *cum laude*

### BAR ADMISSIONS
- Massachusetts

Dan Paglia is an associate in Block & Leviton's securities litigation practice.

Before joining Block & Leviton, Dan was an assistant district attorney, prosecuting criminal complaints in Lawrence, Massachusetts for the Essex District Attorney's Office. Earlier in his legal career Dan was an attorney with AmeriCorps Legal Advocates of Massachusetts, representing income eligible tenants in eviction proceedings following the Merrimack Valley gas explosions of September 2018.

Prior to becoming an attorney, Dan worked for over a decade in several roles at Boston-based financial institutions, primarily in equity finance trading and collateral portfolio management at State Street Corporation and Investors Financial Services Corporation.

**BLOCK & LEVITON LLP**



## BRENDAN JARBOE
*Associate*

✉ brendan@blockleviton.com

### EDUCATION

- Boston University School of Law, J.D., *cum laude*
- Bates College, History

### BAR ADMISSIONS

- United States Court of Appeals, First Circuit
- Massachusetts
- United States District Court for the District of Massachusetts

Brendan Jarboe is an associate at Block & Leviton LLP, focusing his practice on securities litigation and consumer protection.

Before joining Block & Leviton, Brendan served as an Assistant Attorney General in the Consumer Protection Division of the office of Massachusetts Attorney General Maura Healey. Brendan has led teams in dozens of investigations and enforcement actions to address illegal lending, tax fraud, unlawful debt collection, telemarketing scams and violations of data privacy and security laws. Brendan's work resulted in settlements and judgments for millions of dollars in financial restitution for affected consumers, including a 2018 multi-state settlement with Uber for $148 million for alleged violations of data breach notification laws.

Prior to serving as an Assistant Attorney General, Brendan worked as a litigation associate at Foley Hoag, where he contributed substantially to the firm's successful civil rights class action to protect the Supplemental Security Income of same-sex married couples.

**BLOCK & LEVITON LLP**



## SARAH DELANEY
*Associate*

✉ sarah@blockleviton.com

### EDUCATION
- Fordham University School of Law, J.D.
- Pennsylvania State University, B.A., Psychology

### BAR ADMISSIONS
- New York

*Not admitted in Massachusetts. Practicing under the supervision of firm principals.

### COURT ADMISSIONS
- U.S. District Court for the Southern District of New York
- U.S. District Court for the Eastern District of New York

Sarah Delaney is an associate in Block & Leviton LLP's securities litigation practice.

Before joining Block & Leviton, Sarah was an associate at Robbins Geller Rudman & Dowd LLP, where she focused her practice on securities, corporate governance, and fiduciary duty litigation.  During law school, she was a member of the Fordham Urban Law Journal and the Securities Litigation and Arbitration Clinic, where she provided pro bono representation to investors with limited resources.  She also interned at the United States Attorney's Office for the Eastern District of New York.



## NATHAN ABELMAN
*Associate*

 nathan@blockleviton.com

### EDUCATION
- Harvard Law School, J.D., *cum laude*
- Northwestern University, *magna cum laude*

### BAR ADMISSIONS
- Massachusetts

### COURT ADMISSIONS
- U.S. District Court for the District of Massachusetts

### CLERKSHIP
- Hon. Patti B. Saris and Hon. Richard G. Stearns (D. Mass.)

Nathan Abelman is an associate at Block & Leviton, focusing his practice on federal securities litigation.

Before joining Block & Leviton, Nathan served as a judicial law clerk for the Honorable Patti B. Saris and the Honorable Richard G. Stearns on the United States District Court for the District of Massachusetts.  Nathan previously worked as a litigation and enforcement associate at Ropes & Gray, LLP.  Nathan received his law degree, cum laude, from Harvard Law School, where he served as the editor-in-chief of the Harvard Journal of Sports and Entertainment Law.

www.blockleviton.com

**BLOCK & LEVITON LLP**



## ROBERT ERICKSON
*Associate*

✉ robby@blockleviton.com

### EDUCATION
- Harvard Law School, J.D., *cum laude*
- Harvard University, A.B., *cum laude*

### BAR ADMISSIONS
- Delaware

### CLERKSHIP
- Hon. Chancellor Kathaleen St. Jude McCormick, Delaware Court of Chancery

Robby Erikson is an associate in Block & Leviton LLP's shareholder litigation practice.

Robby joined the firm's Delaware office in 2023 after completing a clerkship with Chancellor Kathaleen St. J. McCormick of the Delaware Court of Chancery. During law school, he interned with the Massachusetts Department of Labor Relations and worked as a law clerk for New York State United Teachers.

**BLOCK & LEVITON LLP**



## SHIRA KOTZ

*Associate*

 shira@blockleviton.com

Shira Kotz is an associate at Block & Leviton LLP.

Shira graduated from Harvard Law School in 2023. As a law student, Shira interned at Lichten & Liss-Riordan, as well as Vladeck, Raskin & Clark, where she conducted legal research and drafted motions to support representation of plaintiffs in employment litigation. Shira also interned at the New York Legal Assistance Group during law school where she assisted pro se federal civil litigants.

### EDUCATION

- Harvard Law School, J.D.

### BAR ADMISSIONS

- Massachusetts



## DANIEL M. BAKER
*Associate*

✉  daniel@blockleviton.com

### EDUCATION
- Villanova University Charles Widger School of Law, J.D., *cum laude*
- University of Wisconsin, B.A.

### BAR ADMISSIONS
- Delaware
- Pennsylvania

Daniel M. Baker is an Associate in Block & Leviton's Delaware office and focuses his practice on corporate stockholder litigation.

Before joining Block & Leviton, Daniel practiced in the Corporate Litigation and Counseling Practice Group at Young Conaway Stargatt & Taylor, LLP, where he represented both plaintiffs and defendants in corporate litigation matters, primarily in the Delaware Court of Chancery.  Before that, Daniel litigated stockholder class and derivative cases on behalf of institutional and individual stockholders at Kessler Topaz Meltzer and Check, LLP.

Contact Us

## BLOCK & LEVITON LLP

260 Franklin Street, Suite 1860 | Boston, MA 02110
400 Concar Drive | San Mateo, CA 94402
3801 Kennett Pike, Suite C-305 | Wilmington, DE 19807

T. (617) 398-5600 | F. (617) 507-6020

www.blockleviton.com