# Exhibit 5

THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANTONIO BACHAALANI NACIF; WIES RAFI; and HANG GAO, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

ATHIRA PHARMA, INC., *et al.*,

Defendants.

CASE NO.: 2:21-cv-00861-TSZ

**DECLARATION OF LEAD PLAINTIFF WIES RAFI IN SUPPORT OF: (1) PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION; AND (2) CO-LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND PAYMENT OF LITIGATION EXPENSES**

DECLARATION OF LEAD PLAINTIFF WIES RAFI
CASE NO. 2:21-CV-00861-TSZ

LABATON KELLER SUCHAROW LLP
140 BROADWAY, New York, NY 10005
PHONE: 212 907-0700
FAX: 212 818-0477

I, Wies Rafi, declare as follows:

1.    I am a Court-appointed Lead Plaintiff in the above-captioned securities class action (the "Action").[1]    ECF Nos. 60, 128.   I respectfully submit this declaration in support of: (a) Plaintiffs' motion for final approval of the proposed Settlement and approval of the proposed Plan of Allocation; and (b) Co-Lead Counsel's motion for an award of attorneys' fees and payment of litigation expenses, including approval of my request for costs pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §§ 77z-1; 78u-4, in connection with my representation of the Class in the prosecution of this Action.

2.    I have personal knowledge of the matters set forth herein, as I have been directly involved during the prosecution of the Action, as well as the negotiations leading to the Settlement, and I could and would testify competently to these matters.

3.    I have been actively involved in this case since October 5, 2021, when the Court appointed me to serve as one of the Lead Plaintiffs in this Action.  ECF No. 60.

4.    In fulfillment of my responsibilities as a Lead Plaintiff, I have worked closely with counsel regarding the litigation and resolution of this case.

5.    Throughout the litigation, I received status reports from my counsel on case developments, and participated in regular discussions concerning the prosecution of the Action, the strengths of and risks to the claims, and potential settlement.  In particular, I: (a) regularly communicated with my attorneys regarding the posture and progress of the case, as well as strategy; (b) compiled and produced trading records to my attorneys; (c) reviewed pleadings and briefs filed in the Action; (d) reviewed Court Orders; (e) responded to document requests and interrogatories; (f) prepared for the two mediations (one related to Settlement and the other the allocation of the settlement proceeds between Securities Act and Exchange Act claims) by, among other things, discussing with counsel the mediation statements and mediation strategy; (g) made myself available during the mediations and consulted with counsel regarding settlement and allocation negotiations;

---

[1] Unless otherwise defined, all capitalized terms herein have the same meanings as set forth in the Amended Stipulation and Agreement of Settlement dated December 15, 2023.  ECF No. 125-2.

DECLARATION OF LEAD PLAINTIFF WIES RAFI
CASE NO. 2:21-CV-00861-TSZ

LABATON KELLER SUCHAROW LLP
140 BROADWAY, New York, NY 10005
PHONE: 212 907-0700
FAX: 212 818-0477

1

(h) evaluated the Settlement Amount and the division between the Securities Act Subclass and Exchange Act Subclass with counsel, and ultimately approved the Settlement and allocation; and (i) communicated with counsel regarding the process of finalizing the Settlement.

6.      In short, I have done my best to vigorously promote the interests of the Class and to obtain the largest recovery possible under the circumstances.

## I.      APPROVAL OF THE SETTLEMENT

7.      As detailed in the paragraphs above, through my active participation I was both well-informed of the status and progress of the litigation, and the status and progress of the settlement negotiations in this Action.

8.      Based on my involvement in the prosecution and resolution of the claims asserted in the Action, I believe that the proposed Settlement provides a fair, reasonable, and adequate recovery for the Class, particularly in light of the risks of continued litigation, and I fully endorse approval of the Settlement by the Court.

## II.      CO-LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND PAYMENT OF LITIGATION EXPENSES

9.      I believe Co-Lead Counsel's request for an award of attorneys' fees in the amount of 25% of the Settlement Fund is fair and reasonable in light of the work Plaintiffs' Counsel performed on behalf of the Class.

10.      I have evaluated Co-Lead Counsel's fee request by considering the quality and amount of the work performed, the recovery obtained for the Class, and the risks Plaintiffs' Counsel bore in prosecuting this Action on behalf of myself, the other Plaintiffs, and the Class on a fully contingent basis, which included the fronting of all expenses. I have authorized this fee request for the Court's ultimate determination.

11.      I further believe the litigation expenses for which Co-Lead Counsel will request payment, which will be less than $235,000, are reasonable and were necessary for the prosecution and resolution of the claims in the Action. Based on the above, and consistent with my obligation to the Class to obtain the best result at the most efficient cost, I fully support Co-Lead Counsel's motion for an award of attorneys' fees and litigation expenses.

DECLARATION OF LEAD PLAINTIFF WIES RAFI
CASE NO. 2:21-CV-00861-TSZ

LABATON KELLER SUCHAROW LLP
140 BROADWAY, New York, NY 10005
PHONE: 212 907-0700
FAX: 212 818-0477

2

12.    I understand that reimbursement of a class representative's reasonable costs and expenses, including lost wages, is authorized under the PSLRA, 15 U.S.C. §§ 77z-1(a)(4); 78u-4(a)(4).  For this reason, in connection with Co-Lead Counsel's request for Litigation Expenses, I respectfully request reimbursement for the time that I dedicated to this case, directly relating to my representation of the Class.

13.    I am the Associate CIO, Health Sciences Division at Yale University, and the time I devoted to representing the Class in this Action was time that I otherwise would have spent at my job, investing, or on other activities and, thus, represented a cost to me.  I respectfully request reimbursement in the amount of $5,000 for the time I devoted to participating in this Action.  I make this request based on the conservative estimate that I spent approximately 60 hours on the litigation-related activities described above.

## III.    CONCLUSION

14.    In conclusion, I endorse the Settlement as fair, reasonable, and adequate.  I appreciate the Court's attention to the facts presented in my declaration and respectfully request that the Court approve: (a) Plaintiffs' motion for final approval of the proposed Settlement and approval of the Plan of Allocation; (b) Co-Lead Counsel's motion for an award of attorneys' fees and payment of litigation expenses; and (c) my request for reimbursement pursuant to the PSLRA.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on April 28, 2024, in Monroe, Connecticut.

_Wies Rafi_

_____

Wies Rafi

DECLARATION OF LEAD PLAINTIFF WIES RAFI
CASE NO. 2:21-CV-00861-TSZ

LABATON KELLER SUCHAROW LLP
140 BROADWAY, New York, NY 10005
PHONE: 212 907-0700
FAX: 212 818-0477

3