# Exhibit 7

THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTONIO BACHAALANI NACIF; WIES RAFI; and HANG GAO, individually and on behalf of all others similarly situated, | CASE NO.: 2:21-cv-00861-TSZ |
| Plaintiffs, | |
| v. | |
| ATHIRA PHARMA, INC., *et al.*, | |
| Defendants. | |

**DECLARATION OF PLAINTIFF HANG GAO IN SUPPORT OF: (1) PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION; AND (2) CO-LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND PAYMENT OF EXPENSES**

I, Hang Gao, declare as follows:

1. I am a named plaintiff in the above-captioned securities class action (the "Action").[1] I respectfully submit this declaration in support of: (a) Plaintiffs' motion for final approval of the proposed Settlement and approval of the proposed Plan of Allocation; and (b) Co-Lead Counsel's motion for an award of attorneys' fees and payment of expenses, including approval of my request for costs pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §§ 77z-1; 78u-4, in connection with my representation of the Class during the settlement of this Action.

2. I have personal knowledge of the matters set forth below, and I could and would testify competently to these matters.

3. I was one of the plaintiffs who, along with my spouse, filed the initial complaint in this Action on June 25, 2021. ECF No. 1.

4. By Order dated February 15, 2024, the Court appointed me to serve as an additional named plaintiff in this Action to represent the proposed Class. *See* ECF No. 128 at 4, & 19. In so doing, the Court found "Gao is not bound by the decision not to replead the Exchange Act Claims and does not have interests that are antagonistic toward or in conflict with those of absent putative class members." *Id*. at 4.

5. I have worked closely with the attorneys at Block & Leviton LLP ("B&L") regarding the initiation and resolution of this case. In particular, during course of my involvement, I: (a) retained and communicated with my attorneys at B&L regarding the filing of the initial complaint; (b) provided relevant documents to my attorneys in conjunction with filing the initial complaint; (c) reviewed the initial complaint prior to filing, as well as the fee-allocation mediation briefs, and orders filed in the Action after I was asked to serve as an additional named plaintiff; (d) discussed the mediation regarding the allocation of settlement funds between those Class Members with Securities Act and Exchange Act claims with counsel; (f) made myself available during the

---

[1] Unless otherwise defined, all capitalized terms herein have the same meanings as set forth in the Amended Stipulation and Agreement of Settlement dated December 15, 2023. ECF No. 125-2.

DECLARATION OF PLAINTIFF HANG GAO
- CASE NO. 2:21-CV-00861-TSZ

1

mediation for consultation with counsel regarding the Settlement; (g) evaluated the Settlement Amount and the division between the Securities Act Subclass and Exchange Act Subclass, conferred with counsel, and ultimately approved the Settlement and allocation; and (h) communicated with counsel regarding the process of finalizing the Settlement.

6.    In short, I have done my best to vigorously promote the interests of the Class.

I.    APPROVAL OF THE SETTLEMENT

7.    Based on my involvement in the initiation and resolution of the claims asserted in the Action, I believe that the proposed Settlement provides a fair, reasonable, and adequate recovery for the Class, particularly in light of the risks of continued litigation, and I fully endorse approval of the Settlement and Plan of Allocation by the Court.

II.    CO-LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND PAYMENT OF EXPENSES

8.    I believe Co-Lead Counsel's request for an award of attorneys' fees in the amount of 25% of the Settlement Fund is fair and reasonable in light of the work Plaintiffs' Counsel performed on behalf of the Class.

9.    I have evaluated Co-Lead Counsel's fee request by considering the quality and amount of the work performed, the recovery obtained for the Class, and the risks Plaintiffs' Counsel bore in prosecuting this Action on behalf of myself, the other Plaintiffs, and the Class on a fully contingent basis, which included advancing all expenses. I have authorized this fee request for the Court's ultimate determination.

10.    I further believe the litigation expenses for which Co-Lead Counsel will request payment, which will be less than $235,000, are reasonable and were necessary for the prosecution and resolution of the claims in the Action. Based on the above, and consistent with my obligation to the Class to obtain the best result at the most efficient cost, I fully support Co-Lead Counsel's motion for an award of attorneys' fees and expenses.

11.    I understand that reimbursement of a class representative's reasonable costs and expenses, including lost wages, is authorized under the PSLRA, 15 U.S.C. §§ 77z-1(a)(4); 78u-4(a)(4). For this reason, in connection with Co-Lead Counsel's request for expenses, I respectfully

DECLARATION OF PLAINTIFF HANG GAO
- CASE NO. 2:21-CV-00861-TSZ

2

request reimbursement for the time that I dedicated to this case, directly relating to my representation of the Class.

12.    I am a retired marketing manager, and the time I devoted to representing the Class in this Action was time that I otherwise would have spent on my professional endeavors and, thus, represented a cost to me. I respectfully request reimbursement in the amount of $1,000 for the time I devoted to participating in this Action. I make this request based on the conservative estimate that I, along with my spouse, spent approximately ten hours on the litigation-related activities described above.

**III.    CONCLUSION**

13.    In conclusion, I endorse the Settlement as fair, reasonable, and adequate. I appreciate the Court's attention to the facts presented in my declaration and respectfully request that the Court approve: (a) Plaintiffs' motion for final approval of the proposed Settlement and approval of the Plan of Allocation; (b) Co-Lead Counsel's motion for an award of attorneys' fees and payment of litigation expenses; and (c) my request for reimbursement pursuant to the PSLRA.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on ___4/29/2024___ in Braintree, Massachusetts.

DocuSigned by:

*Hang Gao*
BF2226F2C1DD4FB...

Hang Gao

DECLARATION OF PLAINTIFF HANG GAO
- CASE NO. 2:21-cv-00861-TSZ

3