# Exhibit 8

## Casey Sadler

**From:**       McConville, Francis P. <FMcConville@labaton.com>
**Sent:**       Thursday, August 11, 2022 10:35 AM
**To:**         Casey Sadler
**Cc:**         Rob Prongay
**Subject:**    Re: [EXTERNAL]Athira Pharma, Inc. securities litigation

Confirmed

> On Aug 11, 2022, at 1:34 PM, Casey Sadler <CSadler@glancylaw.com> wrote:

Frank,

This email will memorialize that Glancy Prongay & Murray LLP ("GPM") and Labaton Sucharow LLP ("Labaton") (collectively the "Firms") have agreed to jointly prosecute the Athira Pharma, Inc. securities class action. If there is a recovery on behalf of the class, GPM and Labaton will both receive 50% of any attorneys' fees obtained after any payment to local counsel regardless of the firms' respective lodestars.  Both GPM and Labaton are responsible for paying 50% of the case related expenses in this matter. The Firms will each be responsible for their own payment of any referral fees or other co-counsel expenses from their respective allocation of attorneys' fees.

Please confirm that this accurately reflects our agreement.

Best,
Casey

**Casey Sadler**
Partner
Glancy Prongay & Murray LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067

Voice:  310-201-9150
Fax:    310-201-9160
csadler@glancylaw.com
www.glancylaw.com

***Privilege and Confidentiality Notice*** This electronic message contains information that is (a) LEGALLY PRIVILEGED, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not the Addressee(s), or the person responsible for delivering this to the Addressee(s), you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please contact us immediately at 212-907-0700 and take the steps necessary to delete the message completely from your computer system. Thank you.