# Exhibit 10

| Select Ninth Circuit Cases with 25% and Above Fee Awards | | |
|---|---|---|
| **Case** | **Settlement Amount** | **Fee Award** |
| Perez v. Rash Curtis & Assocs., No. 16-cv-03396, 2020 WL 1904533 at *15 (N.D. Cal. Apr. 17, 2020) | $267,000,000 | 33⅓% |
| In re Snap Inc. Sec. Litig., 2021 U.S. Distr. Lexis 34126, at *2 (C.D. Cal. Feb. 18, 2021) | $154,687,500 | 25.00% |
| In re Apollo Grp. Inc. Sec. Litig., No. 04-cv-02147, 2012 WL 1378677, at *7 (D. Ariz. Apr. 20, 2012) | $145,000,000 | 33.33% |
| In re Lidoderm Antitrust Litig., No. 14-md-02521, 2018 WL 4620695, at *4 (N.D. Cal. Sept. 20, 2018) | $104,750,000 | 33⅓% |
| In re Amgen Inc. Sec. Litig., No. 07-cv-02536, 2016 WL 10571773, at *6 (C.D. Cal. Oct. 25, 2016) | $95,000,000 | 25.00% |
| In re: MGM Mirage Sec. Litig., No. 16-cv-15534, 708 Fed.Appx. 894, at *5 (9th Cir. 2017) | $75,000,000 | 25.00% |
| In re: Hewlett-Packard Company Sec. Litig. No. 11-cv-01404, ECF No. 167 (C.D. Cal. Sept. 15, 2014) | $57,000,000 | 25.00% |
| Hsu vs. Puma Biotechnology, Inc., No. 15-cv-00865, ECF No 912 (C.D. Cal. Aug. 3, 2022) | $54,248,374 | 25.00% |
| Meijer, Inc. v. Abbott Labs., No. 07-cv-05985, 2011 WL 13392313, at *2 (N.D. Cal. Aug. 11, 2011) | $52,000,000 | 33.33% |
| Beaver v. Tarsadia Hotels, No. 11-cv-01842, 2017 WL 4310707 at *12, (S.D. Cal. Sept. 28, 2017) | $51,150,000 | 33⅓% |
| Hageman v. AT&T Mobility LLC, No. 13-cv-00050, 2015 WL 9855925, at *4 (D. Mon. Feb. 11, 2015) | $45,000,000 | 33⅓% |
| Carlin v. DairyAmerica, Inc., 380 F.Supp.3d 998, at *1023 (E.D. Cal. 2019) | $40,000,000 | 33.30% |
| Thomas & Thomas Rodmakers Inc. v. Newport Adhesives and Composites, Inc., No. 99-cv-07796, ECF No. 802, (C.D. Cal. Oct. 18, 2005) | $36,250,000 | 33.00% |
| In re Public Service Co., No. 91-cv-00536, 1992 U.S. Dist. LEXIS 16326, at *9 (S.D. Cal. July 28, 1992) | $33,000,000 | 33.00% |
| Bickley v. Schneider Nat'l Carriers, Inc., No. 08-cv-05806, 2016 WL 6910261, at *3-4 (N.D. Cal. Oct. 13, 2016) | $28,000,000 | 33⅓% |
| In re Heritage Bond Litig., No. 02-ml-1475, 2005 WL 1594403, at *23 (C.D. Cal. June 10, 2005) | $27,783,000 | 33.33% |
| Wren v. RGIS Inventory Specialists, No. 06-cv-05778, 2011 WL 1230826, at *29 (N.D. Cal. Apr. 1, 2011) | $27,000,000 | 42.00% |
| In re Tezos Sec. Litig., No. 17-cv-06779, ECF No. 262 (N.D. Cal. Aug 28, 2020) | $25,000,000 | 33.33% |
| Dakota Medical, Inc. v. RehabCare Grp., Inc., No. 14-cv-02081, 2017 WL 4180497, at *9-10 (E.D. Cal. Sept. 21, 2017) | $25,000,000 | 33⅓% |
| Mild v. PPG Industries, Inc., No. 18-cv-04231, ECF No. 132 (C.D. Cal. Oct. 25, 2019) | $25,000,000 | 25.00% |
| Veljanoski v. Juno Therapeutics, Inc., No. 16-cv-01069, ECF No. 129 (W.D. Wash. Nov. 20, 2018) | $24,000,000 | 25.00% |
