# Exhibit 12

*Nacif et al., v. Athira Pharma, Inc. et al.,*
**Case No. 2:21-cv-00861-TSZ**

**SUMMARY TABLE OF LODESTARS AND EXPENSES**

| FIRM | HOURS | LODESTAR | EXPENSES |
|---|---|---|---|
| Glancy Prongay & Murray LLP | 1,165.75 | $1,013,241.25 | $87,381.23 |
| Labaton Keller Sucharow LLP | 1,857.20 | $1,424,443.50 | $61,890.10 |
| Block & Leviton LLP | 42.50 | $30,838.50 | NA |
| Rossi Vucinovich, P.C. | 122.70 | $73,420.00 | $1,428.00 |
| **TOTALS** | **3,188.15** | **$2,541,943.25** | **$150,699.33** |