# EXHIBIT A

The Honorable Thomas S. Zilly

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

ANTONIO BACHAALANI NACIF, WIES RAFI, and HANG GAO, individually and on behalf of all other similarly situated,

*Plaintiffs,*

v.

ATHIRA PHARMA, INC., and LEEN KAWAS, Ph.D.,

*Defendants.*

No. 2:21-cv-00861-TSZ

**DECLARATION OF HOWARD T. LONGMAN ON BEHALF OF LONGMAN LAW, P.C. IN SUPPORT OF CONTRIBUTING COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

1.      I am principal of the law firm Longman Law, P.C. ("Longman Law"), and I make this Declaration of my own personal knowledge.

2.      I submit this declaration in support of Longman Law and Keller Rohrback L.L.P.'s (together, "Contributing Counsel") Motion for an Award of Attorneys' Fees and Reimbursement of Expenses in connection with making a lead plaintiff motion in the above-captioned action (the "Action").

3.      My firm represented lead plaintiff movants Timothy and Tai Slyne in the Action, on whose behalf my firm filed a complaint in the Action and made and prosecuted a motion for appointment of separate lead plaintiffs solely for claims under the Securities Act of 1933 under

Decl. of Howard T. Longman - 1
(No. 2:12-cv-00861-TSZ)

**LONGMAN LAW, P.C.**
354 Eisenhower Pkwy., Suite 1800
Livingston, NJ 07039
TELEPHONE: (973) 994-2315

the Private Securities Litigation Reform Act of 1995 ("PSLRA"). The principal tasks undertaken by my firm for which I am seeking compensation included: researching and drafting a motion and supporting memorandum for a lead plaintiff motion under the PSLRA, researching and drafting opposition and reply memorandums, respectively, in opposition to other motions for lead plaintiff and in support of our motion.

4.      The schedule attached hereto as Exhibit A is a summary indicating the amount of time spent by each attorney and paralegal of my firm who was involved in the prosecution of the Action, and the lodestar calculation based on my firm's historical billing rates. The schedule was prepared from contemporaneous daily time records regularly prepared and maintained by my firm. Time expended in preparing this declaration has not been included in this request.

5.      The hourly rates for me and support staff in my firm included in Exhibit A are the regular rates charged for their services in litigation similar to this one.

6.      The total number of hours expended on the Action by my firm is 88.5 hours. The total lodestar for my firm for those hours is $49,137.50. Declarant will provide the detailed time record entries upon the Court's request.

7.      My firm's lodestar figures are based upon the firm's billing rates, which rates do not include charges for expenses items. Expense items are billed separately, and such charges are not duplicated in my firm's billing rates.

8.      As detailed in Exhibit B, my firm has incurred a total of $289.97 in unreimbursed expenses incurred in connection with the prosecution of the Action. The expenses incurred are reflected on the books and records of my firm. These books and records are prepared from expense vouchers, check records and other source materials and are an accurate record of the expenses incurred.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 30, 2024.

_____
Howard T. Longman

Decl. of Howard T. Longman - 2
(No. 2:12-cv-00861-TSZ)

**LONGMAN LAW, P.C.**
354 Eisenhower Pkwy., Suite 1800
Livingston, NJ 07039
TELEPHONE: (973) 994-2315

# EXHIBIT A

NACIF et al. v. ATHIRA PHARMA, INC. et al.

**Longman Law, P.C.**

|  | **Total Hours** | **Current Hourly Rates** | **Lodestar** |
|---|---|---|---|
| **Attorneys:** | | | |
| Howard T. Longman | 32.60 | $950.00 | $30,970.00 |
| **Total for Attorneys:** | **32.60** | | **$    30,970.00** |
| **Paralegals:** | | | |
| Adam Longman | 55.90 | $325.00 | $18,167.50 |
| **Total for Paralegals:** | **55.90** | | **$          18,167.50** |
| **Grand Totals:** | **88.50** | | **$          49,137.50** |

# EXHIBIT B

<u>NACIF et al. v. ATHIRA PHARMA, INC. et al.</u>

**Longman Law, P.C.**

| **<u>Description</u>** | **<u>Amount</u>** |
|---|---|
| Commercial Copies | |
| Computer & Other Research Fee(s) | $289.97 |
| Contributions to Plaintiffs' Litigation Fund | |
| Courier & Overnight Delivery Services | |
| Court & Filing Fee(s) | |
| Notice Expense(s) | |
| Postage | |
| Reproduction (In-House) | |
| Service Fee(s) | |
| Telephone/Fax | |
| Transcript(s) | |
| Travel Expenses (including hotels, meals & transportation) | |
| Miscellaneous (please list) | |
| **TOTAL:** | **<u>$        289.97</u>** |