# EXHIBIT B

The Honorable Thomas S. Zilly

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| ANTONIO BACHAALANI NACIF, WIES RAFI, and HANG GAO, individually and on behalf of all other similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>ATHIRA PHARMA, INC., and LEEN KAWAS, Ph.D.,<br>*Defendants*. | No. 2:21-cv-00861-TSZ<br><br>**DECLARATION OF JULI E. FARRIS ON BEHALF OF KELLER ROHRBACK L.L.P. IN SUPPORT OF CONTRIBUTING COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES** |

1.    I am a partner at Keller Rohrback L.L.P. ("Keller Rohrback") and I make this Declaration of my own personal knowledge.

2.    I submit this declaration in support of Longman Law, P.C. ("Longman Law") and Keller Rohrback's (together, "Contributing Counsel") Motion for an Award of Attorneys' Fees and Reimbursement of Expenses in connection with making a lead plaintiff motion in the above-captioned action (the "Action").

3.    My firm represented lead plaintiff movants Timothy and Tai Slyne in the Action, on whose behalf my firm filed a complaint in the Action and made and prosecuted a motion for appointment of separate lead plaintiffs solely for claims under the Securities Act of 1933 under

Decl. of Juli E. Farris - 1
(No. 2:12-cv-00861-TSZ)

the Private Securities Litigation Reform Act of 1995 ("PSLRA"), as co-counsel to the Longman Law and local counsel admitted to the Western District of Washington. The principal tasks undertaken by my firm for which I am seeking compensation included: researching and drafting a motion and supporting memorandum for a lead plaintiff motion under the PSLRA, researching and drafting opposition and reply memorandums, respectively, in opposition to other motions for lead plaintiff and in support of our motion. Our participation in these activities was not merely administrative, as we assisted the Longman Law firm with substantive research and case strategy in developing our arguments, and in drafting and preparing briefs for submission to the Court.

4.      The schedule attached hereto as Exhibit A is a summary indicating the amount of time spent by each attorney and paralegal of my firm who was involved in the prosecution of the Action, and the lodestar calculation based on my firm's historical billing rates. The schedule was prepared from contemporaneous daily time records regularly prepared and maintained by my firm. The schedule does not reflect all of the time expended in this matter, but is limited to time expended for the activities described above for which we request compensation. Time expended in preparing this declaration has not been included in this request.

5.      The hourly rates for me and support staff in my firm included in Exhibit A are the regular rates charged for their services in litigation similar to this one.

6.      The total number of hours expended on the Action by my firm is 26.10 hours. The total lodestar for my firm for those hours is $12,682.50. Declarant will provide the detailed time record entries upon the Court's request.

7.      My firm's lodestar figures are based upon the firm's billing rates, which rates do not include charges for expense items. Expense items are billed separately, and such charges are not duplicated in my firm's billing rates.

8.      As detailed in Exhibit B, my firm has incurred a total of $171.18 in unreimbursed expenses incurred in connection with the prosecution of the Action. The expenses incurred are reflected on the books and records of my firm. These books and records are prepared from

Decl. of Juli E. Farris - 2
(No. 2:12-cv-00861-TSZ)

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

expense vouchers, check records and other source materials and are an accurate record of the expenses incurred.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 30, 2024.

_____

Juli E. Farris

Decl. of Juli E. Farris - 3
(No. 2:12-cv-00861-TSZ)

**KELLER ROHRBACK L.L.P.**

1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

# EXHIBIT A

NACIF et al. v. ATHIRA PHARMA, INC. et al.

**Keller Rohrback L.L.P.**

| | Total Hours | Current Hourly Rates | Lodestar |
|---|---|---|---|
| **Attorneys:** | | | |
| Juli E. Farris | 5.60 | $965 | $5,404.00 |
| Eric R. Laliberte | 12.10 | $350 | $4,235.00 |
| **Total for Attorneys:** | **17.70** | | **$   9,639.00** |
| | | | |
| **Paralegals:** | | | |
| Jason Dillman | 7.50 | 340.00 | $2,737.50 |
| Mary Montgomery | 0.90 | 365.00 | $306.00 |
| **Total for Paralegals:** | **8.40** | | **$   3,043.50** |
| | | | |
| **Grand Totals:** | **26.10** | | **$   12,682.50** |

# EXHIBIT B

NACIF et al. v. ATHIRA PHARMA, INC. et al.

**Keller Rohrback L.L.P.**

| Description | Amount |
|---|---|
| Commercial Copies | |
| Computer & Other Research Fee(s) | $169.18 |
| Contributions to Plaintiffs' Litigation Fund | |
| Courier & Overnight Delivery Services | |
| Court & Filing Fee(s) | |
| Notice Expense(s) | |
| Postage | |
| Reproduction (In-House) | $2.00 |
| Service Fee(s) | |
| Telephone/Fax | |
| Transcript(s) | |
| Travel Expenses (including hotels, meals & transportation) | |
| Miscellaneous (please list) | |
| **TOTAL:** | **$      171.18** |