The Honorable Thomas S. Zilly

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

ANTONIO BACHAALANI NACIF, WIES RAFI, and HANG GAO, individually and on behalf of all other similarly situated,

*Plaintiffs*,

v.

ATHIRA PHARMA, INC., and LEEN KAWAS, Ph.D.,

*Defendants*.

No. 2:21-cv-00861-TSZ

**[PROPOSED] ORDER GRANTING CONTRIBUTING COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

This matter having come before the Court and the Court having considered all papers filed and proceedings had herein and otherwise being fully informed of the promises and good cause appearing therefore, it is ORDERED THAT:

The Court approves the payment of Attorneys' Fees to Contributing Counsel for movants Timothy and Tai Slyne in the sum of $61,820 in Fees and the reimbursement of litigation Expenses in the sum of $461.15.

IT IS SO ORDERED.

Dated this ____day of _____, 2024.

_____
Thomas S. Zilly
United States District Judge

[Proposed] Order - 1
(No. 2:12-cv-00861-TSZ)