# EXHIBIT B

# AFFIDAVIT

**STATE OF NEW JERSEY )**
**) ss:**
**CITY OF MONMOUTH JUNCTION, in the COUNTY OF MIDDLESEX )**

I, Keith Oechsner, being duly sworn, depose and say that I am the advertising clerk of the Publisher of INVESTORS BUSINESS DAILY, a weekly national newspaper of general circulation throughout the United States, and that the notice attached to this Affidavit has been regularly published in INVESTORS BUSINESS DAILY for National distribution for

1 insertion(s) on the following date(s):

JUN-10-2024

ADVERTISER: ATHIRA PHARMA, INC.;;

and that the foregoing statements are true and correct to the best of my knowledge.

Keith Oechsner

Sworn to before me this
11 day of June 2024

Notary Public

IAN C. MARTIN
NOTARY PUBLIC
ID # 50086494
COMMISSION EXPIRES 07/18/2026
STATE OF NEW JERSEY

THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ANTONIO BACHAALANI NACIF; WIES RAFI; and HANG GAO, individually and on behalf of all others similarly situated,<br>Plaintiffs,<br>v.<br>ATHIRA PHARMA, INC., et al.,<br>Defendants. | CASE NO.: 2:21-cv-00861-TSZ<br>(Consolidated with Case Nos. 21-cv-00862-TSZ and 21-cv-00864-TSZ) |

**SUMMARY NOTICE OF (I) PENDENCY OF CLASS ACTION AND PROPOSED SETTLEMENT; (II) FINAL APPROVAL HEARING; AND (III) MOTION FOR AN AWARD OF ATTORNEYS' FEES AND PAYMENT OF LITIGATION EXPENSES**

**TO: All persons and entities who or which purchased or otherwise acquired Athira Pharma, Inc. ("Athira") publicly traded common stock during the period from September 17, 2020, through June 17, 2021, inclusive (the "Class Period"), and were damaged thereby (the "Class"):**

**PLEASE READ THIS NOTICE CAREFULLY, YOUR RIGHTS WILL BE AFFECTED BY A CLASS ACTION SETTLEMENT**

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure, that the above-captioned litigation (the "Action") has been certified as a class action for settlement purposes, except for certain persons and entities who are excluded from the Class by definition as explained in the full printed Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Final Approval Hearing; and (III) Motion for an Award of Attorneys' Fees and Payment of Litigation Expenses (the "Notice"), available at www.AthiraSecuritiesSettlement.com.

YOU ARE ALSO NOTIFIED that Plaintiffs in the Action have reached a proposed settlement of the Action for $10,000,000 in cash (the "Settlement"), which, if approved, will resolve all claims in the Action and related claims.

A hearing will be held **on October 25, 2024 at 10:00 a.m**., before the Honorable Thomas S. Zilly, United States District Court for the Western District of Washington, at the United States Courthouse, Courtroom 15206, 700 Stewart Street, Seattle, WA 98101, to determine: (i) whether the proposed Settlement should be approved as fair, reasonable, and adequate; (ii) whether the Action should be dismissed with prejudice against Defendants, and the Releases specified and described in the Amended Stipulation and Agreement of Settlement dated December 15, 2023 (and in the Notice) should be approved; (iii) whether the proposed Plan of Allocation should be approved as fair and reasonable; and (iv) whether Co-Lead Counsel's application for an award of attorneys' fees and payment of expenses should be approved.

**If you are a member of the Class, your rights will be affected and you may be entitled to share in the Settlement Fund**. If you have not yet received the Notice, Proof of Claim Form ("Claim Form"), and Exclusion Request (Opt-Out) Form, you may obtain copies by contacting the Settlement Administrator at *Athira Pharma Securities Litigation*, c/o Strategic Claims Services, P.O. Box 230, 600 N. Jackson Street, Suite 205, Media, PA 19063, (866) 274-4004. Copies can also be downloaded from the website www.AthiraSecuritiesSettlement.com.

If you are a member of the Class, to be eligible to receive a payment under the proposed Settlement, you must submit a Claim Form to the Settlement Administrator *postmarked* (or bearing other proof of mailing) **no later than September 6, 2024**, if sent by mail, or *submitted online* at www.AthiraSecuritiesSettlement.com **no later than September 6, 2024**. If you are a member of the Class, you do not exclude yourself from the Class, and you do not submit a proper Claim Form, you will not be eligible to share in the distribution of the net proceeds of the Settlement but you will nevertheless be bound by any judgments or orders entered by the Court in the Action.

