**EXHIBIT D FILED UNDER SEAL PER COURT ORDER**