WAWD – Praecipe (Revised 6/2021)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

ANTONIO BACHAALANI NACIF; WIES
RAFI; and HANG GAO, individually and
on behalf of all others similarly situated,

                        Plaintiff(s),

        v.

ATHIRA PHARMA, INC., et al.,

                        Defendant(s).

CASE NO. 2:21-cv-00861-TSZ

PRAECIPE

        To the Clerk of the above-entitled court:
        You will please:

Allow for the filing of a corrected version of ECF No. 138.  Due to scrivener's error, Co-Lead Counsel cited the incorrect case for the corresponding parenthetical on page 2, lines 7-12.  A corrected version is attached hereto as Exhibit 1.

10/21/2024                    /s/ Thomas G. Hoffman, Jr.
    Dated                     Sign or use an "s/" and your name

                    Thomas G. Hoffman, Jr.
                    Labaton Keller Sucharow LLP
                    140 Broadway
                    New York, NY  10005
                    (212) 907-0700

                    Name, Address, and Phone number of Counsel or Pro Se

PRAECIPE - 1