| Davis v. Yelp, Inc. et al., No. 18-cv-00400, 2023 WL 3063823 at *2 (N.D. Cal. Jan 27, 2023) | $22,250,000 | 33.3% |
| NECA-IBEW Pension Trust Fund v. Precision Castparts Corp., No. 16-cv-01756, ECF No. 169 (D. Or. May 7, 2021) | $21,000,000 | 33.30% |
| Abdullah v. U.S. Security Associates, Inc., No. 09-cv-09554, 2017 WL 11630767 (C.D. Cal. Dec 4, 2017) | $20,613,339 | 33⅓% |
| Alvarez v. XPO Logistics Cartage, LLC ,No. 18-cv-03736, ECF No. 584, ( C.D. Cal. Feb. 17, 2022) | $20,000,000 | 33.33% |
| Turocy et al v. El Pollo Loco Holdings, inc., No. 15-cv-01343, ECF No. 219 (C.D. Cal. Aug. 27, 2019) | $20,000,000 | 30.00% |
| In re Impinj, Inc. Sec. Litig., No. 18-cv-05704, ECF No. 106 (W.D. Wash. Nov. 20, 2020) | $20,000,000 | 25.00% |
| Avila v. LifeLock Inc., No. 15-cv-01398, No. 15-cv-013898, 2020 WL 4362394, at *1 (D. Ariz. July 27, 2020) | $20,000,000 | 30.00% |
| In re Banc of Cal. Sec. Litig., No. 17-cv-00118, 2020 WL 1283486, at *1 (C.D. Cal. Mar. 16, 2020) | $19,750,000 | 33.00% |
| In re: Quality Systems, inc. Sec. Litig., No. 13-cv-01818, ECF No. 120 (C.D. Cal. Nov. 19, 2018) | $19,000,000 | 25.00% |
| In re Merit Medical Systems, Inc. Sec. Litig., No. 19-cv-02326, ECF No. 118 (C.D. Cal. Apr. 15, 2022) | $18,250,000 | 30.00% |
| Waldbuesser v. Northrop Grumman Corp., No. 06-cv-06213, 2017 WL 9614818, at *3 (C.D. Cal. Oct. 24, 2017) | $16,750,000 | 33⅓% |
| Deora v. Nanthealth, Inc., No. 17-cv-01825, ECF No 132 (C.D. Cal. Sept. 10, 2020) | $16,500,000 | 25.00% |
| Cumha v. Hansen Natural Corporation, No. 08-cv-01249 (C.D. Cal. Jan. 29, 2015) | $16,250,000 | 25.00% |
| In re Zillow Group, Inc. Sec. Litig., No. 17-cv-01387, ECF No. 186 (W.D. Wash. Aug. 8, 2023) | $15,000,000 | 33.33% |
| In re: Hot Topic, Inc. Sec. Litig., No 13-cv-02939, ECF No. 110 (C.D. Cal. Nov. 6, 2015) | $14,900,000 | 25.00% |
| Morris v. Lifescan, Inc., 54 Fed. App'x 663, 664 (9th Cir. 2003) | $14,800,000 | 33.00% |
| In re Allied Nevada Gold Corp. Sec. Litig., No. 14-cv-00175, ECF No. 215 (D. Nev. Nov. 16, 2020) | $14,000,000 | 33⅓% |
| Good Morning to You Prods. Corp. v. Warner/Chappell Music, Inc., No. 13-cv-04460, ECF No. 349, (C.D. Cal. June 30, 2016) | $14,000,000 | 33.00% |
| Tawfilis v. Allergan, Inc., No. 15-cv-00307, 2018 WL 4849716, at *7 (C.D. Cal. Aug. 27, 2018) | $13,450,000 | 33⅓% |
| Local 617 Teamsters Pension and Welfare Funds v. Apollo Group Inc., No. 06-cv-02674, ECF No. 194 (D. Ariz. July 29, 2015) | $13,125,000 | 25.00% |

| Select Ninth Circuit Cases with 25% and Above Fee Awards | | |
|---|---|---|
| Case | Settlement Amount | Fee Award |
| Angley v. Uti Worldwide, Inc., No. 14-cv-02066, ECF No. 152 (C.D. Cal. Feb. 28, 2019) | $13,000,000 | 28.00% |