If you are a member of the Class and wish to exclude yourself from the Class, you must submit a request for exclusion to the Settlement Administrator **no later than September 6, 2024** by following the instructions in the Notice. If you properly exclude yourself from the Class, you will not be bound by any judgments or orders entered by the Court in the Action and you cannot share in the proceeds of the Settlement.

Any objections to the proposed Settlement, the proposed Plan of Allocation (including the *cy pres* recipient), or Co-Lead Counsel's motion for attorneys' fees and payment of expenses, must either be mailed to the Settlement Administrator *postmarked* (or bearing other proof of mailing) **no later than September 6, 2024** (if you are not represented by an attorney), **or no later than October 11, 2024** (if you are represented by an attorney), or be presented to the Court by attending the Settlement Hearing, according to the instructions in the Notice.

**Please do not contact the Court, the Clerk's Office, Athira, or other Defendants, or their counsel. All questions about this notice, the proposed Settlement, or your eligibility to participate in the Settlement should be directed to Co-Lead Counsel or the Settlement Administrator.**

Inquiries, other than requests for the Notice, Claim Form, and Exclusion Request (Opt-Out) Form, should be made to Co-Lead Counsel:

| **GLANCY PRONGAY & MURRAY LLP** | **LABATON KELLER SUCHAROW LLP** |
|---|---|
| Casey E. Sadler, Esq. | Michael P. Canty, Esq. |
| 1925 Century Park East, Suite 2100 | 140 Broadway |
| Los Angeles, CA 90067 | New York, New York 10005 |
| Telephone: (888) 773-9224 | Telephone: (888) 219-6877 |
| Email: settlements@glancylaw.com | Email: settlementquestions@labaton.com |

Requests for the Notice, Claim Form, and Exclusion Request (Opt-Out) Form should be made to:

*Athira Pharma Securities Litigation*
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson Street, Suite 205
Media, PA 19063
(866) 274-4004
info@ strategicclaims.net
www.AthiraSecuritiesSettlement.com

# How To Read IBD Mutual Fund Tables

IBD tables have funds with 36-Month Performance Rating A+, A or A-, at least $200 million assets plus funds ranked by assets regardless of their performance. All other mutual funds are found at www.investors.com/ibd-data-tables. † denotes independent fund not part of family listed above. Each 36-Month Rating, vs. all other mutual funds, is recalculated monthly on a total return basis. Dividends and capital gains included. Daily accrual fund returns are calculated on a monthly basis. A+ = Top 5%, A = Top 10%, A- = Top 15%, B+ = Top 20%, B = Top 25%, B-=Top 30%, C+ =Top 35%, C = Top 40%, C- = Top 45%, D+ = Top 50%, D = Top 60%, D- = Top 70%, E = Below 70%. A+, A, and B+ 36-Month Ratings are boldfaced. Top 2% of funds in % performance yesterday are boldfaced. Performance of income funds may be compared to other income funds. b = assets used to pay 12(b)(1) plan distribution costs, r=redemption charge may apply, n=no initial load and appears after Net Asset Value, m=multiple fees, p=previous day's quote, s=split, x=ex-dividend or capital gains distribution. 5-Yr After Tax Rtn=5 year after-tax return assuming average income tax rate of 35% on dividends and 15% long-term capital gains rate.NAVChg is calculated vs. the prior session.

THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ANTONIO BACHAALANI NACIF; WIES RAFI; and HANG GAO, individually and on behalf of all others similarly situated,<br>Plaintiffs,<br>v.<br>ATHIRA PHARMA, INC., et al.,<br>Defendants. | CASE NO.: 2:21-cv-00861-TSZ<br>(Consolidated with Case Nos. 21-cv-00862-TSZ and 21-cv-00864-TSZ) |

**SUMMARY NOTICE OF (I) PENDENCY OF CLASS ACTION AND PROPOSED SETTLEMENT; (II) FINAL APPROVAL HEARING; AND (III) MOTION FOR AN AWARD OF ATTORNEYS' FEES AND PAYMENT OF LITIGATION EXPENSES**

TO: **All persons and entities who or which purchased or otherwise acquired Athira Pharma, Inc. ("Athira") publicly traded common stock during the period from September 17, 2020, through June 17, 2021, inclusive (the "Class Period"), and were damaged thereby (the "Class"):**

**PLEASE READ THIS NOTICE CAREFULLY, YOUR RIGHTS WILL BE AFFECTED BY A CLASS ACTION SETTLEMENT**

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure, that the above-captioned litigation (the "Action") has been certified as a class action for settlement purposes, except for certain persons and entities who are excluded from the Class by definition as explained in the full printed Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Final Approval Hearing; and (III) Motion for an Award of Attorneys' Fees and Payment of Litigation Expenses (the "Notice"), available at www.AthiraSecuritiesSettlement.com.