| Kendall v. Odonate Therapeutics, Inc., No. 20-cv-01828, 2022 WL 1997530, at *6-7 (S.D. Cal. June 6, 2022) | $12,750,000 | 33⅓% |
| Longo v. OSI Sys., Inc., No 17-cv-08841, 2022 U.S. Dist. Lexis 158606, at *2 (C.D. Cal. Aug 31, 2022) | $12,500,000 | 25.00% |
| Marshall v. Northrop Grumman Corp., No. 16-cv-06794, 2020 WL 5668935, at *8 (C.D. Cal. Sept. 18, 2020) | $12,375,000 | 33⅓% |
| In re Pacific Enters. Sec. Litig., 47 F.3d at 373 at *10 (9th Cir. 1995) | $12,000,000 | 33.00% |
| Sudunagunta v. NanKwest, Inc., No. 16-cv-01947, ECF No. 188 (C.D. Cal. May 13, 2019) | $12,000,000 | 25.00% |
| Singh v. Roadrunner Intermodal Servs., LLC, No. 15-cv-01497, 2019 WL 316814 at *9 (E.D. Cal. Jan. 24, 2019) | $9,250,000 | 33⅓% |
| Jackson v. Microchip Technology Incorporated, No. 18-cv-02914, ECF No. 106 (D. Ariz. June 27, 2022) | $9,000,000 | 25.00% |
| Jenson v. First Tr. Corp., No. CV 05-03124, 2008 WL 11338161 (C.D. Cal. June 9, 2008) | $8,500,000 | 33⅓% |
| Fernandez v. Victoria Secret Stores, LLC, No. 06-cv-04149, 2008 WL 8150856, at *16 (C.D. Cal. Jul. 21, 2008) | $8,500,000 | 34.00% |
| Vigueras v. Red Robin Inter'l, Inc., No. 17-cv-01422, ECF No. 182 (C.D. Cal. Dec. 2, 2020) | $8,500,000 | 33.33% |
| In re: CytRx Corporation Sec. Litig., No. 14-cv-01956, ECF No. 162 (C.D. Cal. May 18, 2016) | $8,500,000 | 25.00% |
| Walsh v. Kindred Healthcare, No. 11-cv-00050, 2013 WL 6623224, at *2 (N.D. Cal. Dec. 16, 2023) | $8,250,000 | 30.17% |
| Kmiec v. Powerwave Technologies, Inc., No. 12-cv-00222, ECF No. 215 (C.D. Cal. July 11, 2016) | $8,200,000 | 25.00% |
| Steamfitters Local 449 Pension Plan v. Molina Healthcare, Inc., No. 18-cv-03579, ECF No. 100 (C.D. Cal. Oct. 26, 2020) | $7,500,000 | 25.00% |
| Te Lomingkit v. Apollo Education Group, Inc., No. 16-cv-00689, ECF No. 123 (D. Ariz. June 27, 2019) | $7,400,000 | 25.00% |
| In re: Spectrum Pharmaceuticals. Inc. Sec. Litig., No. 13-cv-00433, ECF No. 156 (D. Nev. June 13, 2016) | $7,000,000 | 25.00% |
| Ferreira v. Funko Inc., No. 20-cv-02319, ECF No. 205 (C.D. Cal. Dec. 13, 2022) | $7,000,000 | 25.00% |
| Todd v. Staar Surgical Company, No. 14-cv-05263, 2017 WL 4877417, at *6 (C.D. Cal. Oct. 24, 2017) | $7,000,000 | 25.00% |
| In re Portland General Electric Sec. Litig., No. 20-cv-01583, 2022 WL 844077, at *9 (D. Oreg. Mar. 22, 2022) | $6,750,000 | 25.00% |
| Coady v. IndyMac Bancorp, Inc., No. 08-cv-03812, ECF No. 286 (C.D. Cal. July 29, 2013) | $6,500,000 | 25.00% |
| Lloyd v. CVB Financial Corp., No. 10-cv-06256, ECF No. 136 (C.D. Cal. Mar. 13, 2017) | $6,200,000 | 25.00% |
| Larson v. Insys Therapeuitcs, Inc., No. 14-cv-01043, ECF No. 80 (D. Ariz. Dec. 7, 2015) | $6,125,000 | 27.50% |
| Jones v. CertifiedSafety, Inc., No. 17-cv-02229, ECF No. 232 (N.D. Cal. June 1, 2020) | $6,000,000 | 33.33% |