YOU ARE ALSO NOTIFIED that Plaintiffs in the Action have reached a proposed settlement of the Action for $10,000,000 in cash (the "Settlement"), which, if approved, will resolve all claims in the Action and related claims.

A hearing will be held **on October 25, 2024 at 10:00 a.m.**, before the Honorable Thomas S. Zilly, United States District Court for the Western District of Washington, at the United States Courthouse, Courtroom 15206, 700 Stewart Street, Seattle, WA 98101, to determine: (i) whether the proposed Settlement should be approved as fair, reasonable, and adequate; (ii) whether the Action should be dismissed with prejudice against Defendants, and the Releases specified and described in the Amended Stipulation and Agreement of Settlement dated December 15, 2023 (and in the Notice) should be approved; (iii) whether the proposed Plan of Allocation should be approved as fair and reasonable; and (iv) whether Co-Lead Counsel's application for an award of attorneys' fees and payment of expenses should be approved.

**If you are a member of the Class, your rights will be affected and you may be entitled to share in the Settlement Fund.** If you have not yet received the Notice, Proof of Claim Form ("Claim Form"), and Exclusion Request (Opt-Out) Form, you may obtain copies by contacting the Settlement Administrator at *Athira Pharma Securities Litigation*, c/o Strategic Claims Services, P.O. Box 230, 600 N. Jackson Street, Suite 205, Media, PA 19063, (866) 274-4004. Copies can also be downloaded from the website www.AthiraSecuritiesSettlement.com.

If you are a member of the Class, to be eligible to receive a payment under the proposed Settlement, you must submit a Claim Form to the Settlement Administrator *postmarked* (or bearing other proof of mailing) **no later than September 6, 2024**, if sent by mail, or *submitted online* at www.AthiraSecuritiesSettlement.com **no later than September 6, 2024**. If you are a member of the Class, you do not exclude yourself from the Class, and you do not submit a proper Claim Form, you will not be eligible to share in the distribution of the net proceeds of the Settlement but you will nevertheless be bound by any judgments or orders entered by the Court in the Action.

If you are a member of the Class and wish to exclude yourself from the Class, you must submit a request for exclusion to the Settlement Administrator **no later than September 6, 2024** by following the instructions in the Notice. If you properly exclude yourself from the Class, you will not be bound by any judgments or orders entered by the Court in the Action and you cannot share in the proceeds of the Settlement.

Any objections to the proposed Settlement, the proposed Plan of Allocation (including the cy pres recipient), or Co-Lead Counsel's motion for attorneys' fees and payment of expenses, must either be mailed to the Settlement Administrator *postmarked* (or bearing other proof of mailing) **no later than September 6, 2024** (if you are not represented by an attorney), **or no later than October 11, 2024** (if you are represented by an attorney), or be presented to the Court by attending the Settlement Hearing, according to the instructions in the Notice.

**Please do not contact the Court, the Clerk's Office, Athira, or other Defendants, or their counsel. All questions about this notice, the proposed Settlement, or your eligibility to participate in the Settlement should be directed to Co-Lead Counsel or the Settlement Administrator.**

Inquiries, other than requests for the Notice, Claim Form, and Exclusion Request (Opt-Out) Form, should be made to Co-Lead Counsel:

| GLANCY PRONGAY & MURRAY LLP | LABATON KELLER SUCHAROW LLP |
|---|---|
| Casey E. Sadler, Esq. | Michael P. Canty, Esq. |
| 1925 Century Park East, Suite 2100 | 140 Broadway |
| Los Angeles, CA 90067 | New York, New York 10005 |
| Telephone: (888) 773-9224 | Telephone: (888) 219-6877 |
| Email: settlements@glancylaw.com | Email: settlementquestions@labaton.com |

Requests for the Notice, Claim Form, and Exclusion Request (Opt-Out) Form should be made to:

*Athira Pharma Securities Litigation*
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson Street, Suite 205
Media, PA 19063
(866) 274-4004
info@ strategicclaims.net
www.AthiraSecuritiesSettlement.com

**IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE**

| | |
|---|---|
| JESSE NEWBOLD,<br>Plaintiff,<br>v.<br>CRAIG MCCAW, CATHLEEN A. MASSEY, WAYNE PERRY, RANDY RUSSELL, R. GERARD SALEMME, DENNIS WEIBLING, PENDRELL CORPORATION, AND X-ICITY HOLDINGS CORPORATION f/k/a PENDRELL HOLICITY HOLDINGS CORPORATION,<br>Defendants. | C.A. No. 2022-0439-LWW |

**SUMMARY NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF STOCKHOLDER CLASS ACTION, SETTLEMENT HEARING, AND RIGHT TO APPEAR**

TO: All holders of Holicity Inc. ("Holicity") Class A common stock (excluding, for the avoidance of doubt, shares of Holicity Class B common stock that converted into Holicity Class A common stock solely in connection with the Merger), whether beneficial or of record, together with the heirs, successors in interest, transferees, and assignees of all such foregoing holders, as of the effective time of the acquisition of legacy Astra Space, Inc. ("Legacy Astra") by Holicity on June 30, 2021 (the "Effective Time") (the "Settlement Class").