| Linney v. Cellular Alaska P'ship, No. 96-cv-03008, 1997 WL 450064, at *7 (N.D. Cal. July 18, 1997) | $6,000,000 | 33⅓% |
| Boyd v. Bank of Am. Corp., No. 13-cv-00561, 2014 WL 6473804, at *9 (C.D. Cal. Nov. 18, 2014) | $5,800,000 | 33⅓% |
| Crihfield v. CytRx Corporation, No. 16-cv-05519, ECF No. 129 (C.D. Cal. Sept. 17, 2018) | $5,750,000 | 30.00% |
| In re Capstone Turbine Corporation Sec. Litig., No. 15-cv-08914, ECF No. 134 (C.D. Cal. Nov. 15, | $5,550,000 | 25.00% |
| In re First Regional Bancorp Sec. Litig., No. 10-cv-00537, ECF No. 4964 (C.D. Cal. July 21, 2014) | $5,500,000 | 33.30% |
| Tripp v. IndyMac Bancorp., Inc., No. 07-cv-01635, ECF No. 350 (C.D. Cal. July 29, 2013) | $5,500,000 | 25.00% |
| In re Interlink Elec., Inc. Sec. Litig., No. 05-cv-08133, ECF No. 165 (C.D. Cal. June 1, 2009) | $5,000,000 | 33⅓% |
| Berry v. Urban Outfitters Wholesale, Inc., No. 13-cv-02628, ECF No. 114 (N.D. Cal. Apr. 7, 2016) | $5,000,000 | 33.33% |
| Lowthorp v. Mesa Air Group Incorporated, No. 20-cv-00648, ECF No. 169 (D. Ariz. Apr. 7, 2023) | $5,000,000 | 25.00% |
| In re: Vestas Wind Systems A/S Sec. Ligit., No. 11-cv-00585, ECF No. 148 (D. Oreg. Dec. 12, 2014) | $5,000,000 | 25.00% |
| In re Orexigen Therapeutics, Inc. Sec. Litig., No. 15-cv-00540, ECF No. 155 (S.D. Cal. Nov. 30, 2021) | $4,800,000 | 33.00% |
| In re: American Apparel, Inc. Sec. Litig., No. 10-cv-06352, 2014 WL 10212865, at *27 (C.D. Cal. July 29, 2014) | $4,800,000 | 25.00% |
| Hodges v. Akeena Solar, Inc., No. 09-cv-02147, ECF No. 167 (N.D. Cal. Dec. 15, 2011) | $4,770,000 | 33⅓% |
| Villa v. San Franscisco Forty Niners, Ltd., No. 12-cv-05481, ECF No. 167 (S.D. Cal. Nov. 17, 2016) | $4,750,000 | 32.00% |
| Aguilar v. Wawona Frozen Foods, No. 15-cv-00093, 2017 WL 2214936, at *6 (E.D. Cal. May 19, 2017) | $4,500,000 | 33⅓% |
| Shapiro v. Matrixx Initiatives, Inc., No. 09-cv-01479, ECF No. 99 (D. Ariz. Sept. 6, 2013) | $4,500,000 | 25.00% |
| West v. Cal. Serv. Bureau, Inc., No. 16-cv-03124, ECF No. 128 (N.D. Cal. Jan. 23, 2019) | $4,100,000 | 33.33% |
| Larson v. Harman-Mgmt. Corp., No. 16-cv-00219, 2020 WL 3402406 at *8 (E.D. Cal. June 19, 2020) | $4,000,000 | 33⅓% |
| Brendon v. Allegiant Travel Company, No. 18-cv-01758, ECF No. 84 (D. Nev. May 14, 2020) | $4,000,000 | 25.00% |

| Select Ninth Circuit Cases with 25% and Above Fee Awards | | |
|---|---|---|
| Case | Settlement Amount | Fee Award |
| McGee v. China Electric Motor Inc., No. 11-cv-02794, ECF No. 216 (C.D. Cal. May 5, 2016) | $3,778,333 | 25.00% |
| Costas v. Ormat Technolgies, Inc., No 18-cv-00271, ECF No. 101 (D. Nev. Jan. 21, 2021) | $3,750,000 | 31.77% |
| Chupa v. Armstrong Flooring, Inc., No. 19-cv-09840, ECF No. 113 (C.D. Cal. July 19, 2021) | $3,750,000 | 25.00% |