Certain persons and entities are excluded from the Settlement Class by definition, as set forth in the full Notice of Pendency and Proposed Settlement of Stockholder Class Action, Settlement Hearing, and Right to Appear (the "Notice"), available at www.HolicityStockholdersLitigation.com. Any capitalized terms used in this Summary Notice that are not otherwise defined in this Summary Notice shall have the meanings given to them in the Notice or in the Stipulation and Agreement of Settlement, Compromise, and Release dated April 22, 2024 (the "Stipulation"), which is also available at www.HolicityStockholdersLitigation.com.

**PLEASE READ THIS SUMMARY NOTICE CAREFULLY. YOUR RIGHTS WILL BE AFFECTED BY A CLASS ACTION LAWSUIT PENDING IN THIS COURT.**

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the Court of Chancery of the State of Delaware (the "Court"), that the above-captioned stockholder class action (the "Action") has been preliminarily certified as a class action on behalf of the Settlement Class defined above.

YOU ARE ALSO NOTIFIED that (i) Plaintiff Jesse Newbold ("Plaintiff"), on behalf of himself and the other members of the Settlement Class; and (ii) Defendants Craig McCaw, Cathleen A. Massey, Wayne Perry, R. Gerard Salemme, Dennis Weibling, and Randy Russell (collectively, the "Individual Defendants"); Pendrell Corporation ("Pendrell"); and X-icity Holdings Corporation f/k/a Pendrell Holicity Holdings Corporation ("X-icity," and together with the Individual Defendants and Pendrell, "Defendants") have reached a proposed settlement of the Action for $16,500,000 in cash (the "Settlement"). The terms of the Settlement are stated in the Stipulation. If approved by the Court, the Settlement will resolve all Claims in the Action.

A hearing (the "Settlement Hearing") will be held on **July 30, 2024, at 1:30 p.m.**, before The Honorable Lori W. Will, Vice Chancellor, at the Court of Chancery of the State of Delaware, New Castle County, Leonard L. Williams Justice Center, 500 North King Street, Wilmington, DE 19801, or remotely by telephone or videoconference (in the discretion of the Court), to, among other things: (i) determine whether to finally certify the Settlement Class for settlement purposes only, pursuant to Court of Chancery Rules 23(a), 23(b)(1), and 23(b)(2); (ii) determine whether Plaintiff and Plaintiff's Lead Counsel—Bernstein Litowitz Berger & Grossmann LLP—have adequately represented the Settlement Class, and whether they should be finally appointed as Class Representative and Class Counsel, respectively, for the Settlement Class; (iii) determine whether the proposed Settlement should be approved as fair, reasonable, and adequate to, and in the best interests of, Plaintiff and the other members of the Settlement Class; (iv) determine whether the proposed Final Order and Judgment approving the Settlement, dismissing the Action with prejudice, and granting the Releases provided under the Stipulation should be entered; (v) determine whether the proposed Plan of Allocation of the Net Settlement Fund is fair and reasonable, and should therefore be approved; (vi) determine whether and in what amount any award of attorneys' fees and payment of Litigation Expenses to Plaintiff's Counsel (the "Fee and Expense Award") should be paid out of the Settlement Fund, including any incentive award to Plaintiff (the "Incentive Award") to be paid solely from any Fee and Expense Award; (vii) hear and rule on any objections to the Settlement, the proposed Plan of Allocation, and/or Plaintiff's Counsel's application for a Fee and Expense Award, including Plaintiff's application for an Incentive Award to be paid solely from any Fee and Expense Award (the "Fee and Expense Application"); and (viii) consider any other matters that may properly be brought before the Court in connection with the Settlement. Any updates regarding the Settlement Hearing, including any changes to the date, time, or format of the hearing or updates regarding remote or in-person appearances at the hearing, will be posted to the Settlement website, www.HolicityStockholdersLitigation.com.