| In re: IsoRay, Inc. Sec. Litig., No. 15-cv-05046, ECF No. 97 (E.D. Wash. Mar. 7, 2017) | $3,537,500 | 30.00% |
| Cook v. Atossa Genetics, Inc., No. 13-cv-01836, ECF No. 98 (W.D. Wash. July 20, 2018) | $3,500,000 | 33.00% |
| Mathein v. Pier 1 Imports (U.S.), Inc., No. 16-cv-00087, 2018 WL 1993727 (E.D. Cal. Apr. 27, 2018) | $3,500,000 | 33⅓% |
| In re K12 Inc. Sec. Litig., No. 16-cv-04069, 2019 WL 3766420, at *1 (N.D. Cal. July 10, 2019) | $3,500,000 | 33.00% |
| Wise v. Ultra Salon, Cosmetics & Fragrance, Inc., No. 17-cv-00853, 2020 WL 1492672 (E.D. Cal. Mar. 27, 2020) | $3,500,000 | 33⅓% |
| Oklahoma Firefighters Pension & Retirement System v. Ixia, No. 13-cv-08440, ECF No. 145 (C.D. Cal. July 29, 2016) | $3,500,000 | 25.00% |
| Harr v. Ampio Pharmaceuticals, Inc., No. 15-cv-03474, ECF No. 98 (C.D. Cal. Sept. 29, 2017) | $3,400,000 | 25.00% |
| Vandervort v. Balboa Cap. Corp., 8 F.Supp.3d 1200, 1210 (C.D. Cal. Mar. 27, 2014) | $3,300,000 | 33.00% |
| In re Maxwell Technologies Inc. Sec. Litig., No. 13-cv-00580, 2015 WL 12791401, at *2 (S.D. Cal. Feb. 17, 2015) | $3,300,000 | 32.60% |
| Gonzalez v. CoreCivic of Tenn., LLC, No. 16-cv-01891, 2020 WL 1475991 at *10 (E.D. Cal. Mar. 26, 2020) | $3,200,000 | 33⅓% |
| Gomez v. Bidz.com Inc., No. 09-cv-03216, ECF No. 109 (C.D. Cal. Oct. 11, 2013) | $3,200,000 | 25.00% |
| Byrne v. Westpac Banking Corporation, No. 20-cv-00171, ECF No. 52 (D. Or. May 12, 2021) | $3,100,000 | 33.33% |
| Antonopulos v. N. Am. Thoroughbreds. Inc., No. 87-cv-00979, 1991 WL 427893, at *4, (S.D. Cal. May 6, 1991) | $3,098,000 | 33⅓% |
| Azar v. Blount International, Inc., No 16-cv-00483, 2019 WL 7372658, at *13 (D. Oreg. Dec. 31, 2019) | $3,059,000 | 25.00% |
| Van Wingerden v. Cadiz Inc., No. 15-cv-03080, ECF No. 93 (C.D. Cal. Feb. 8, 2017) | $3,000,000 | 25.00% |
| In re: FAT Brands Inc. Sec. Litig., No. 22-cv-01820, ECF No.71, (C.D. Cal. Feb. 28, 2023) | $3,000,000 | 25.00% |
| In re: Spectrum Pharmaceuticals, Inc. Sec. Litig., No. 16-cv-02279, ECF No. 163 (D. Nev. Aug. 12, 2020) | $2,995,000 | 28.50% |
| Di Donato v. Insys Therapeutics, Inc., No. 16-cv-00302, ECF No. 440 (D. Ariz. Nov. 18, 2020) | $2,950,000 | 30.00% |
| In re Mikohn Gaming Corp. Sec. Litig., No. 05-cv-1410, ECF No. 96, (D. Nev. June 6, 2007) | $2,800,000 | 33.33% |
| In re Resonant Inc. Sec. Litig., No. 15-cv-01970, 2017 WL 11681028 at *7 (C.D. Cal. July 13, 2017) | $2,750,000 | 33.00% |
| In re 2TheMart.com, Inc. Sec. Litig., No. 99-cv-1127, ECF No. 161 (C.D. Cal. July 8, 2002) | $2,700,000 | 33⅓% |
| Romero v. GrowLife, Inc., No. 14-cv-03015, ECF No. 57 (C.D. Cal. Aug. 3, 2015) | $2,700,000 | 25.00% |
| Feyko v. Yuhe International, Inc., No. 11-cv-05511, ECF No. 188 (C.D. Cal. June 10, 2014) | $2,700,000 | 25.00% |