**If you are a member of the Settlement Class, your rights will be affected by the pending Action and the Settlement, and you may be entitled to share in the Net Settlement Fund.** If you have not yet received the Notice, you may obtain a copy of the Notice by contacting the Settlement Administrator by mail at Holicity Stockholders Litigation, c/o A.B. Data, Ltd., P.O. Box 173127, Milwaukee, WI 53217; by telephone at 877-411-4620; or by email at info@HolicityStockholdersLitigation.com. A copy of the Notice can also be downloaded from the Settlement website, www.HolicityStockholdersLitigation.com.

If the Settlement is approved by the Court and the Effective Date occurs, the Net Settlement Fund will be distributed on a *pro rata* basis to Eligible Class Members in accordance with the proposed Plan of Allocation stated in the Notice or such other plan of allocation as is approved by the Court. Pursuant to the proposed Plan of Allocation, each Eligible Class Member will be eligible to receive a *pro rata* payment from the Net Settlement Fund equal to the product of (i) the number of shares of Holicity Class A common stock (excluding, for the avoidance of doubt, shares of Holicity Class B common stock that converted into Holicity Class A common stock solely in connection with the Merger) held as of the Effective Time of the Merger on June 30, 2021, excluding those shares held by Excluded Stockholders and Redeeming Stockholders ("Eligible Shares") and (ii) the "Per-Share Recovery" for the Settlement, which will be determined by dividing the total amount of the Net Settlement Fund by the total number of Eligible Shares held by all Eligible Class Members. As explained in further detail in the Notice, Eligible Class Members do not have to submit a claim form to receive a payment from the Net Settlement Fund.

Any objections to the proposed Settlement, the proposed Plan of Allocation, or Plaintiff's Counsel's Fee and Expense Application, including Plaintiff's application for an Incentive Award, must be filed with the Register in Chancery in the Court of Chancery of the State of Delaware and delivered to Plaintiff's Lead Counsel and Defendants' Counsel such that they are *received* **no later than July 15, 2024**, in accordance with the instructions set forth in the Notice.

**Please do not contact the Court or the Office of the Register in Chancery regarding this Summary Notice. All questions about this Summary Notice, the proposed Settlement, or your eligibility to participate in the Settlement should be directed to the Settlement Administrator or Plaintiff's Lead Counsel.**

Requests for the Notice should be made to the Settlement Administrator:

Holicity Stockholders Litigation
c/o A.B. Data, Ltd.
P.O. Box 173127
Milwaukee, WI 53217
877-411-4620
info@HolicityStockholdersLitigation.com
www.HolicityStockholdersLitigation.com

Inquiries, other than requests for the Notice, should be made to Plaintiff's Lead Counsel:

Jeroen van Kwawegen
Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas, 44th Floor
New York, NY 10020
800-380-8496
settlements@blbglaw.com

BY ORDER OF THE COURT
OF CHANCERY OF THE
STATE OF DELAWARE

©2024 Investor's Business Daily, LLC. All rights reserved.

**sevans@strategicclaims.net**

| | |
|---|---|
| **From:** | phhubs@prnewswire.com |
| **Sent:** | Monday, June 10, 2024 8:00 AM |
| **To:** | sevans@strategicclaims.net |
| **Subject:** | PR Newswire: Press Release Distribution Confirmation for Glancy Prongay & Murray LLP. ID#4176872-1-1 |

Hello

Your press release was successfully distributed at: 10-Jun-2024 08:00:00 AM ET

Release headline: Glancy Prongay & Murray LLP and Labaton Keller Sucharow LLP Announce Proposed Class Action Settlement on Behalf of Purchasers of the Publicly Traded Common Stock of Athira Pharma, Inc. – (NASDAQ: ATHA)
Word Count: 877
Product Selections:
US1
Visibility Reports Email
Complimentary Press Release Optimization
PR Newswire ID: 4176872-1-1


View your release:* https://www.prnewswire.com/news-releases/glancy-prongay--murray-llp-and-labaton-keller-sucharow-llp-announce-proposed-class-action-settlement-on-behalf-of-purchasers-of-the-publicly-traded-common-stock-of-athira-pharma-inc--nasdaq-atha-302160652.html?tc=eml_cleartime

Thank you for choosing PR Newswire!

Regards,

Your 24/7 Content Services Team
888-776-0942
PRNCS@prnewswire.com

Achieve your communications goals every time you distribute content, with these tips for crafting your next perfect press release: https://www.cision.com/us/resources/tip-sheets/easy-pr-sharing-guide/?sf=false

US Members, find audience, engagement and other key metrics for your release by accessing your complimentary Visibility Reports in the Online Member Center: https://portal.prnewswire.com/Login.aspx

* If the page link does not load immediately, ple ase refresh and try again after a few minutes.