| Plant v. Jaguar Animal Health, Inc., No. 17-cv-04102, ECF No. 97 (N.D. Cal. May 27, 2021) | $2,600,000 | 33.33% |
| Elliot v. China Green Agric. Inc., No. 10-cv-00648, ECF No. 166 (D. Nev. Aug. 12, 2014) | $2,500,000 | 33⅓% |
| In re Merix Corp. Sec. Litig., No. 04-cv-00826, ECF No. 236 (D. Or. Jan. 3, 2011) | $2,500,000 | 33.33% |
| Brulee v. DAL Global Servs., LLC, No. 17-cv-06433, ECF No. 51 (C.D. Cal. Dec. 13, 2018) | $2,500,000 | 33.33% |
| Fragala v. 500.com Limited, No. 15-cv-01463, ECF No. 95 (C.D. Cal. Mar. 6, 2017) | $2,500,000 | 25.00% |
| Nguyen v. Radient Pharmaceuticals Corp., No. 11-cv-00406, 2014 WL 1802293, at *11 (C.D. Cal. May 6, 2014) | $2,500,000 | 25.00% |
| In re China Education Alliance, Inc., No. 10-cv-09239, ECF No. 141 (C.D. Cal. Mar. 11, 2013) | $2,425,000 | 25.00% |
| Brown v. Papa Murphy's Holdings, Inc., No. 19-cv-05514, ECF No 86 (W.D. Wash. May 2, 2022) | $2,400,000 | 31.50% |
| Emmons v. Quest Diagnostics Clinical Labs., Inc., No. 13-cv-00474, 2017 WL 749018 (E.D. Cal. Feb. 27, 2017) | $2,350,000 | 33⅓% |
| Karam v. Corinthian Colleges, Inc. No. 10-cv-06523, ECF No. 172 (C.D. Cal. Sept. 26, 2017) | $2,250,000 | 25.00% |
| Rose v. Deer Consumer Products, Inc., No. 11-cv-03701, ECF No. 107 (C.D. Cal. Aug. 9, 2013) | $2,125,000 | 25.00% |
| Lewy v. Gulf Resources, Inc., No. 11-cv-03722, ECF No. 142 (C.D. Cal. Jan. 8, 2014) | $2,125,000 | 25.00% |
| Cheng Jiangchen v. Rentech, Inc., No. 17-cv-01490, 2019 WL 5173771, at *9 (C.D. Cal. Oct 10, 2019) | $2,050,000 | 33⅓% |
| In re GTT Communications, Inc. Sec. Litig. No. 21-cv-00270, ECF No. 65 (C.D. Cal. Mar. 21, 2022) | $2,000,000 | 30.00% |
| Redwen v. Sino Clean Energy, Inc., No. 11-cv-03936, 2013 WL 12303367, at *9 (C.D. Cal. July 9, 2013) | $2,000,000 | 25.00% |
| Henning v. Orient Paper, Inc., No. 10-cv-05887, ECF No. 137 (C.D. Cal. Apr. 29, 2013) | $2,000,000 | 25.00% |
| Yaron v. Intersect ENT, Inc., No. 19-cv-02647, ECF No. 80 (N.D. Cal. Nov. 5, 2021) | $1,900,000 | 33⅓% |
| Likas v. ChinaCache Int'l Holdings Ltd., No. 19-cv-06942, ECF No. 95 (C.D. Cal. Mar. 14, 2022) | $1,800,000 | 33.30% |
| In re Mego Fin. Corp. Sec. Litig., 213 F.3d 454, 463 (9th Cir. 2000) | $1,725,000 | 33⅓% |

| Select Ninth Circuit Cases with 25% and Above Fee Awards | | |
|---|---|---|
| Case | Settlement Amount | Fee Award |
| In re AudioEye, Inc. Sec. Litig., No. 15-cv-00163, ECF No. 100 (D. Ariz. May 8, 2017) | $1,525,000 | 33.33% |
| Antoine de Sejournet v. Goldman Kurland Mohidin LLP, No. 13-cv-01682, ECF No. 114 (C.D. Cal. Mar. 18, 2016) | $1,425,000 | 33.33% |
| In re Vivint Solar, Inc. Sec. Litig., No. 20-cv-00919, ECF No. 99 (D. Utah May 9, 2022) | $1,250,000 | 33.33% |